JIM PATTERSON, PRIVATE INVESTIGATIONS
3321 Bell, SUITE E
AMARILLO, TX 79106
(806) 358-9979
TAX I.D # 75-1712619

April 21, 1999

Honorable Don Emerson
320th District Court
Potter County
Amarillo, TX

In re: State of Texas vs. John L. Balentine # 39,532-D
Attorney: Jim Durham

Investigation:
3-11-99 through 4-19-99
179 hrs. 20 mins @ $40 per hour                  $7173.20
Expenses to date, excluding phone
charges:                                          $ 570.95

Total Due:                                       $7744.15

Thank you,

*Kathy Garrison*

Kathy Garrison, Inv.

FILED
CINDY GROOMER
DISTRICT CLERK

1999 APR 26  P 4:50

POTTER COUNTY, TEXAS

BY _____ DEPUTY

Ballentine

Jim - 373-3054 #410 #
Randy - 376-4447 off.
FAX - 373-8162
655-7364 Hm
376
Mother - 678-6670
P.C.C.A. - 335-2406   Brandy WAGNER - 353-3262
home phone
Isabel - Secy   Prosecutor Team Cnt.   Jim M. 678-3054

| Date | Activity | End | Total |
|---|---|---|---|
| 3/11 | Read | | |
| 3/12 | Read | | |
| 3/17 | Read | | |
| 3/18 | 4:00 P.M. Rev Case file | 6:00 P.M. | 2 |
| 3/19 | 2:00 - Call Randy - Do Comp Stuff | 5:15 PM | 3 15 |
| 3/20 | 1:00 P.M. - Comp. work. find fees | 4:30 PM | 3 30 |
| 3/21 | | End 6:30 P.M. | |
| | 8:45 - Attrgt Cont. April Ryan - Comp Res - | 9:50 PM | 1 05 |
| 3/22 | 7:50 AM - April Ryan Called - 358-2551 (have's off at 3:30 - kids until 5:00 P.M. 6:30 P.M. appt.) 10:30 A.M. To Cthse for Order - no firm Judge - to D.A. for pics 12:45 PM | | 2 15 |
| | 6:15 Appt w/ April - PAGOR - DTG - 379-1415   10:30 Redletter   11:50 AM | | 5 35 |
| 3/23 | 9:10 AM To cors - letters | 10:30 AM | 1 15 |
| | 12:30 P.M.  805-449-0721 - Jacoby -   Fax 805-495-0871 | | |
| | Applebees - 351-2810. Angie Allen - Work tomorrow Noon - Wed | | |
| | Conf Jim.   1:50 pm | 2:30 P.M. | 2 00 |
| | 7:15 - Angie Allen | 8:00 P.M. | 45 |
| | 8:40 P.M. Call Randy - 8:45 - Call Ms Means - re scene - left message | | |
| | Y Rand Jr - Reached Randy 8:55 P.M. - make arrange for Jail D rev. cont tomorrow | | |
| | A.M. c. 9:30 -   Also, meet w/ Jury Sys 8:00 P.M. Wed P.M. | | |
| | Call Mr. Hernandez 379-9621 - Comp. Searches | 10:00 P.M. | 1 20 |
| 3/24 | 10:00 Call Randy - 10:05 left mess - 03   Rtd Call 1:15 P.M. - To Jims Res tomorrow 1:20 | | 10 |
| | 2:20 P.M. Comp Searches | End 3:40 P.M. | 1 19 |
| | 3:50 PM Called P.D. Housing (Means) not employed there - called home, no | | 10 |
| | answer - 4:00 P.M. | | |
| | 7:30. Conf w/ Randy & Jim - re disc, wit's, jurors, etc. | 10:15 PM | 2 45 |
| | 10:25 P.M. Read letters. | 1:30 AM | 3 05 |
| 3/25 | 11:45 - Conf Randy - to Int D. ghses to go - Hover, photos | 12:30 P.M. | 45 |
| | 1:15 to Cthouse Int D - | 4:00 P.M. | 3 45 |
| | 4:15 Called Randy - to fax stuff to me - | 4:30 - Jim - Mrs Means will only so - | 05 |
| | 8:25 - To Kerns, Rev - rough measure, etc | 8:55 P.M. | 30 |
| 3/26 | 9:30 To scene - photo - | 9:50 AM | 20 |
| | 11:00 To cthouse. to Jim & Randy - need photo, tapes, etc. To Rd's office - no Randy | | |
| | Called S.C. > PM -> Rickwart - lunch to call me w/ info - Fallen's 11:30 A.M. | | 30 |
| | 11:50 AM - Prep ret's End of Randy off. 55 12:10 | 4:50 | 20 |
| | 12:55 - Prep photos   1:15 | | 20 |
| | Read letters   2:15 | | 1 00 |
| | 3:15 - Prep C. Scene video 5 pg Crime Photos & Phil Jones Rickwart | 5:35 | 2 0 |
| | 4:50 Read April's letter | | |
| | | 37:15 m   29 | 4 63 |

Newport, Ark.
870

| Date | Activity | Time | Hours |
|---|---|---|---|
| 3/27 | 10:00 AM Plug Pics - Sort - Sel. Master P1957 - Review Rel's, Read Ryan letters - | 4:00 P.M. | 6.00 |
| 3/28 | 1:30 Begin gath. photos, etc. Get Master - Call Randy - new pics - to | | |
| 3/28 | PCC7 - Arrive 3:10 - Penn to Int A - leave 3:15 Conf Randy 5:30 | | 2.30 |
| | 7:15 - List all threats - re: Read Horn info for No's, ADD's | 9:50 PM | 2.35 |
| 3/29 | 11:00 Rev'd video/photos, etc | 1:00 P.M. | 2.00 |
| | 3:00 - Touthorn - to coma w/ Atty's, get gang info, get releases, Sh, notary, CH's V's, logs, etc. 5:30 PM | | 2.30 |
| | 9:05 P.M. Begin review of material - | 12:15 AM | 3.15 |
| 3/30 | 1:15 PM Call Gene Fristoe - Gang Expert - Geo Newport Adds. 1:30 | | .15 |
| | 4:45 P.M. Call Randy / Conf | 4:55 | .10 |
| 3/31 | 10:00 AM. Newport High School - 870-523-1321 | | |
| | Dr. Carlton 870-523-1351 Dr. Albright 870-523-1316 | | |
| | Newport Middle 523-1346 Newport Hosp. 870-523-6721 | | |
| | Harris Hosp. 870-523-8911 - Fx 523-0345 - | | |
| | Newport High School - 870-523-1321 Fx - 523-1388 | 10:50 AM | .50 |
| | 12:05 P.M. Call Randy - Call these folks for faxes & info | | |
| | Dr. Green - 870-523-9852 - | | |
| | Del copies to Jim - re Co Ct's, V letter, V's IR's, etc - April 1 - | 1:15 PM | 1.10 |
| | 7:30 P.M. Ryan letters - Comp Search Wits - list wits re Conf. & Evidence | 10:30 PM | 3.00 |
| 4/1 | 10:30 AM. Plug Durham letter, fax release Ark - Called Ms Mears 373-8240 | | |
| | get Melinda's no. 373-0639 - to get info done this weekend - 701 Buchanan | | |
| | 11:30 N. Middle School - Fax 870-523-1388 - Mr. Joe Clavens Rcds, but | | |
| | Vickie Wms. Counselor - Scheduling Rcds - spoke w/ sec. | | |
| | | 3:30 | 5.00 |
| | 8:35 PM. Cont. Sherrod ivsts - | 10:40 | 2.05 |
| 4/2 | 10:20 AM. to DA's office - check file | 12:40 AM | 2.20 |
| | 1:15 Finish photos - ordered for Atty's | 3:45 PM | 2.30 |
| 4/3 | 11:05 Call Melinda - 323-0639 - Potter - To Come | 2:05 PM | 3.00 |
| | Call Randy - | 2:20 PM | |
| 4/4 | 3:55 PM - Call Davis, Mom's, Cayler, etc. - No answers, moved, people have | | |
| | their no's, new - | 5:30 PM | 1.35 |
| 4/5 | 10:00 AM. Rcd Newport H.S. Records - Call Newport H.S. 870-523-1321 | | |
| | Del Hendrixson - 214-257-6632 - left mess - | 10:50 AM | .50 |
| | Joaquin 371-0915 - left mess re Expert - Bruce Tipp 655-6225 give in N. York? | | |
| | Lisa Taylor-Austin - New York - Schenectady, N.Y. - Psychologist & PhD | | |
| | Gang Counselor. → Texas Gang Inj. Case - Comp Look Expert - | | |
| | Rock Youth Svc - 501-682-9800 | | |
| | ADC - Dale Ramsey - Rcd Clerk - 870-247-1800 - Main No. | | |
| | Fax ADC for meds, mental health - Emps, known, faxed, get info re | | |
| | others I rep - find GANG Expert - E-Mail everyone - Break 7:40 P.M | | 7.10 |
| | 8:20 PM Resume - Call Borden Call Mann, got Rcds, etc | | |
| | Conf Randy - | 10:15 P.M. | 1.55 |
| | | 50 20min | 4.10 |

1999

| Day | Entry | End | Hours |
|---|---|---|---|
| Tues 4/6 | 3:50 - Conf w/ Atty's, Durham's office - Strategy at Durham office | 8:15 P.M. | 3.53 |
| | 9:00 - Do Randy's badges - try comp. locate wits to tie in w/A | 11:30 P.M. | 2.30 |
| 4/7 | 9:00 AM Crt - Jury Select - to Durham, Listening tapes & trans. Confession (Ask for 911's, Add's etc.) To office 11:20 - Gather Sub. Names - get types, take stuff to Randy - Conf on witnesses - Get rest of file. 2:45  4:45 - 405-302-6732 → | | |
| | Becky at Lowe's re A comp. - Conard - Applebee's - do not want to Rel. because A's sign. diff. on their app. Run PDC add's, & crim check to locate | 9:30 P.M. | 8.00 |
| 4/8 | 8:30 AM Ask about Caylor, SR → Coyle - Conf - Prepared list all wits - Steinpowers - Sub Deneese Deneen all on US - IR's | | |
| | no ties of D to → Threats. Misty - Kid Oehlert - Chris Caylor - Moore's - Justin Oehlert - locate Bain. Chris's mom - Call Richie Jones - re Psych Case. The 2 officers. Chris acted weird - Amos 202 Chadwick #423 Silence Jeff Cone - 373-3177 - 2:15 P.M. - will call - 2:30 Call April re Dave & Ronnie - 2:10 April not at work today - 2:15 Jeff Cone - Ans Sv - Dr. John Ashley - 870-523-3515 - 2:48 P.M. 3:20 P.M. Cone's office - not intd - Dr. Cone said no - Warren - who does MRI's - April - no know Ronnie Gene - pledges Caylor letter Dr Ashley's off - 870-523-3515 Mrs. Ashley - only a Ronnie & Henry. Only kept records 5 yrs. do not have fax machine - mail to 2 Dogwood Drive Newport 72113 - 5:30 P.M. 2 hrs 7:30 P.M. To Jim's - | 12:30 AM | 8.00 |
| 4/9 | 1:00 P.M. Newport Jr. High - Called Joan Wright - 870-523-1346 Rpt verbally to Jim re witnesses last P.M. - Vickie Wms - talked w/counselor in H.S. - have nothing - | 2:05 P.M. | 1.05 |
| 4/10 | 1:00 P.M. - look for Brady, Pacco, Moye, Merrilla, San Incentos Book & Sidma | 3:40 P.M. | 2:40 |
| 4/11 | 4:00 - Rpts - 1411 Jim Austin 354-2616 - 4215 S Western | 5:30 P.B. | 1.30 |
| | 7:30 P.M. writing rpt 11:30 P.M. | | 4.00 |
| 4/12 | 8:45 - Court - 12:20 - Lunch 1:30 - Crt - 5:20 Conf w/Randy & Jim, 5:45 PM | | 5 |
| 6:00 AM ret from ARK 6:30 to office - call NWS re temps, left messages - 6:45 - Re-scan IR's - mark, review | | 10.00 |
| 4/13 | 8:30 - Assist Attys. | 5:00 P.M. | 7.30 |
| 4/14 | 8:30 - To Court - 11:45 - Lunch 12:15 Dropoff / Plug Photos - 10 min 1:15 Court - State rests, to Jim's off. conf. Atty's 6:30 - 5:15 to office 7:40 P.M. Call Ikeas - set up re-creation for 9:00 AM / 10:00 AM. - wants 2:00 better for them | 8:00 PM ∂J | 9.00 |
| 4/15 | 8:30 To Court - Lit offen - 12:15 - Lunch 1:30 - Begin Re-create, p.m. on Cone - Asst Atty's | | 2.80 |
| 4/16 | 8:30 - To court - Final Args - 11:30 - Jury out 12:00 - Did Theory Recon 1:15 P.M. Wait - 4:00 Jury In - Guilty Cap Murder - Conf. w/ Randy, get Subs Issued | 5:30 PM | 1.30 |
| 4/17 | 11:30 Begin Serving Subs - Find Missing Witnesses - | 6:00 P.M. | 6.30 |
| 4/18 | 9:20 AM office. To CCT - Ant D - Specialist re Figura, Durham's for pics - put together | | 1.30 |

APEX

| | | Initials | Date |
|---|---|---|---|
| | Prepared By | | |
| | Approved By | | |

all v's w/D knowing Call Randy 5:50 pm    3:00 pm    4.40

4/19 - 8:45 - Ct - Stab beating  Rvd/ 1.45  10:30 to off. call all units for 1:00 - arrange plxp Tony Brady,
Angie Allen, Tim Austin, N Ferris, 10:30  2:50  1:00 To cts, mtr. & rev. S's w/ w.its  1.50    5.35
Def. Rest/ylor       2:50 Jury out 2:50 pm.     Death 5:15 pm

                                                                                9.75
                                                                                10.15

37.15
50.20
81.30
10.15
178. 80 =

179.20

*Total Expenses/Receipts: $514.70*

*Total This Page: $143.44*

*Ballentine*

**ECKERD DRUG STORE #3326**

\*\* ECKERD DRUG #3326 PH.379-6174 \*\*
\*\* 2612 S. WASHINGTON, AMARILLO \*\*

ASSOC #V249  REG #007  DRAWER #1
TRANS #0344  TYPE 10  STORE #3326

952357  EXP PHOTO P 17   3.51

```
         TX 8.25% TAX       .29
         TOTAL             3.80
         CASH             10.00
         CHANGE            6.20
```

**THE PHOTO STORE**
3706 OLSEN BLVD.
AMARILLO, TX 79109
806/358-9616

**SALES RECEIPT**
\*\*\*\* COPY \*\*\*\*

Cash Customer

4.5 x 4.1 Glass Frac  390   0.30   117.00
                      -------------------
                      SUB-TOTAL    117.00
                      SALES TAX      7.35
                      TOTAL     $  124.65
                      CHARGE       124.65



**AUDIO REFINERY**

1747 AVONDALE
AMARILLO, TEXAS 79106
(806) 355-0072

Name: Garrison Legal Services   Date: 4/7/99
Address: _____   Phone: _____

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 2 | Cassette Dubs | 6⁼ ea | 12⁻ |
|  | (Balentine) |  |  |
|  | pd Cash |  |  |
|  | Sub-Total |  | 12⁻ |
|  | Tax |  | 99 |
|  | TOTAL |  | 12.99 |

```
          ECKERD DRUG
          STORE #3326
** ECKERD DRUG #3326 PH.379-6194 **
**    7012 S. WASHINGTON,AMARILLO    *

  ASSOC #5491   REG #007   DRAWER #1
  TRANS #9277   TYPE 10    STORE #3326

  952853   EXP PHOTO C 1T    13.77
  732243   KODAK FILM  1T     9.49 SALE
  942037   NESTEA ICE  N      7.99

          TX 3 25% TAX         1.92
          TOTAL               26.27
          CHARGE              26.27
          ACT#:4YXXXXXXXXYX3000
          EXPIRATION DATE: 10/01
          AUTHORIZATION #:  $25.17

          CHANGE               .00
     MARCH 24  1999         1:05 PM
```

$332.31

Balentine

```
HASTINGS ENTERTAINMENT # 9604
       2001 S. GEORGIA
       AMARILLO, TX 79109
806-352-0654   03/27/1999   15:25
 VELENA M. TRANS# 509619 TERM# 3

1  2 GHETTO D (R)           15.49

BTOTAL                      $15.49

X                            $1.28

TOTAL          $16.77

CCT#: 3783 600402 4XXXX   EXP.: 10/01
AEX/OPTIMA                  $16.77

CHANGE DUE                   $0.00

0% HARDBACK BEST SELLERS* 49CENT VIDEO
**** WE BUY AND SELL USED CD'S ****
   New Online Shopping!  Visit our
   website at www.hastings-ent.com
```

```
Kinko's              (806) 359-9684
3801 Olsen Blvd #2
Amarillo,         TX 79109

   QTY   PRICE    DISC       AMT
    6    2.98     0.00      17.88
COLOR 11 X 17 SINGLE SIDE .

XDISC        10.00          -1.79
SUB   16.09  TX   1.33 TOT  17.42
              American Express 17.42
                        CHG   0.00
    CUSTOMER ID   GARRISON LEGAL SERV

*Your American Express discount has
         been applied.

378360040243000 10/01 APPROVE 606220
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X_____

CW 13 TR    695013 RG 3A 04/11/99 10:52
     Visit us @ http://www.kinkos.com
```

```
Kinko's              (806) 359-9684
3801 Olsen Blvd #2
Amarillo,         TX 79109

   QTY   PRICE    DISC       AMT
   978    0.25    0.00      244.50
FS S/S F1 Prc Special Price
   170    0.05    0.00        8.50
AUX OTHER STAPLING HAND

XDISC        10.00          -0.85
SUB  252.15  TX  20.80 TOT 272.95
              American Express 272.95
                        CHG   0.00
    CUSTOMER ID  GARRISON LEGAL SERV.

*Your American Express discount has
         been applied.

378360040243000 10/01 APPROVE 521397
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X_____

CW 81 TR    687278 RG 3  03/24/99 16:10
     Visit us @ http://www.kinkos.com
```

*26.95*


# Sage Publications, Inc.

 CORWIN PRESS, INC.
A Sage Publications Company

 **Pine Forge Press**
A Sage Publications Company

 ALTAMIRA PRESS

☒ outside the box, inc.
for significant learning enterprises

2455 Teller Road
Thousand Oaks
California 91320

Phone (805) 499-0721
Fax (805) 499-0871
E-mail: info@sagepub.com

**CANADA UPS PARCELS ONLY**
PACKAGES: _____ WEIGHT: _____ lbs.
TERMS: C.I.F. + GST
SHIPPER SIGNATURE: _____
THIS INVOICE CONTAINS BOOKS, JOURNALS, AND/OR NEWSLETTERS MADE IN USA OR OTHER DUTY-FREE COUNTRIES OF ORIGIN.

# INVOICE
ORIGINAL

| YOUR P.O. NUMBER | CUSTOMER NO. | INVOICE NO. | INVOICE DATE | TERMS | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|
|  | 5539127 | 3261170 | 03-23-99 | NET 30 | UPS 2ND DAY |

```
                                        S
                                        H    KATHY GARRISON
KATHY GARRISON                          I    2005 MONROE
2005 MONROE                             P    AMARILLO TX 79109
AMARILLO TX 79109                       T
                                        O
```

| BOOK NUMBER | QUANTITY | AUTHOR AND TITLE | UNIT PRICE | DISCOUNT % | EXTENSION |
|---|---|---|---|---|---|
|  |  | THANK YOU FOR YOUR ORDER |  |  |  |
| 4906 | 1 | WRIGHTSMAN: CONFESSIONS IN THE COURTROOM (PAPER) | 17.95 |  | 17.95 |

```
                                    SUB TOTAL    :    17.95
                                    SALES TAX    :     0.00
                               SHIPPING & HANDLING :    9.00
                                    CASH RECEIVED :   -26.95
```

| INVOICE NUMBER | Please make checks payable to Sage Publications Inc. and return a copy of this invoice with your remittance. | **PLEASE PAY THIS AMOUNT BY** 04-22-99 ➤ | U.S. $ |
|---|---|---|---|
| 3261170 | Federal ID# 95-2454902   Canadian GST# 12978 6448 RT |  | 0.00 |



$12.^{00}$

```
PAYMENTECH
SALES DRAFT

STEAK & ALE 4421
2915 INTERSTATE 40W
AMARILLO, TX  79102

Merchant: 6741044215
Term ID:  306741044215001
Date:     04/14/99  12:38
Acct:     378360040243000
          K GARRISON
Exp:      10/01  Batch:  6  Shft:  1
Card type: AMEX  Tran:   106

AMOUNT:          $25.92
TIP:              4 ~~
TOTAL:           $29.?  Rucker
                        $12.00
```

_[signature]_

I agree to pay above total amount
according to card issuer agreement.

APPROVAL: 626827

TERMINAL:  1      SERVER: 119

TOP COPY-MERCHANT   BOTTOM COPY-CUSTOMER

**JIM PATTERSON, PRIVATE INVESTIGATIONS**
3321 Bell, SUITE E
AMARILLO, TX 79106
(806) 358-9979
TAX I.D # 75-1712619

April 21, 1999

Honorable Don Emerson
320th District Court
Potter County
Amarillo, TX


In re:  State of Texas vs. John L. Balentine # 39,532-D
Attorney: Jim Durham


Investigation:
3-11-99 through 4-19-99
179 hrs. 20 mins @$40 per hour                $7173.20
Expenses to date, excluding phone
charges:                                      $ 570.95


Total Due:                                    $7744.15




Thank you,

*Kathy Garrison*

Kathy Garrison, Inv.

NO.39,532-D

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 320TH DISTRICT CT |
| VS. | IN AND FOR |
| JOHN L. BALENTINE | POTTER CO. TEXAS |

### ORDER FOR PAYMENT OF COURT APPOINTED INVESTIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

On this _____ day of April,1999 came on to be heard Defendant's Motion for Payment of the Court Appointed Investigator in the above styled and numbered cause.

It is ORDERED that the County Auditor pay to Jim Patterson Investigations, Social Security # 75-1712619, 3321 Bell, Suite E, Amarillo, Texas, 79106 the sum of _____ for Investigation Fee's in this matter.

_____
JUDGE PRESIDING

Newport, Ark.
870.

| Date | Activity | Time | Hours |
|---|---|---|---|
| 3/27 | 10:00 AM Phy Pics - Sort - Sel. master P.1997 - Review Rel's, Read Ryan letters - 4:00 P.M. | | 6.50 |
| 3/28 | 1:30 - Begin gath. photos, etc Get Master - Call Randy - new pics - to | | |
| 3/28 | PCC7 - arrive 3:10 - Penn to InTA - leave 5:15 Conf Randy 5:30 | | 2.30 |
|  | 7:15 List all threats - re: Realthorn info for No's, ADD'S | 9:50 PM | 2.35 |
| 3/29 | 11:00 Read video/photos, etc | 1:00 PM | 2.00 |
|  | 3:00 - Toothoven - to conv w/ ATS', get gang info, get releases - IA, notary, CH's/V's/logs, ch 5:30 PM | | 2.30 |
|  | 9:05 PM. Begin review of material - | 12:15 AM | 3.15 |
| 3/30 | Call Gene Fristoe - Gang Expert - Geo Newport Adds. 1:40 | | .15 |
|  | 4:45 P.M. Call Randy / Conf | 4:55 | .10 |
| 3/31 | 10:00 AM. Newport High School - 870-523-1321 | | |
|  | Dr. Cartleton 870-523-1351  Dr. Albright 870-523-1316 | | |
|  | Newport Middle 523-1346  Newport Hosp. 870-523-6721 | | |
|  | Harris Hosp. 870-523-8911  Fx 523-0345 | | |
|  | Newport High School - 870-523-1321  Fx-523-1388 | 10:50 AM | .50 |
|  | 12:05 P.M. Call Randy - Call these faxes for faxes & info | | |
|  | Dr. Green - 870-523-9852 | | |
|  | del. copies to Jim - re CG A's, V letter, V's IR's, etc - April 1- | 1:15 PM | 1.10 |
|  | 7:30 P.M. Ryan letters - Comp. Search Writs - list w/ its re Conf. of Evidence 10:30 PM | | 3.00 |
| 4/1 | 10:30 A.M. Phy Dunham letter, fax release Avec. called this Meaun - 373-8260, | | |
|  | get Melinda's no. 373-0639 - to get info seen this weekend - 701 Buchanan | | |
|  | 11:30 N. Middle School - Fax 870-523-1388 - Mr. Joe Clavers Res. but | | |
|  | Vicki Wms Counselor - Scheduling Rcas - spoke w/sec | 3:30 | 5.00 |
|  | 8:35 PM. Cont. Sherrod insts - | 10:40 | 2.05 |
| 4/2 | 10:20 AM. to DA's office - check file | 12:30 AM | 2.20 |
|  | 1:15 Finish Photos - Ordered for Atty's | 3:45 PM | 2.30 |
| 4/3 | 11:05 Call Melinda - 373-0639 - To House - To conv | 2:05 PM | 3.00 |
|  | Call Randy - | 2:20 AM | |
| 4/4 | 3:55 P.M. Call Dain's, Mom's, Caylen, etc - No answer, moved, people have | | |
|  | these no's, now - | 5:30 P.M. | 1.35 |
| 4/5 | 10:00 AM. Rcd Newport H.S. Runds - Call Newport H.S. 870-523-1321 | | |
|  | Del Hendrixson - 214-257-6632 - lft mess - 10:50 A.M. | | .50 |
|  | Joplin - 371-0915 - lft mess re Expert Bruce Tiffin 655-6225 - give in N. York? | | |
|  | Lisa Taylor - Austin - New York - Schenectady, N.Y. - Psychologist o Phr | | |
|  | Gang Counselor - Texas Gang Inj Case - Comp Look Expert - | | |
|  | Ark Youth Svcs - 501-682-980 | | |
|  | BOC - Dale Ramey - Rcd Clerk - 870-247-1800 - Phone No. | | |
|  | Peace Pfc. for meds, mental Health - Emps, Known, friend, get info re | | |
|  | others/ops - find Gang Expert - E Mail everyone - Break 7:40 PM | | 7.10 |
|  | 8:20 PM Resume - Call Borden, Call Mann, get recs, etc | | |
|  | Conf Randy - | 10:15 P.M. | 1.55 |
|  | | 50 20 min | 4.10 |

Ballentine

Jim - 373.3054 ✓ 1/16 #    Randy - 655.7364 Home    Mr. Car 678-6528
376                         Mobile - 678-6670         376-4457 Off.
                                                     FAX - 373.8162

P.C.C.A. - 335-2406    Brandy Wagner - 353.3262
                       home phone
Isabel - Sec.y    Prosecutor Lieu Ant.    Jim H. 678-3054

| Date | Notes | | |
|---|---|---|---|
| 3/11 | Read | | |
| 3/12 | Read | | |
| 3/17 | Read | | |
| 3/18 | 4:00 P.M. Rev Case File | 6:00 P.M. | 2 |
| 3/19 | 2:00 - Call Randy - Do Comp. Stuff | 5:15 P.M. | 3 15 |
| 3/20 | 1:00 P.M. - Comp. work- find facts | 4:30 P.M. | 3 30 |
| 3/21 | | End 6:30 P.M. | |
| | 8:45 - Attempt Cont. April Ryan - Comp Res - | 9:50 P.M. | 1 05 |
| 3/22 | 7:30 AM - April Ryan Called - 358.2551 (he's off at 3:30 - kids until 5:00 P.M. 6:30 P.M. appt.) 10:30 A.M. To Cothern for Order - no from Judge - to D.A. for pics 12:45 P.M. 6:15 Appt. w/ April - PAGER - Dec. 379-1415 10:30 Richleton 11:30 AM | | 2 15 5 35 |
| 3/23 | 9:15 AM To coros - letters 12:30 P.M. 805 - 449-0721 - Inelig - fax 805. 449.0871 | 10:30 AM | 1 15 |
| | Appliances - 351-2810. Angie Allen - work tomorrow Noon - Wed Call Jim   1:50 P.M. | 2:30 P.M. | 2 40 |
| | 7:15 - Angie Allen | 8:00 P.M. | 45 |
| | 8:40 P.M. Call Randy - 8:45 - Call the Means - re scene - left message together - Reached Randy 8:55 P.M. - make arrangements for Jail D. rev. case tomorrow | | |
| | A.M. c. 9:30 - Also, meet w/ Jim/Sgn. 8:00 P.M. Wed P.M. Call Mr. Hernandez 379-9621 - Comp Searches | 10:00 P.M. | 1 20 |
| 3/24 | 10:00 Call Randy - 10:05 left msg - 0.5  Ret'd Call 1:15 P.M. - To Jim's res Sun Oct 1:30 | | 10 |
| | 2:20 P.M. Comp Searches. | End 3:40 P.M. | 10 |
| | 3:50 P.M. Called P.D. Housing (Means) not employed there - called home, no answer - 4:00 P.M. | | 10 |
| | 7:30 Conf. w/ Randy & Jim - re disc, w/s, jurors, etc. | 10:15 P.M. | 2 45 |
| | 10:25 P.M. Read letters. | 1:30 A.M. | 3 05 |
| 3/25 | 11:45 - Conf Randy - to Int A. gives to go - floor, photos | 12:30 P.M. | 45 |
| | 1:15 To Cothorn w/ A - | 4:00 P.M. | 3 45 |
| | 4:15 Called Randy - to Fax stuff to me - | 4:20 - Jim - Mrs. Mean will only m - | 05 |
| | 8:25 - To scene, rev. rough measure, etc. | 8:55 P.M. | 30 |
| 3/26 | 9:30 To scene - photos - | 9:50 AM | 20 |
| | 11:00 To orthodox - to Jim & Randy - need photos, tape, etc. To D.A.'s office - no knowledge Called S.C. → me → Rick went to lunch to call me w/ info - Ferrer's 11:30 AM. | | 30 |
| | 11:50 AM - Prep rel's  End of Randy off. 55 - 12:10 | | 20 |
| | 12:55 - Prep photos   1:45 | | 20 |
| | Read letters   2:15 | | 1 00 |
| | 3:15 - Prep C. Scene - made Spo Crime Photos - Phil Scene → Richwater  3:35 | | 20 |
| | 4:50 Read A.Ryan letter. | | |
| | | 6 hr 15 min   39 | 4 63 |

1999

| | | | | |
|---|---|---|---|---|
| Tues | 4 6 | 3:50 - Conf w/ Atty's, Durham's office - Strategy at Durham office | 8:15 P.M. | 3.53 |
| | | 9:00 - Do Randy analyses - try comp. locate w/b to tie in w/D | 11:30 P.M. | 2.30 |
| | 4 7 | 9:00 A.M. Crt - Jury Sel - to Durham, retrieve tapes & trans. Confession (Ask for 911, ABC etc) To office 11:20 - Gather Sub. Names - got tapes, take stuff to Randy - conf. on witnesses - Get rid of file. 2:45  4:45 · 405·302·6732 → | | |
| | | Deaty at Lone's re D camp. - Conard - Applebee's - do not want to reb. because D's sign diff on their app. - Run PDC add's, & crim check to locate 9:30 P.M. | | 8:00 |
| | 4 8 | 8:30 A.M. Ask about Caylor, SR. → Couple - Conf. - Prepare list all wit - Steinpowers - Sub. Duces Decum all on US - IR's | | |
| | | no ties of D to → threats   Misty - kid  Oehlert - Chris Caylor - Moore's - Justin Oehlert - locate Bains Chris's Mom -  Call Richie Jones - re Psych Care The 2 officer - Chris acted weird - Amos & Chadwick - 423 - Silerica Jeff Cone - 373-3177 - 2:15 P.M. - wie case - 2:30 | | |
| | | Call April re Dow + Ronnie - 2:10 April not at work today - 2:15 - Jeff Cone - Ans Sr. -  Dr. John Ashley - 870-523-3515 - 2:48 P.M. 3:20 P.M. Cone's office - not into. - Dr. Cone said no - Warren - who does MRI's -  April - no know Ronnie Gene - pled up Caylor, letter Dr Ashley's off - 870-523-3515 - Mrs. Ashley, only - Ronnie & Henry. only kept records 5 yrs. do not have fax machine - mail to 2 Dogwood Drive Newport, 72112 - 5:30 P.M. 8:00 | | |
| | | 7:30 P.M. To Ins -  | 12:30 A.M. | 5.00 |
| | 4 9 | 1:00 P.M. Newport Jr. High - Called Joan Wright - 870-523-1346 Rptd verbally to Jim re witnesses last P.M. - Vicki Wms. talked w/ counselor in H.S. - have nothing - | 2:05 P.M. | 1.05 |
| | 4 10 | 1:00 P.M. - look for Brady, Price, Moye, Merrills, Sov Trt Exmpt Book of Sedona | 3:40 P.M. | 2.40 |
| | 4 11 | 4:00 - Rpts -  1411 Jim Austin 354-2616 - 4215 S Western | 5:30 P.M. | 1.30 |
| | | 7:30 PM - writing rpt  11:30 P.M. :15 | | 4.00 |
| | 4 12 | 8:45 - Court -  12:20 - Lunch  1:30 - Crt -  5:20 Conf w/ Randy & Jim, 5 | 45 P.M. | 5 |
| 6:00 A.M. | | Rcvd from ARK Rcvd 6:30 to office - call NWS re temps, left message - 6:45 - Re-scan IRs - mark, review | | 10.00 |
| | 4 13 | 8:30  - Assist Attys. | 5:00 P.M. | 7.30 |
| | 4 14 | 8:30 - To Court -   11:45 - Lunch - :15 Dropoff/Plug Phones - 10 min  1:15 Court - State rests, to Jim's off - conf/ Atty's 6:30 :15 To office 7:40 P.M. Call Ikeas - set up re-creation for 5:00 A.M./10:00 A.M. - wants 2:00, better for them  8:00 P.M. :20 | | 9.00 |
| | 4 15 | 8:30 To Court - Lit offer. 3 45 12:15 - Lunch 1:30 - Begin cs/re-create p.m. on Case. Assist Atty's  4:00 | | 2.50 |
| | 4 16 | 8:30 - To Court - Final Args - 11:30 - Jury out  12:00 - Talk thru Randa  1:15 P.M. Wait - 4:00 Jury In - Guilty Cap Murder - Conf w/Randy, get Subs Issued  8:30 PM | | 1.30 |
| | 4 17 | 11:30 Begin Serving Subs - Find Missing Witnesses -  6:00 P.M. | | 6.30 |
| | 4 18 | 9:30 A.M. office - To RCCJ - Int D - Son Jacinto re Fugua, Durham's for pics - put together | | |