IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| _____ § | |
| § | |
| JOHN LEZELL BALENTINE, § | |
| § | |
| Petitioner § | |
| § | No. 2:03-cv-00039 |
| v. § | |
| § | |
| LORIE DAVIS, Director § | |
| Texas Department of Criminal Justice § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent § | |
| _____ § | |

PETITIONER'S EXHIBITS

PAGES 277-622

VOLUME II

## TABLE OF CONTENTS

1.  Payment vouchers/expenses/receipts-Kent Birdsong.................................................... 1

2.  Title Page and Table of Contents State Post-Conviction Writ of Habeas Corpus...... 22

3.  Ground for Relief #20, State Post-Conviction Writ of Habeas Corpus..................... 29

4.  Affidavit of Kathy Garrison................................................................................. 32

5.  Affidavit of Ora Lee Williams.............................................................................. 34

6.  Affidavit of Angelina Watson............................................................................... 37

7.  Affidavit of Charles Vaughn................................................................................. 39

8.  Affidavit of Helen Lewis...................................................................................... 41

9.  Affidavit of Becky Templeton.............................................................................. 44

10. Affidavit of Clara Smith....................................................................................... 46

11. Affidavit of Patrick Smith.................................................................................... 50

12. Affidavit of Angelique Allen................................................................................ 53

13. Affidavit of Gilda Kessner, Psy.D........................................................................ 56

14. Affidavit/Social History/Timeline of Jane McHan................................................ 71

15. Affidavit of Virgil Dicus, Jr................................................................................ 118

16. Affidavit of Kent Birdsong.................................................................................. 120

17. Declaration of Doris Cash.................................................................................... 123

18. Preliminary Report of Dr. Daniel A. Martell........................................................ 127

19. Preliminary Report of Dr. David Lisak................................................................ 152

20. Declaration of Russell Stetler.............................................................................. 156

21. Potter County Docket.......................................................................................... 209

22. Letter from James D. Durham.............................................................................. 231

23.    Interview with John Balentine, 8/8/98.................................................................232

24.    Handwritten Notes, J. Durham...................................................................... 235

25.    Paul Hermann, Esq. Billing Records.............................................................. 243

26.    Table of Contents, Defendant's Motions Vol. I & II.................................... 245

27.    Defendant's Motion and Order for the Appt. and Payment of an Investigator
        and/or Expert Witness, 9/9/98................................................................... 249

28.    Ex Parte Motion and Order to Provide Funds for Expert Assistance, 2/11/99............ 253

29.    Pretrial Motion #6 and Order......................................................................... 257

30.    Ex Parte Motion and Order, E1, for the assistance of Psychiatrist............................... 260

31.    Ex Parte Motion to Provide Funds for Expert Assistance............................................. 266

32.    Randall Sherrod Billing Records..................................................................... 270

**VOLUME II**

33.    Excerpts from file of Randall Sherrod, Esq. .............................................. 277

34.    Kathy Garrison Billing Records...................................................................... 484

35.    Kathy Garrison Handwritten Notes................................................................ 494

36.    Kathy Garrison Typed Interviews................................................................... 601

37.    Authorization signed by J.B. for Castleberry Elementary............................................ 622

**VOLUME III**

38.    Authorization signed by J. B. for Medical Records....................................... 623

39.    Blank Authorization signed by J.B. ............................................................... 624

40.    Fax Requests for Records, K. Garrison........................................................... 625

41.    Records from Newport High School, Received by Kathy Garrison............................. 632

42.    Defendant's Applications for Subpoena........................................................... 636

43.    Subpoena Receipts for Defense Witnesses..............................................644

44.    Arkansas DOC Records...................................................................653

45.    Arkansas DOC, Mental Health Records................................................667

46.    Harris County Records....................................................................671

47.    Garrison Record Requests................................................................682

48.    Garrison Criminal Background Check, Victims, Witnesses.........................714

49.    Handwritten Notes, Detective, Potter County........................................787

50.    Affidavit of Terri Nizza.................................................................789

51.    Punishment Evidence.....................................................................791

52.    Medical Records Received by K. Garrison............................................846

**VOLUME IV**

53.    ABA guidelines, 1989....................................................................858

54.    Declaration of Bessie Jackson, 8/16/16...............................................990

55.    Declaration of Lynn Rowe, 8/17/16....................................................994

56.    Declaration of Eric Smith, 8/18/16.....................................................996

57.    Declaration of Jim Hammons, 8/23/16.................................................998

58.    Declaration of  Dr. David Lisak, 8/18/16..............................................999

59.    Addendum to Report of Dr. Daniel Martell, 8/24/16...............................1007

60.    Amarillo Police Department Records.................................................1027

61.    Affidavit and Time Sheet of Werner Talley..........................................1052

62.    Phone records and additional payment records(6/99) of Kathy Garrison...................1055

63.    Chart of Kathy Garrison's Phone Calls (Demonstrative Exhibit)................1061

64.    Visitation Log for John Balentine, Potter County Jail............................1065

JOHN BALENTINE FILE

A.  Background investigation of John Balentine

B.  Media coverage

C.  RLS Court Notebook

D.  Balentine's Police Records
    i.  Arkansas
    ii.  Harris County (Houston)
    iii.  Amarillo Police Department Field Interview
    iv.  Potter County Crime Bulletin

E.  Letters
    i.  to Balentine
    ii.  to April Ryan from Balentine
    iii.  from Mark Caylor, Sr.

F.  Work Product

G.  Research

H.  Jury
    i.  Fax from N. Hirschhorn, trial consultant
    ii.  Juror Questionnaires
    iii.  Juror Check-in sheets
    iv.  Strike lists

I.  List of Witnesses not listed by the state

J.  Defendant's Motions

K.  Confession

L.  911 Call

M.  Interviews
    i.  April Ryan
    ii.  Angie Allen
    iii.  Betty and Andy Carlson
    iv.  Tarrence Gardner
    v.  Tony Hernandez
    vi.  C.L. Borden

N.  Witnesses
    i.  Terri Nizza
    ii.  Therry=Rucker
    iii.  Angie Allen
    iv.  Julie Nizza
    v.  Robert Anthony Brady
    vi.  Timothy Scott Austin
    vii.  Bud Williams
    viii.  Kendra Billings
    ix.  Kevin Lane Ingram

EXHIBIT
P-EX-33
P-277

O.   Dockets

P.   Experts
     i.   Linguist-Roger W. Shuy

Q.   Legal/Factual Theories and Evidence

R.   Christopher Caylor Arrest Record

S.   Evidence
     i.   list of physical evidence
     ii.   list of exhibits offered

T.   Papers and Documents
     i.   Indictment
     ii.   Charge of Court
     iii.   Defendants Special Requested Charge as to Punishment
     iv.   Motions
     v.   Defendant's Application for Subpoena

U.   Photographs

# LEGAL/FACTUAL THEORIES AND EVIDENCE

## Statement of Defendant

"True" evidence in statement:

"False" evidence in statement:

Unreliability of Defendant's statement:

1.) Over 1 hour "pre-recorded" interview by officer

2.) Inferences of important evidence by officers to Defendant

3.) False statements inconsistent with actual evidence obtained by State

*[handwritten text, illegible]*

P-279

Experts

    1.) Involuntary statement

    2.) Linguist

    3.) MRI

Defendant's Background:

    1.) Criminal

    2.) School

    3.) Prior psychological tests

Facts that were influenced by interrogating officer techniques:

## Arrest at Scene by APD Officer

1.) Location/time of arrest

2.) Lies told to Officer by Defendant

3). Bullet found in Defendant's pants

Inconsistencies in "Field" interview and IR made by Officer after Defendant was stopped

No Gun found

No ammo found/other than 1 bullet

## <u>.32 Caliber Bullet Found by APD Officer During Search of Defendant</u>

Bullet found in Defendant's pocket

Bullet had mechanical marks on it

Date of Report?:

    1.) No mention in "interview" report

APD Officer told Officer Mark Brown bullet found in Defendant's pant pocket:

    1.) Noted in Hardin/Brown IRs ?

P-282

## <u>Defendant's Girlfriend's Statement</u>

Went to K-Mart with Defendant to buy ammo

    1.) .32 Caliber bought by Defendant

    2.) Defendant had clip – bought ammo to fit clip

    3.) Exchanged .22 for .32

"Something bad is going to happen"

"I will be dead or in jail"

Phone calls she received on pager/believed they were from Defendant

P-283

## **Defendant Immediately Flees Amarillo**

Defendant's brother's statement

Defendant's girlfriend's statement?

Phone calls received by Defendant's girlfriend on her pager

Phone call records of Defendant's girlfriend

Manner Defendant & Girlfriend used to identify who was calling on pager

(hearsay?) Phone calls made to phone #'s (girlfriend's records) by police and responses by person's picking up phones when they rang

## **Search of Defendant's Residence/Discovery of K-Mart Receipt for .32 Ammo**

Defendant's statement?

Defendant's girlfriend's statement

Receipt found in Defendant's residence

Ammo clip brought to store by Defendant

Receipt itself

Ammo-caliber, etc

Time/date of sale of ammo to Defendant

2 identifying witnesses saying Defendant bought .32 ammo/traded in 22 caliber

No .32 ammo found in Defendant's residence when searched by APD conduct

Illegal search of residence

## **Defendant's Brother's Statement**

Defendant shows gun to brother when he wakes his brother up-

    1.) "Smell gun"

    2.) What he did

Brother takes Defendant to bus station

Defendant got handgun from brother

# of statements-written/oral-given by brother to police

Criminal record of brother

Defendant's brother not charged

**EVIDENCE**
(Things to do)

Calendar:

    Important Dates
    Time sheet-important dates/times of the day

Overhead:  diagram/photos

    Crime Scene
    Neighborhood

Crime Scene

    Diagram
    Video



Photos
Weapons/ammo found
Narcotics
Gang Signs/activity

Bus Schedule

    Day of crime

Criminal backgrounds of deceased (all three)

Investigative reports of APD involving deceased

Ammo:

    Police bought box from K-Mart
    3 blanks
    Similar gun
    Approval to fire in Court

Autopsy Reports:

    Blood test results
        1.  Chain of custody
        2.  Test results, etc.

Copy of taped confession
Copy of transcription of taped confession
Gang intelligence officer
Narcotics intelligence officer

Involuntary confession

Linguist
MRI

Witnesses:

    Shots fired
    Demeanor of Chris Caylor
    Mark Caylor threats against Defendant
    Drugs at house-being sold
    Evidence inconsistent with Chris Caylor's statements
    Time everyone went to sleep
    Music on
    Lights on
    Door partially opened
    Evidence inconsistent with Defendant's statement
    Looked into residence/saw them sleeping
    Manner Defendant entered house
    Defendant went to alley/fired shot
    Defendant entered residence through window
    Gun in pants when stopped and searched by APD officer

## QUESTIONS

Defendant's background:
    School
    Criminal
    Pleas
    Violence


Persons/places-reason for being where he was when arrested by APD


Outstanding warrants
Who went to his residence next morning


Gang Activity [deceased]
Narcotics-use/sale[deceased]

Witnesses to threats made by deceased


Background of deceased-violence


Relationship with Chris


Right to arm and seek explanation

Defense (Aike) Motion:
    What would influence Defendant to confess

Study based upon confessions later shown by DNA Testing that Defendant was not guilty

Voluntariness of confession issues-jury charge

P-293

Justin Curtis Oehlert (brother of Christopher Taylor)
1-16-77
3506 S. Lynette
353-7303
"Paramount Caboose"
358-4477

NO. 39,532-D

| THE STATE OF TEXAS | § | IN THE 320TH DISTRICT COURT |
| | § | |
| V. | § | IN AND FOR |
| | § | |
| JOHN BALENTINE | § | POTTER COUNTY, TEXAS |

## EXPARTE MOTION FOR FUNDS FOR EXPERT WITNESS

**TO THE HONORABLE JUDGE:**

NOW COMES Defendant in the above entitled and numbered cause by and through his attorneys of record and files this his ex parte motion for funds for an expert witness and would show the Court the following:

I

The Defendant is charged with the offense of Capital Murder and the State has indicated that it will seek the death penalty. The Defendant is indigent and the undersigned attorney has been appointed to represent Defendant.

II.

The voluntariness of a confession made by Defendant would be significant at both the guilt/innocence and sentencing phases of trial. Due to the serious nature of the offense and in order to prepare this case properly, defense counsel seeks funds from the Court to hire an expert witness, and the Defendant requests, under the authority of Ake v. Oklahoma, 470 U.S. 68, 105 S.Ct. 1087, 84 L. Ed. 2nd 53 (1985), that the Defendant be granted an ex parte hearing in order to support this motion.

P-295

III.

To prepare adequately for trial and sentencing hearing, the Defendant will require the services of an independent expert who can assist the defense in cross examining and preparing a defense concerning the voluntariness of Defendant's confession.

Neither the Defendant nor his court appointed attorneys are sufficiently knowledgeable to fully comprehend, assess and present facts relative to the issue of the voluntariness of Defendant's confession; or to competently cross examine witnesses presented by the State who will testify to the voluntariness of the Defendant's confession. Defendant requests funds to be paid by the Court to allow Defendant's court appointed attorneys to employ an expert familiar with law enforcement technics in interrogating suspects of crimes that result in false or involuntary statements being obtained ~~by law enforcement~~ from suspects.

IV.

Defendant would show the Court that without Defendant's confession only circumstantial evidence exists indicating that the Defendant may have committed the offense in question. The confession of Defendant constitutes the only direct evidence involving the Defendant in the deaths of the victims of this crime. The statement given by the Defendant to law enforcement involves the following suspect facts concerning the truthfulness of the confession: and its voluntariness.

1.   Even though three officers were present when the Defendant's interrogation by the law enforcement officer that obtained the confession began, all witnesses except for the Defendant and the interrogating law

enforcement officer left the room after Defendant's Miranda rights were given;

2.    Even though the confession was recorded by the interrogating law enforcement officer, approximately 1 (one) hour and 10 (ten) minutes of preliminary questions were not recorded by the interrogating law enforcement officer;

3.    Numerous facts and allegations made by Defendant, as set forth in his confession, can be shown by the defense to be false and not consistent with evidence established by the State concerning the crime scene.

An expert in law enforcement *interrogation* technics ~~and false statements~~ *and the ability of law enforcement officers to obtain false* confessions is necessary for the Defendant to properly raise a defense pertaining to voluntariness and accuracy of the confession. *In this case.*

WHEREFORE, PREMESIS CONSIDERED, Defendant requests the Court to authorize sufficient funds to retain competent expert witnesses to assist in the investigation, evaluation, preparation, presentation, and cross-examination pertaining to the voluntariness of Defendant's confession and the potential for law enforcement interrogation technics resulting in a false confession. *In this case.*

Respectfully submitted,

_____

Randall L. Sherrod
Attorney for Defendant
SBN: 18252500

NO. 39,532-D

| THE STATE OF TEXAS | § | IN THE 320TH DISTRICT COURT |
| | § | |
| VI. | § | IN AND FOR |
| | § | |
| JOHN BALENTINE | § | POTTER COUNTY, TEXAS |

## <u>ORDER</u>

On this _____ day of April, 1999 came on to be heard Defendant's EXPARTE MOTION FOR FUNDS FOR EXPERT WITNESS and the evidence and argument of counsel having been heard by the Court, and it appearing to the Court that said motion should in all things be GRANTED {or DENIED};

It is therefore Ordered, Adjudged and Decreed that Defendant's EXPARTE MOTION FOR FUNDS FOR EXPERT WITNESS be in all things granted {or denied to which action of the Court the Defendant excepts}.

_____
Judge Presiding

P-298

Per Roger said its not much.

4/14/99   10:09 am  –  Roger Shy, Linguist
Re: Balentine Case – Inconsistencies
of Confession

(1)   Pg 4-5  Cop (Paul Horn) reads
      John his miranda rights. Roger
      says he has never seen a
      miranda like this, because it
      was done in the first person.

(2)   Pg. 17
      Doesn't believe John has a full
      understanding of using pager when
      he would be in contact w/ April.
      Roger believes that the officer may
      have noticed this also.

P-299



# ROGER W. SHUY, INC.
### LINGUISTIC SERVICES

629 BEVERLY AVENUE
MISSOULA. MONTANA 59801-5919
TEL. 406-721-5559
FAX. 406-549-8660

# FAX TRANSMITTAL COVER PAGE

DATE: _4-12-99_____    TIME: _____

TO: _Kathy Garrison    806-374-6501_

_____

FROM: _Roger Shuy_____

NUMBER OF PAGES: _____11_____
(Including Cover)

RETURN FAX NO:    406-549-8660

MESSAGE

1

**Taped Confession of John Lezell Balentine, 7-25-98, 10:55 a.m.**

### Evidence of an earlier conversation

This confession statement is clearly a retell of an earlier conversation Balentine had with the investigator (PH) who did the interrogation.

The following statements provide evidence of this:

p.1 (40 seconds into the tape:
    PH:...and I'll repeat what we already went over earlier at
        9:50 o'clock...

p.2 (3 minutes and 50 seconds into the tape)

    PH: Well, when you all moved in on East 17th, how long did
        you all live there together?  Before you moved out, about,
        you know.

    **Since this topic has not come up in this tape, it can only have been from an earlier conversation.**

p.3 (4 minutes and 30 seconds into the tape)
    JB: Then Mark started staying there until the police raided
        the place and picked him up
    PH: Uh-huh
    JB: That I told...(interrupted by PH)

p.5 (6 minutes and 50 seconds into the tape)
    PH: Now you were telling me about...that after you were out of
        the house that you had got word through Angela that
        Markie was saying that he was gonna shoot you

    **Since this topic has not come up in this tape, it can only have been from an earlier conversation.**

p.5 (7 minutes into the tape)
    PH: But there was more to it about the gun that Angela and
        that you said he uh, wh-, he threatened

    **Since this topic has not come up in this tape, it can**

2

only have been from an earlier conversation.

p. 6 (7 minutes and 51 seconds into the tape)
    PH:  How'd you get over there? I know you do a lot of
        walking....as I found out, you do a lot of walking.

Since this topic has not come up in this tape, it can
only have been from an earlier conversation

p.10 (11 minutes 57 seconds into the tape)
    JB:  Then I shot Mark in the head, and shot the other two in
        the head.  Weren't all of them shot in the head?
    PH: Right.
    JB: Uh-huh.

Balentine is uncertain of where he is alleged to have
shot the men.  His question reveals that the officer knows
the answer and that Balentine is trying to get the officer's
confirmation of something told Balentine earlier.

p.10 (12 minutes and  15 seconds into the tape)
    PH:  And when you shot Markie, what part of his head did you
        shoot him in? Do you remember?
    JB:  Dead center, wasn't it?

Balentine is uncertain of where in the head he is
alleged to have shot Markie.  His question reveals that the
officer knows the answer and that Balentine is trying to get
the officer's confirmation of something told Balentine
earlier.

p.14 (16 minutes into the tape)
    PH:  Cause you remember you telling me something about
        going to that one guy that lived in that two story house?
    JB:  Oh yeah, he made the stop...Yeah, at, ah, what his name?

Even though the officer elicits the retelling, Balentine
does still not know the man's name and asks the officer to
repeat it to him once again.

p. 19  (20 minutes and 53 seconds into the tape)

PH: I thought you told me you're not really a person that, not a gun person.

p.21 (23 minutes and 43 seconds into the tape)
PH: I'm already, I'm asking you questions about stuff I already know, you know, cause we...right?

**The officer's unfinished sentence is of interest because he appears to be about to say "cause we already talked about this."**

4

### The officer prompts Balentine

p.6 (7 minutes and 51 seconds into the tape)
    PH:  How'd you get over there? I know you do a lot of
        walking...as I found out, you do a lot of walking.
        You cover some ground.

p. 13 (14 minutes and 43 seconds into the tape)
    PH:  Uh-huh. And then did he have you sit in the car or get
        out, or stand there, or what happened?

p. 14 (16 minutes into the tape)
    PH: Did you make any stops? Do you remember?...I mean
        before he actually took off?
    JB: Huh-uh.
    PH: Cause you remember you telling me something about going
        to that one guy that lived in that two story house?

p.14 (16 minutes and 7 seconds into the tape)
    PH: Because what did you tell that officer?Did you tell him
        you were going to see that guy? Or did you tell him you
        were going home? Or...

p.16 (17 minutes and 40 seconds into the tape)
    PH: And did you tell him everything about what happened? Or
        did you just tell him you needed to leave?

p.17 (18 minutes and 37 seconds into the tape)
    PH:  Now did you call on the phone and she didn't answer? Or
        how, how did you try to get in touch with her?

p. 17  (18 minutes and 45 seconds into the tape)
    PH: How would you go about paging her? How would she know
        it was you? Like if you used the bus depot number, how
        would she know it was you?

p.17 ( 18 minutes and 50 seconds into the tape)
    PH:  She told me, if I remember correctly, that what you would
        do is put your 8, she thought you were 28.

p.18 (20 minutes into the tape)
    PH:  Did you just get off for a rest stop? Or...

4-13-1999 2:31PM   FROM

5

p.19  (21 minutes and 3 seconds into the tape)
      PH: Somebody give you the gun or did you buy it from
          somebody:?Or...

p.19  (21 minutes and 15 seconds into the tape)
      PH:  Did he sell it to you or give it to you or just loan it to you
          or how did it happen?

6

**Some things I don't understand**

**1. About the gun not working**

p. 9 (11 minutes and 12 seconds into the tape)
> JB: Then I went back and looked at Mark and them and the
> gun jammed and so I had to go back outside and shoot
> it in the alley. When the police got called.
> PH: So you were gonna use the gun but it was jam, it wouldn't
> work?
> JB: Huh-uh.
> PH: And you went to the alley?  And what did you do with it
> in the alley?
> JB: Shot it in the alley.
> PH: To get it, to make sure it was working? Okay.

I don't know much about guns but I wonder how JB
knew that the gun was jammed before he tried to shoot it.
And why would it work in the alley but not first in the
house?  Note also that it was PH, not JB, who added the idea
that JB tried the gun in the alley to make sure that it was
working.

**2. Balentine's mental state at the time of the killing**

p. 12 (13 minutes and 35 seconds into the tape)
> PH:  Now, let me ask you this. After you got done shooting, how
> long do you think stayed in the house before you actually
> left?
> JB: Five minute.  I think I was stunned after I did it.  I think
> I realized that I had did it.
> PH: Yeah.
> JB:  I think I did it, I think five or ten minutes (stayed in the
> house).
> PH: So you, you think you were actually in the house for a
> little while before you walked out?
> JB:  Yeah, cause it seemed like, seemed like I had done
> something.  I couldn't believe I had did it.

Perhaps Balentine's stunned condition helps explain
why the officer had to prompt him throughout, such as on

page 10, when Balentine has to ask the officer, "Weren't all of them shot in the head?" and "Dead center, wasn't it?"

## 3. Issues of self defense

It is clear that Balentine believed that he had to kill Markie before Markie killed him. I have no idea what kind of self defense theory this could support but there are down sides to it. For one thing, Balentine had the gun with him when he went to Markie's place. Secondly, the matter of killing the two other men seems contradictory to his self defense theory. He doesn't even seem to know who they are. But this does seem to fit a mental incapacity theory, or some mixture thereof. The prompts by the officer also support a mental incapacity theory

8

## Complete Interrogation/Confession on Tape vs. Recap on Tape

As noted earlier, this is clearly a recap tape. I do not know what the policy of the Amarillo police department is, but I enclose pages from Geller's 1992 survey of police practices in tape recording confession statements. A recap has the advantage of saving money in tapes and equipment use for the police. It also has the advantage of reorganizing the suspect's statement into a coherent sequence for posterity. On the other hand, we have no way of knowing what actually happened in the untaped interrogation that preceeded the recap performance, leaving some serious questions unanswered. The recap has the appearance of reality but it is, in fact, like a well rehearsed play. It is not the reality of the confession event; it is a cleaned up version. It gives us no knowledge of any possible coercion, promises, or questionable tactics that might have been used by the police. In short, it can clean up the act.

3 9532-A

47t

Reb

Potter

501

Ama

*Randy copy*

December 29, 1998

Re:                                      ntine

Dear Ms. Rebecca King:

First let me say I'm sorry for the time it has took to answer your letter dated October 13, 1998. I have had some health problems in which kept me from answering your letter.

Ms. King what I would like to tell the jury is, and this is very hard for me to put in to mere words. They need to know that I love my son very much! And that he was a good boy even though the got into some trouble. I will try to tell you some in this letter.

Markie took care of me when I was so sick. I ran every body else off but him. That boy had a heart as big as Texas and made of pure gold. Not only did he take care of me but any one he ran across that was in trouble or having trouble. One time he push a ladie's car in the snow 3 blocks to our home so he could hook it up to a battery charger. The lady had a small child with her no place to go and it was very cold out side. He was always bring home stray dogs, cats, and people. Many many times did he do acts like this.

Markie was also a forgiving person. I know he has forgave John Balentine for what he did. And this next part is very hard for me to do and tell you.

P-309

Page 1 of

3 9532-A

47th District Attorney
Rebecca King
Potter County Courts Building
501 S. Fillmore  Suite 1A
Amarillo, Texas  79101-2449          December 29, 1998

Re:  State of Texas v. John Balentine

Dear Ms. Rebecca King:
    First let me say I'm sorry for the time it has took to answer your letter dated October 13, 1998. I have had some health problems in which kept me from answering your letter.
    Ms. King what I would like to tell the jury is, and this is very hard for me to put in to mere words. They need to know that I love my son very much! And that he was a good boy even though the got into some trouble. I will try to tell you some in this letter.
    Markie took care of me when I was so sick. I ran every body else off but him. That boy had a heart as big as Texas and made of pure gold. Not only did he take care of me but any one he ran across that was in trouble or having trouble. One time he push a ladie's car in the snow 3 blocks to our home so he could hook it up to a battery charger. The lady had a small child with her no place to go and it was very cold out side. He was always bring home stray dogs, cats, and people. Many many times did he do acts like this.
    Markie was also a forgiving person. I know he has forgave John Balentine for what he did. And this next part is very hard for me to do and tell you.

Page 1 of

I have became a Christian since my incarceration. And so was my son Markie. It was my son that lead me back to being a Christian again. I was raised in a christian home but I didnot live the life. But to get back to what I am trying to say I too now for give John Balentine. I never thought I could say them word. When this first happened I wanted to do the State of Texas job for them. But now I ask for mercy on his life. I have not spoken to my family about this as of yet. Its some thing hard to put into a letter. I ask you for now please keep this between just the Judge and attorneys in this matter.

I don't know which is wores being put to death or being locked up for the rest of your life in prison, where you have to think about what you did day after day night after night. I know this from my own experience.

Ms. King I am also requesting the name and address of John ~~Balentine~~ Balentine attorney so that I may contact him please. Thank you.

Sincerely your's
Mark E. Caylor Sr.
T.D.C.J. - I.D # 802784
Jester 3 Unit
Richmond, T. 77469
By   Mark E. Caylor Sr.

Mark E. Caylor, Sr.
TDCJ-ID No. 802784
Jester 3, Unit
Richmond, Tx.

*These are Randys-*
*They got stuck*
*w/Jim's from the*
*1st day-*

James D. Durha
Attorney at
1008 W. 10th
Amarillo, Tex
79101-3113

*Deliver to*
*Randy*
*Serrodiss*

M

*Jacey*

Re: Cause No. 39,532-D
    State of Texas vs. John Balentine

Dear Mr. Durham:
        As you may know I am the father of the
murder victim Mark Edward Caylor, Jr.
        I want to state that I did share this
information with the Potter County 47th
District Attorney's Office in a letter that
I wrote Attorney Rebecca King on December 28, 1998, and she nor any one else in her
office respond to the contents of that letter.
        Mr. Durham what I'm about to say only
afects you client John Balentine if he is
found Guily. I plan to ask the Jury for
mercy on his life. I understand from a letter
I received from the Potter County 47th
District Attorney's Office that the
State is seeking the Death Penalty in
his case if found Guilty.

Mark E. Caylor, Sr.
TDCJ-ID No. 802784
Jester 3, Unit
Richmond, Tx. 77469

James D. Durham, Jr.
Attorney at Law
1008 W. 10th Ave.
Amarillo, Texas
79101-3113                        March 25, 1999

Re: Cause No. 39,532-D
    State of Texas vs. John Balentine

Dear Mr. Durham:

As you may know I am the father of the murder victim Mark Edward Caylor, Jr.

I want to state that I did share this information with the Potter County 47th District Attorney's Office in a letter that I wrote Attorney Rebecca King on December 28, 1998, and she nor any one else in her office respond to the contents of that letter.

Mr. Durham what I'm about to say only afects you client John Balentine if he is found Guily. I plan to ask the Jury for mercy on his life. I understand from a letter I received from the Potter County 47th District Attorney's Office that the State is seeking the Death Penalty in his case if found Guilty.

P-313
Page 1 of 2

Mr. Durham, I am a Christian my self now, so I know anybody can turn their life around if they choose too.

Mr. Durham. Markie was my only Son, and I loved him very much, more than any thing! When this first happened I wanted to do the State of Texas' job for them. I say this so that you will know that my decision to ask for mercy doesn't come from a father who doesn't love his son. It is my christian faith that leads me to this decision.

Please tell Mr. Balentine after this is over, and if he is indeed Guilty, and if he ask me forgiveness, I will forgive him. I have forgiven him in my heart already.

Mr. Durham I plan on asking Judge Emerson to issue a bench warrant for myself for the trial so that I may find out what did happen to my Son and to testily or should say ask the Jury for mercy for Mr. Balentine's life if necessary.

Sincerely,
Mark E. Caylor, Sr.
Mark E. Caylor, Sr.

#3 Motion To Suppress ID
#4 Motion To Suppress Physical Evidence
#8                                           Need Order?
#9
#10                              #5
#11                              #6
#12                              #7
#13
#14
#15
#16
#17
#18
#19
#20                              Need Order?
#21
#22
#23                     #24
#31                     #25
#32                     #26
                        #27
                        #28
                        #29
#36 Motion For Access to Juror Service Order
#37

##30-35
*** Time for production? 3/27 draft evidence to be provided —

P-315

copy of all motions granted by Court?
included subpoents

/ / / ( )
#73 Granted
1
2
3
4
5 — 15
17
19
20
21 — 28
29 - 33
34  photos, video, audio tapes, ect
35—40
42 - 44
45 - (as to Id & reports) 44
49—54
55—62    61 - exculpatory only
63 (as to exculpatory communications)
64 - 69
/ / / / ( )

P-316

3/22/99:

Δ not present; record of Court Rulings was made...

P-317

Why Δ would confess to crimes?
Background of Δ:
     school
     service
     work
     relatives, friends
type of person with authority:

expert to testify why
psychiatrists:
     attitude toward authority
     past criminal record

arraignment: answered to what name?
motion to read indictment with only one name...
     basis for indicting under multiple names...

linguist

Rickwartz:

based upon your experience and training, what one piece of evidence, out of everything in the house would be the best to tie the murders to the person that possibly did the shooting...

examined skid marks, footprints, gorges found in the curb (concrete) were all "fresh" - relevant until you learned when you were leaving that John allegedly walked to residence? strongest suspect of the killings you had when you <u>first arrived</u> at scene...

point of entry and point of exit for person responsible for shootings...

fingerprint Markio Caylor → he had lived there, as well as Johnny and Misty

heater in house; warm when did his crime scene collection?

in September, involved in search for bullet in alley where shootings occurred? How many people were involved; how did you conduct search...

angles of shots to victims - ejection of shells - direction...

P-319

ask Mr. Means about heater — Kept apartment warm
"   "   "   "              person in John's house morning he learned about the
shootings...
"   "   "   "              Misty or Markio owing him money for rent. Who was
responsible for paying rent to him...
"   "   "   "              him allowing Johnny to stay in building
without paying rent...

Angela told John Mark was saying

Moons
Cain
Angela
2 Houston Officers

Look into windows - see them knocked at
    Markie on couch by the door
    Bong right there

Went to bedroom - first thought Chris was Misty-
    How long did John know Misty had moved
    out of house

Crawl under house - where gas line is
Went into house 1:00 - 1:30  Time first shots re-
        ported....
Get prints off of refrigerator - try

P-321

Photos of floor entry

Photos of house where John crawled under house

Photos of items under windows in house — Kitchen window

Fingerprints from Kitchen window — Bar back on window

Markie shot dead center in forehead

Photos of names where each victim was

Name to gun officer "John Bowe" "John Smith"

Name officer in

Warrants out on either name

Arkansas

Municipal Court — payments not made

*When was Angela's statement taken — heard him in alley — who was John's brother — statement from Angela's boyou

When Eric Smith's statement was taken?

Shawn Dee's statement — compare to Eric Smith sold gun to John — John ask about gun and ammo?

1/21/98

1/26/98 ፥ Angelica Allen Statement

Dominique Oliver

1/28/98

9/2/98   Eric Smith — Gun at John's house on Virginia

couch in John's apartment — Eric Smith's statement
Look at photo's

Kelly Bain — "real calm"

# "Time of Death"



did you believe "time of death" was important....

ejection of shells = automatic....

Great

Pathologist:

time of death

angles of bullets through bodies

paranoia of amphetamines use



went under house

measurements of areas under house & measurement of hole in closet...

note any dirt in house in report - how long was your report

Phone # found on one of victims

Time Line:
2:26
2:27 dispatched — total time spent 70 minutes

social security #

Knew him as John

~~████~~

Distance to where you let him out from where

talk to special crimes —

find gloves; weapon

legal issue on search...
    questions pertaining to search...

No one else living there with Johnny.

Residence locked when police
    arrived in...



April
Threats made by Police — eye witness there ad police
Johnny told of threats...
never mentioned you were at KMart with Johnny
when you were picked up by police
and taken by police...

2 Means statements — Consent
went into residence— reports do not reflect you had
any evidence of April & Johnny going into
Kel Mart ...

had to look into ▓▓ such to see receipt ...

Victims appear to have been cold ▓▓ when they went
to sleep....

Notes of Horn:

school for interrogation of suspects.....

searched whole area looking for gun ————bullets

"Chris saw you in there"

gun powder residue off of hands

Gun powder residue
tests for hands

Mr. Allen:

investigated for 13 years
retired after investigation done...
2 way mirror
room wired...

notes on records

Procedure

510 E 17th St.



Amos:
15:18 hrs. – 3:18
light on –doesn't
TV on
covered with coat
door locks unthrown
corp. Billy Reeves – supervisor

T.V. On
Light On
Heater On

internal doors in house

who was in charge of securing crime scene

Kelly Moon:
    door cracked open
    Mark in chair
    front porch light off
    tv off
    heater off
    ceiling off — no lights
    ADD took thumb prints
    can't recall — had coat, hat, shoes
    Crime — dim memory, never excited...


    talk



no internal doors...
have a coat, hat, shoes on...

Chris Taylor and her boyfriend and step-brothers

Thought the ones shot were the ones that went
looking for John...

P-336

Mrs. Shaddix,

Knew Kei approx. 1 year

sent Kelly Ogann & Kristin Bain over to pick her boy up.

Red Bud academy → in mentor program — home school —

go at own pace...

Son rode bus to Caylor's house...

Chris Cayler:
   used to be his friend
   met through Misty – dating her at time...
   living with Mark and Misty...
   lived with Misty and John – baby (approx. 1 yr. old)
   Misty kicked him out – told Misty John was cheating on him
     Hal had feelings towards John because of this
   Came to house – Misty had black-eye – 12 yr. old with her –

Mark got mad – punching things – went to find John
always slept in clothes
problems with West Side 16 Gang...
wires you up – speeds you up... kept him up – makes you
Paranoid... used four or five days...

where did all of you go to find John...           looked at John
he saw John approximately one week before shootings – pointed finger
who was wearing Cowboy Jacket – Steeler's Jacket    and laughed
told police John was suspect
*why was he kicked out of his mother's house...

Mark carry guns – gun in house – .25 ammo.
unlawfully carrying a prohibited weapon
argument between Misty & Mark over who would pay rent.
put shoes, hat, coat on – went into living room...
what was on when he went to bed...
who was Ronnie

P-338

never reported incident to police...
got gun for protection — called Ernan & got gun...
impossible to see into his bedroom
blankets — sheets up — could not see into house...
window would open above sink — — — opened 3 days be-
fore...

who all went looking for John...
what kind of shoes were you wearing...

P-339

Misty Caylor:
21'
2 brothers
"going to kill that Niggers ass"

Rick wartz:



shots sound like
firecracker...
no forced entry in
rear door
couldn't crawl through
to entry into house...

10" - lowest beam
did not try to
get prints off
of cartridges...

unidentified
prints ON
front door

"WARM IN HOUSE"

P-340



SKid marks, indent-
ions in concrete "FRESH"

P-341

.25 ammo — where .25 was found...
Cpl. Monarief, officer Smith

can you think of a set of circumstance where you found a person guilty of capital murder -- murdering multiple victims in the same transaction where you believed life imprisonment was a proper form of punishment ...

feelings so strong that it would affect the way you answer the 2 questions at the punishment part of the trial...

P-343

reasonable doubt definition

Moody Ray Shaffer        ] possible witnesses
Stephen Delfin

witness list for John

† member of Sharon White's law firm — knows about confession — we
need to talk to him...

Can you consider a set of circumstances where you found a D guilty
of multiple murders where you could access ... the full
range of punishment....

minimum

can you think of a set of circumstances where you have
found a D guilty of capital murder — murdering
multiple victims in the same criminal transaction
where you realistically could consider life
proper form of punishment...

P-344

19th
2:30       NOT

1703 S, Buchanon
2d house S of inter on E side'
faces west

? ask about ~~####~~ dirt!

? Radio Transmissions
? Script
? Go Back to scene ; not in report

Tie him down
on gun not secured
search for safety

# of shots ?

Sgt. Horn

5 minutes
2 Houston Detectives

Talked

Betty Carlson:
"1700 S.Buc (1703 S.Buchanon)
4 or 5 times — shots
Heard someone take him out — nothing in front
Shot again — about 4th time — four/five times I picked
up phone to call you — shot again — about
the 4th time he shot...

#141
227
10-04  130
7th & Buchanan
1617 S. Buchanan

372-8835 Knows black male — John Smith...
"Gary Cain" Not a working #

Smith, John   1/31/69
42915 — first 5 numbers of SS #
42913
Ask about middle name — gave Lazzell
1" long scar upper lip
faded wrests only
No DL for individual
Works at Applebee's — born in Houston
Lists same subject as rest of Kim — asked
him to call for...

P-347

read full SS# 4291-37848

374-3557 # Kirstin Bush called from

Billy Reese (Reeves)
Roy
Kirkwood:
   had not been in a unit for special crimes...
   have not entered the scene - coming from civilian
2 units over here
didn't need other units at this time...

Smith going on route - don't go in yet... - no one to
   go up to house

3 calls over last year:
   '99 Monkeya Court on Mark Caylor - Sics them
   Runaway
   nothing big - only 3 calls

P-349

John's House
Eric's House
House where shootings occurred—510 E. 17th

Order of Officer's arrival at house

sisters in-law & sons:
John
When was John's brother living...
Err(?) Smith living with girlfriend & child...

Officer Amos # 202
Carri Diane Moon
  3/23/77
  1414 Heidi Lane

Kelly Renea Moon
  8/15/79
  823 S. Alabama #B
  353-6617 Mother's phone number

Both arrived at house, Kelly went into house Chris Caylor had gone out to car and was waiting with 2 above while Kelly talked to police

Name of special crimes agent that interviewed 2 Moons, Caylor

Julie Ann Nizzai
7/28/80
1900-A South Brazos
Michael Ross O'Keefe
5/21/82
7408 Jameson
359-0023


Officer Reiser # 302
Wed. 1/21/98
16 05 hours
2 above approached officer at intersection

P-353

Kirstin Niel Bain
12/8/79
West 11th Avenue Apt. 3

Kelly Karen Bain
6/19/80
Same address


also around Chris Caylor
went into house at request of others

Kirkwood: #256
roped off visible skid marks exiting alley adjacent to
the east side of the residence

Officer Hardin #207
1/22/98 (date of supplement; what time was supplement done)

1703 S. Buchanan
"shots fired"

he heard what sounded like 22 caliber weapon shots
coming from somewhere in the immediate area <u>east</u> of his
residence

northwesterly direction from South side of East 17<u>th</u>; just
to North of 1701 S. Buchanan

Subject came from area where resident at 1703 S. Buchanan
had reported shots fired

Field interview card # 5399

contacted by Solis on 11/21/98 at ~~approximately 6pm~~

** went to crime scene; talked to 4 detectives; talked to Montano;
talked to Lt. Smith - answered questions; went in and
called in supplement ...

P-356

Letter to Mother & Mark

incident reports made by police:
    each victim

gang intelligence

Houston Police Reports

Linguist
MRI
Richard Ofshee

Arkansas Case...

BATSON MOTION

review Reddock's questionaire

Judge advises them there is no life without parol- we are entitled to charge on 40 year minimum

Sammie Andrew Mayes:
1953
19 M   21 F
does work for county jail — oct.
problems with IRS
knows Tim Hoffman — Perry Peak
victim theft
don't believe very many innocent people are convicted
p.82 * p.90
Most enforcement officers — good honest people with a job to do

Excused      Judy Kay McCloy:

Excused      Sharon White

Steven Barlo Close:
            Counselor — TDC —
            Field Parol Officer
            Deterrent Effect of Punishment =
                Not much rehabilitation in prisons = doesn't work
            Not much for getting even...

P-359

John Robert Allen?
D's track record
Brother DPS Officer

Barry Jack Hawkins
opinionated
proof beyond all doubt...
people presumed to be guilty until they prove their
doesn't behave that way himself                    innocent
answer first question yes... if found a D guilty...

VR

right to remain silent

Andrew Joel Friedricksons

racial feelings
problems of work
financial burden

9
11
12
13
14
15
16
17
18
19
20
21
24   Valindri

Travis James Martinez:
8/25/80
death penalty just
police are good and reasonable moral people
going after LWO degree — what mother does....
GED.

hardship= unemployed
probably guilty:
reasonable doubt
prove all elements:
don't prove one element

Edward Charles Sisson:
Beaten up by 4 blacks

Marc Aron Ferrell's          "No WAY"

eye for an eye
drug rehab
considered to things he didn't do before
shooting vs stabbing

right to remain silent

~~~~~~~~~~~~~~~~

reason - who was killed...
stabbed rather than shot
probably did the crime...
ever consider probation for a pass - found guilty of murder

death penalty

P-365

#89...

Aztec Coffee Co.
   Who owns...

"Eye for an eye..."

Economic
Race
Feeling about death penalty affect the way you would
   answer these 2 questions !.!

P-366

"live by sword ; die by sword"
son cut by 4

#76.
#80.
#82

"cannot think of set of circumstances where
he could answer #2 yes— am sure slew an
some...

#83
#85

*in order to be a fair juror — qualified punishment
conceive in your mind, set of circumstance

p.24    being in favor of    credibility of law enforcement
p.28    bellure           to much time and money spent on cases—
                          to many appeals

brother in law Ronnie    100
Williams
                   80—82—88—
                   #76 #82 #84

racial              #80

              #52

hardship
death penalty #67 #84 #82 #91

convict guilty I see that the innocent are never falsely convicted...

Bias against

Show proof they are innocent = burden upon defen—
people that are innocent sometimes falsely accused
of testifying

convict guilty / see that innocent are not falsely accused
right to remain silent

admit to committing acts they did not commit
        confess to a crime they didn't do

Johnny probably did it 2.

not a follower

black / white issues

Garry Mathis

cannot remember to much about

April kept calling John — keep him informed about
what police were saying

(Officers that picked him up) No sleep for 2 days — kept making him . . . .

(Horston Athens) "didn't know what he was talking about" 2
Horston Athens left

"told John other person saw him . . ."

asked John if he wanted statement "typed" or
written. John said typed, it was faster . . .

Eric Smith # 374 = 7155 (Angie's girlfriend)
ask for Freddie or Eric
ask for Freddie first

Eric = crack cocaine (Texarkana — Arkansas)
Eric driving new car — Amie Stripper see . . .

April mad at John now?

Chris Caylor —
┌ no violence

Torry Nevada?
    went off with Mary

Cook ┐
Martinez ┘ Potter County

Daniels ┐ Houston Officers throw him into wall
Other Officers ┘ Knots on his head...

6 or 7?
    hit head on highway
Knocked

dark headed one had left with Mark's got
in fight with black headed...

2 car loads = 2 girls, 4 or 5 boys after
John's

soft drugs...

always whipping kids... other gangs...

❌ Chris Caylors
        worked at car wash - Westgate...
        fired for his attitude - part time
        mechanic...

❌ gang signs inside house
❌ no door inside house?
        no doors

Mark's girlfriend = Shaffer (runaway)
        lived in Randall County...
        dated long time - both Mark's
        and Chris...

Markie got Chris kicked out of his house...
right before Markie went to "boot camp"
In "boot camp" about six or more months

Misty:
on probation for robbery...
over a man...
sold crack cocaine for Shawn Bed...

Evidence

( Thengste D.O )

calendars
    important dates
    time sheet = important dates / times of the day

over head & diagram / photos
    crime scene
    neighborhood

crime scenes
    diagram                    Narcotics
    video                  Gang Signs / Activity
    photos
    weapons / ammo found

bus schedules
    day of crime

criminal backgrounds of deceased (all 3)
investigative reports of AOD involving deceased
ammo:
    police bought box from K-Mart
    3 blanks
    similar gun
    approval to fire in Court

P-375

autopsy reports:
    blood test results —
        1) chain of custody
        2) test results, ect.

copy of taped confession
copy of transcription of taped confession
gang intelligence officer
Narcotics intelligence officer

IR's pertaining to crime scene — 1month :
       narcotics / gang activity

involuntary confession
linguist
MRI
Witnesses:
    Shots fired                         Drugs at house — being sold
    demeanor of Chris Caylor
    Mark Caylor threats against ∆
    ~~■■■~~ evidence inconsistent with Chris Caylor's statements —
        time everyone went to sleep
        music on
        lights on
        door partially opened
    evidence inconsistent with ∆'s statement —
        looked into residence (saw them sleeping

P-376

manner D entered house
D went to alley / fired shot
D entered residence through window
gun in pants when stopped & searched by APD
officer....

LEGAL / FACTUAL ~~~~~ THEORIES
AND EVIDENCE
confession / statement of △

admits following "true" facts :

experts — voluntary / involuntary ; linguist ; MRI
△'s background — criminal ; school ~~~~~ psycological tests
"true" facts that were infered by ~~~~~ interrogating
officer to △ :

"false" evidence ~~~~~ in statement

unreliability of △'s statement:
      over 1 hour "pre-recorded" interview by officer...
      inferences of important evidence by officer to △
      false statements inconsistent with actual evidence obtained
            by State...

P-378

arrest at scene by APD officer

location / time of arrest
lies told to officer by ∆
bullet found

inconsistencies with "field" interview and I.R. made by officer
after ∆ was a suspect by APD

no gun found
no ammo found / other than 1 bullet

.32 cal bullet found by APD officer
during search of ∆

bullet found in ∆'s pocket

date of report? bullet had mechanical marks on it –
not mentioned in "contact" report

bullet location told to Mark Brown?
noted in Hardin / Brown IR's ?

P-380

[scribble] girlfriend's statement

went to K-Mart of △ to buy ammo—
32 caliber
exchanged 22

"something bad's going to happen"
I will be dead or in jail
phone call's she received on pager [] believed they were from
John

P-381

<u>∆ immediately flees Amarillo
by bus</u>

∆'s brother's statement
∆'s girlfriend's statement 2
Phone calls received by ∆'s girlfriend on her pager
Phone call records of ∆'s girlfriend
manner ∆ & girlfriend used to identify who was calling on
pager

hearsay?   Phone calls made to phone #s (girlfriends records) by police
and responses by persons picking up phones when they
rang...

P-382

receipt for 32 cal. ammo purchased by
Δ at K-Mart

Δ's statement ?
Δ's girlfriends statement
receipt found in Δ's residence
ammo clip brought to store by Δ
receipt itself
ammo — caliber, ect.
time / date of sale of ammo to Δ
2 identifying witness saying Δ bought 32 ammo / loaded in
32 caliber

A gets gun from his brother,

Δ's statement to his brother ~~about~~ what
had happened

Δ shows gun to brother when he wakes his brother up
smell gun
what he did

Brother takes Δ to bus station
Δ ~~███~~ got handgun from brother

# of statements – written / oral – given by brother to police
criminal record of Δ
Δ's brother not charged

P-385

P-386

## Questions

D's backgrounds
    school
    criminal
    pers
    violence

persons & places – reason for being where he was when arrested by
    APD

outstanding warrants
who went to his residence next morning

gang activity
Narcotics – used/sold   ] deceased

witnesses to threats made by deceased

background of deceased – violence

relationship with Chris

P-387

right to arm and seek explanation

Detreese (Aiko) Motion:
What would influence Δ to confess

study based upon confessions later shown by DNA Testing that Δ
was not guilty...

voluntariness of confession issues — jury charge

Justin Curtis Oehlert (brother of Christopher Taylor)
1-16-77
3506 South Lynette
353-7303
"Paramont Caboose"
358-4477

Texas Rangers:
        Henry Lucas
        false confessions


highly suggestible person

coerced compliant confession
coerced internalized confession




warrants (Arkansas; Amarillo Municipal Court?)
details of house
firing of weapon

victim and others looking for Δ; going to kill him... Deceased in possession
        of 25 caliber weapon
interview Δ's girlfriend
heights; weights; ect. — description of Δ
gang activity; involvement with drugs
record — jail time of deceased
        "        "      of survivor

P-390

why was D. close to residence when arrested...

educational, psycological background of D...

need for psychiatrist... examination when he was a child...

expert in the area of police interrogation tactics and influence of people involved in police interrogations...

sociologists
social psycology

confession involuntarily made / whether confession was coerced...
whether or not psycological ploys or tools were used to get a true or false confession.

statements made by D were involuntary and a result of psycological coercive tactics employed by police...

highly suggestable individual

1) coerco compliant
2) coerced internalized confession

Been in jail — just recently released — Mark Taylor
Misty & Mark — Probation officers and by...
      Names & reports of 2 probation officers
         that moved by and talked to Mark &
      Misty

Mr. Means:
        Gang graffeti
2 Nizzas
Car smashing
House shooting
Notebook
Confession

Proud of fact he killed those boys
Bragged about it



P-395

if you

P-396

Need page 2 of Terry Nizzio's 1/22/98 statement
Where did she described jackets worn by people looking for John...

**KKK Sign**
House Shooting
Caylor's letter to his Mom ...
    187 Crips - Hoover - Westside

Misty:

Misty never called police - about Johnny
Chris Caylor never called police about Mark ~~or about Mark Caylor~~ ...
   or Johnny. Chris helped get a gun.
   Geyer was carrying it ... Gun found
   under Mark

*Work
Product*

photo of gang sign on outside of house

Johnny beaten up ...

Never any problems from Johnny before
   this incident

*Angelique
Schavette
404 S. Virginia*

Who told Johnny that Mark was
   saying he was going to Kill
   Johnnie and had a gun ...

Kelly Moon:
   Geyer, Watson, Caylor -
   Went looking for
   Johnny ...

Thought those were the
   same 3 that were
   dead that went look-
   ing for Johnny

Chris Caylor:

Geyer: Carrying black
   sterling gun carried
   by him ...

Watson: Gang tatoo

P-397

Need page 2 of Terry Nizza's 1/22/98 statement
Where did she described jackets worn by people looking for John...

**KKK Sign**                                    Misty:
House Shooting
Caylor's letter to his Mom ...
    187 Crips - Hoover - Westside

                                                Kelly Moon:
Misty never called police - about Johnny        Geyer, Watson, Caylor -
Chris Caylor never called police about Mark / or about Mark Caylor...   Went looking for
    of Johnny. Chris helped get a gun.          Johnny...
    Geyer was carrying it... Gun found
    under Marks

Photo of gang sign on outside of house          Thought those were the
                                                same 3 that were
                                                dead that went look-
                                                ing for Johnny

Johnny beaten up...
                                                Chris Caylor:
Never any problems from Johnny before
    this incident

Angelique                                       Geyer: Carrying black
Schavette         Who told Johnny that Mark was      sterling gun owned
404 S. Virginia       saying he was going to kill    by him...
                      Johnnie and had a gun...
                                                Watson: Gang tatoo

                                                                P-398

Niffzas

Means

Thierrey

Chris Caylor

Steve Powerss
Gang information on any 3 victims.

Misty Caylor:
Mark threatened to have her killed by Latino Mafia...

P-399

House Shootings:

Vandalism of Car

Mark Caylor's teacher ?

Thierry Rucker, John's cousin, is outside. He wants to come in.

He has known John since birth — family, etc.

Can he come in so John will know some one from his family is here?

If convicted, this guy could be someone to speak for John —

Please let me know if I can bring him in now —

Kevin Ingram - served by PCSO, Sgt. Am.

Tony Brady - I served & ext'd. here at 1:30 - We have to get him

Jim Austin - served & ext'd for 1:30

Nizza's - both served & to be here 1:30 -

Thierry Rucker - served & to be here

Angie Allen - served & ext'd for 1:30



**AMERISUITES®**
AMERICA'S AFFORDABLE ALL-SUITE HOTEL
1-800-833-1516

*Join AmeriSuites Club℠*
*and get your suite rewards!*

P-401



Thierry Rucker, John's cousin, is
outside. He wants to come in.

He has known John since birth – family,
etc.

Can he come in so John will know some-
one from his family is here?

If convicted, this guy could be someone to
speak for John –

Please let me know if I can bring
him in now –

**AMERISUITES®**
AMERICA'S AFFORDABLE ALL-SUITE HOTEL
1-800-833-1516

*Join AmeriSuites Club℠*
*and get your suite rewards!*

P-402

30(a)

Stanley Montgomery:
    deputy prosecutor...

    have attorney
    plead guilty—trial

James Duvall:
    Newport Police Dept
    1986

Rosa Mae Miller:
    maintenance person....
    mama worked there 20 years....
    6 months—she worked there only a short time

Steve Powers:

    Autopsy Report of Steven Watson
    Note book → gang terminology
    "West" on house...

    any possible significance for gang association...

Kevin Ingram
Tony Brady

Renewal report   Tim Austin:
    threats made Mark towards Johnny

Nizzo:

    asked Johnny to take his things and leave – afraid of Mark
Thierry Rucker:

Angie Allen:

what did you tell Johnny about Mark's threats...   P-404

**Kelly Moon:**

Threats made by Mark against Johnny

3 left looking for Johnny — 2 weeks before

When she saw the 3 dead people she thought they were screamed — Chris Caylor walked out of bedroom fully dressed — ones that went looking for

Chris appeared "calm"

**Chris Caylor:**

Helped get a gun for Markie

Heard scream — put on hat, jacket, shoes went into front room

Said he slept through everything

KKK Reward for Johnny

Markie and others went to look for Johnny — too beat him up — and under cross examination he admitted to kill Johnny

Know everyone in that **house** did **not** sleep through shooting

Know how paranoid-pathologist said use of those drugs makes you

Chris said Caylor boy was carrying gun...

Paul Horn said Caylor was carrying a gun

**Hardin:**

proved his statement to police could **not** have happened

no dust on him

no gun on him

found bullet — bullet from straw — only Ms. Combs said he put bullet back in bag — no evidence of more

Police looked for gun — now found at house search large area around house — what happened to it

P-405

Statement of Johnny:

You know 3 people went into room to interview Johnny
2 left
Paul Horn talked to Johnny for 1 hr. 5 min. then
turned record

Know statement is suspect from the way it was
done; way questions were answered... way
answers to questions were made



Arkansas lady:
convicted — they would have introduced documents
let them try that case — according to Johnny's
dialogue with that lady he will get a life
sentence
he left her alone in car and sure rm — believe she would
stay in a locked car...
Incident with Houston Officers
quick reaction when he came at him from behind & grabbed
his arm...


Chris Caylor was not shot

The police officer was not shot

P-406

No fights with officer Hardin
No fights with arresting Houston officers...

Markie and whomever were traveling with him were going
to kill Johnny.... according to Johnny's statement
he was concerned about his family, the kidd and
anyone that was with Johnny being hurt...

Misty & Johnny's relationship was good until Mark was
paroled and moved in with him. Drugs started
being used... He and Misty started having problems...

could Johnny have gone to police... did Misty and Mark
go to police...

Paul Horn: Geyer was carrying a gun

P-407

Threats were made:
  Kathy Moon —
    Thought stand 3 that had gone to look for Johnny
      to kill him were the 3 that were shot
      when she first saw them in house

Chris Taylor —
    Going to kill Johnny
    KKK Reward poster for Johnny
    Geyer had the gun that Chris helped
      get —

Paul Horn:
    Geyer was carrying a gun
      ammo found at scene — gun under
      Matt

Tim Austin

April:
    Johnny had already been beaten up by 3 people
Terry Nizza

Angie Allen

P-408

Johnny's statement:
Threaten to hurt him and others, concerned
about welfare of the kid and his family
and anyone he was with.
On drugs. Knew Mark would kill him.
Knew how other boys had been at Marks
smoking dope.

P-411

Hair o fiber w/ valentine
hour? (If there, & at scene - big
implication)

If clothes on top, if opened, clothes
would have fallen through - wouldn't they?

Is it true that Houston pre-records
pre-confession tapes?

The notes say, He saw his friend shot in
Andrew Douglas's - develop more? the head -

Follow up w/ Hom - do you know
what a false confession is? Why
people confess falsely? Coerced, or to
protect others.

Balentine has not changed size.

B

P-412

P-413

Statement to Police:

3 officers come into interrogation room with Johnny
2 Houston officers leave after a few minutes — why?
Mr. Horn talks to Johnny for 1 hr. and 5 minutes
Not recorded
what did they talk about:
        evidence against Johnny — why police say he was
        guilty...
discussed April:
        Johnny knew police were looking for him
        Talked about filing criminal charges against
        April
        Johnny decide to help April

after 1 hr. and 5 minutes he agrees to be recorded
non of officers indicated Johnny was up tight — just
        wouldn't talk about his involvement apparantly —
        so they leave.

Whole tape — appears Johnny is seeking to say what
        Mr. Horn wants him to say

I looked through the window — saw them knocked
        out — evidence (photos) shows shades and
        curtains were

P-414

Mr. Horn ~~~~~~ stressed Johnny stating he saw
the Bong in the little house was very
damning evidence against Johnny — so
Johnny stated he had seen the two
other boys that were shot at McKie's
before doing drugs...

Crawled up under house — no pictures — nothing noted
by police when they went around house
and photographed open space going under
house... would have noticed something
going under house — took close up photos
of it — saw no signs of entry — size
of crawl space — 10" — appear Johnny was
to big to go in — Johnny had a key —
could go in front door — / noise opening
whole in bathroom... not supported by
evidence — Hardin noted no dirt on him.
no under house dirt around hole — put
boxes and cloths back over hole — clean up
dirt — clean himself before officer saw
him & searched him — officer walked up to
back of Johnny to search him — back
or front of black clothes should have
been covered with dust...

P-415

Johnny said he put gun — and did gun — good, medium sized gun — between belt and stomach — searched twice for weapon — wasn't there...

Johnny said when he went into house he turned on light and looked at Chris — light & TV was on when he went into house — after looking at Chris he turned the light off — why didn't he kill Chris — previously said he knew person in bed was Chris not ~~Chris~~ Misty...

Walked through living room and into kitchen and got a drink because he was thirsty

Went back and looked at Markie and them and gun jammed — how — had to go back out side and shoot it in the alley — at 2:30 in the morning- something that loud...
How did he leave house? through front door — evidence would support that theory — shot gun and came back into house — through kitchen window — not supported by evidence — 2 officers indicated you could open window — one, you had to wiggle it back and forth — ~~the~~ the other it could be pried open — officer indicated

they ruled out entry through window because of location of mess under window in + around sink - nothing like prints - foot prints found outside of window - *And Johnny said "I put the bar back - no bar was hoofed in any window...

How important was April to Johnny's statement? Horn indicates to Johnny - now, didn't you tell me (discussed off recording) that not long after you left you did talk to April?

*" Johnny states "Yeh, I contact April... I called over to Thiemes house, and uh (inaudible) and that about it"

When Mr. Horn starts discussing who was with him when he bought bullets - Johnny wanted to stop the tape...

Mr. Horn says " Well, if I stop the tape then I can't restart it. That's what I'm saying. I'm... I'm already... I'm asking you questions about stuff I already know, you know, cause we ... right? Already discussed April and the fact she was with him... P-417

Johnny stresses " She don't, she don't know nothing about it." Stresses again April knew nothing about it. Mr. Horn moves on so Johnny will continue to talk to him - assures him by asking "did she know you were going to buy those bullets

However, according to April's testimony - Mr. Horn & the police knew that April knew they were going to get ammunition...

April was never prosecuted - did Mr. Horn make that deal with Johnny to get him to talk was Johnny consumed the evidence, against him was to strong - would be convicted anyway by that circumstantial evidence - sued April in the process...

P-418

P-419

P-420

Autopsy:
        no doctor testified their drug level was so high

Had been walking from Walmart — going to see a friend —
    Mr. Hardin took him to friends house identified
    him — said he knew him

Chris Caylor not Killed — why — just as much a reason to Kill Chris as anyone of the other two — other than Markie...

girl that arrives says she screams out something about they are dead — Chris automatically comes into room — dressed, hat and coat on. Acts "calm"!!!

Chris Caylor says he gets up about 2:30 and goes to bathroom — goes back to bed — hears car when girls pull up = girl comes in & screams — gets up and puts his hat, jacket and shoes on — goes into front room

girl says when she arrives door is ~~xxxx~~ open 6 to 12 inches...

house is much much smaller than pictures show... No internal doors — no doors that could have been closed — only sheets or blankets used as doors...

Chris already dressed — had to been up — opened door —

Officer sees Johnny — doesn't run — not going down alley — walking in the street... Searched for weapons not once but twice. No weapon

P-435

found. Have time to hide weapon ... Police searched for weapons for shells for days. Have a reason to hide gun — time to hide gun. Walk under the lights ...

Johnny was dressed in black coat, blue jeans dew rag — no dirt seen on him ... identified under name he gave down to his scar on lip — First 4 digits of social security # given.

Why didn't he use name other than name he went by and could be identified through records/accessible by police records. Then took him ~~his house~~ ~~to the house have the way down later to~~ billfold on him — no identification on him ...

Mr. Means indicated someone was in Johnny's little storage shed he used as his residence ← Johnny was supposed to have been gone according to his statement ...

long guns found in Johnny's house when it was searched — no evidence they were stolen — no 32 ammo found — no handgun

P-426

No prints taken from Chris — prints were compared
from Misty, Johnny, 3 deceased victims
Why not Chris...

No investigative background at all — where would
you most likely find fingerprints of
guilty party — ruled out any entry but
front door — found shells from bullets used
to shot victims:
Fingerprints from shells
Fingerprints from front door

Remember heat in house when police got there —
Victims covering themselves appeared to be
cold — someone turn heater on after they
were shot...

P-427

"Then I shot Mark in the head, and shot the other two in the head. Weren't all of them shot in the head?" — Horn says right

"Dead center, wasn't it?"
Dead center where? (Did Horn point to his forehead and Johnny then say in the forehead...)
(Don't know — wasn't taped)

Went back into Chris' room and cut light on & looked at Chris — Why did Johnny not Kill Chris — absolutely no reason if Johnny was Killer — Chris asleep or only acting like he was asleep

According to Johnny's statement — the light in Chris' room should still be on — tv on— light in front room on— not supported by evidence when police got there — Chris got up turned inside lights out

P-428

Scott Cornelius: 6(?) 701-2343
(512) 998-6688
(512) 998-2513

Charles Subesta:
(409) 277-624?

"BALLENTINE"

16 11

36 X 32
180-185
5'10

Confessions
Houston
Horn
Talked

Search of A

#4

door opened 6" or 7" when
who opened door
door found open when first person to find bodies goes in
4th person had been asleep...

automatics
3 in residence

types of ammunition bought by Δ: same loads - same sounds...
to fire 3 rounds - in Courtroom

4th person searched
Fingerprints found

measurements - crawl through eat.
door walls, fourth bedroom
measurements from bodies to 4th person

Background on Δ...

* psychiatrist appointed to assist in the defense of Δ not to perform
psychiatrist opinion...
D/State will have psychiatrist testify about future
dangerousness - cross examine
2.) assist in preparing defense for future danger
ousness...

* admissibility of statements of Δ during first stop and search...

P-430

Discussion with D:

Background of A
parents, friends, teachers, employers, ect.

history of what he has done, where he has been
arrests

plead guilty to something you didn't do
confess to something you didn't do

where he was living when arrested day of murders....

names of friends....

drugs, ect.

**advise A to not talk to anyone without one there. Priest, preachers,
doctor, fellow inmates, psychiatrists ...

3/18/99

March 22:

    entire panel — ½ at a time

    no time restriction...

    individual - hope 20 min. person

    hopefully each individual juror under 1 hour.

\* Friday 19, 1999 = produce evidence

\* Discovery = need ruling on #64

#37    Put into jury questionnaire

#31    Get more information about costs

denied   \* Motions 12, 13, 14, 15, 16, 17, 18 = need ruling later

    Motion 19 denied - but would consider cost change at appropriately designated time..

    Motion 18 = rule later

#8       Motion To Suppress Written or Oral Statements of Δ:

        V.A.C.C.P. Art. 15.17: admonishments of arraignment

                            request for counsel

        time of arrest – cause for arrest (separate offense?)

dispatch records (Steven Harding)

               Jan. 31, 1998

how many calls you    2:30 am
performed in past?

           "shot fired called in" (shots)

           complainant – when fired 22 caliber to East

           2nd house

           three shots were fired

           O. Ferguson

           Black male walking on East Seventeenth

           walking in a brisk pace – over left shoulder

           appeared to be nervous ...

           way he was dressed !!!

           pat down for weapons

                                     Interview

           transmission logs

           "in custody"

           when informed of homicide / when made report

           disciplinary actions involving this case. →

                                           P-433

05/30/13

able to determine time of their deaths...

[box] recpt 32 caliber = local K-Mart Store
ammunition .25

April Ryan = paged by Δ = when did you talk to her

Conrad:
    curio shop there
    refused to keep information ... sell shells ...
    date she _____ | date sold

    3 officers — 2 Houston officers left


attempt to have him arrested

when Δ was arrested ...

1 hr 5 min .... (concluded 11/20 army)
here

knew Δ was not at location ...

who was with Δ when bought ammo
check for guns on bus lines
when Δ was arrested
Δ have guns on when arrested

where ammunition & receipts found...
who lived their
ammunition and receipts found in Walmart sack
why did you look in sack
when was consent to search signed
when did you learn Δ took bus out of Amarillo
do a complete search of house...

all shifts
how long he was staying
their...
law pertaining to

frame of reference
time & details

certain person
& who
don't believe sa
procedure

need owner of house where ammo / receipt found

Was taken before a magistrate

when did he buy
shells - when
did you rd.
photograph...

PL 465

Confessions

no evidence D was ever arraigned by magistate

arrested on

confession on what date

Houston Police Dept. procedure for taking confession — recording
Why they left him to do interview — no witnesses to confession...

Request for atty. made by D...

D sign Miranda Warnings

time with D before recording started
what they talked about...

Objection to arrest of D in Houston (failure to identify - actually
arrested for)
§38.02 Failure to Identify
§38.02(a) who has lawfully arrested the person and information the information.
§38.02(b) lawfully detained the person

search of D's residence illegal, information concerning actual purchase (by Cnty)
fruits of poisonous tree - not admissible... , CCP Art. 38.23(a)

P-437

Cont'd:
Harris's notes pertaining to her ID of D's girlfriend
Noticed no scars...

Copies of information in DA file that Cathy needs

Rap Sheet = Chris Caylor = May 1, 1998 = unlawfully carrying weapon...

Tiffiny

355-9574

April:

police threaten to prosecute you

what charges

concerned with the way your statement read- concerned
with the wording read- sentences

bring this to Mr. Coyle's attention

ask to be provided with corrections you made

when did ~~xxxx~~ you tell police about K-Mart- Witness ID

talk to John, after he left town - tell him police
were looking for him. Tell him what was in
the paper- what police had told you about
John- tell you about the threats made to you by
the police...

++++

handprinted statement

when did you find out police had moved you
went to K-Mart with John

witness come to police station to identify you...

trace phone calls- following her around

PAUL HORN:

indicate you searched John's residence

anyone else living there

locked - needed key to get in

believed John had left town

time to get search warrant

tell Mr. Manns he could give you permission to search

Mr. Manns tell you someone had been in house after he learned
of murders...

important if Mark Caylor had been involved in a shooting
dispute with someone, e.g.

know Markie was ~~involved by Caylor~~ a shooting bullets into
someone's house....

when you found receipt in John's house what did you do

had to look into such to find receipt.

no visible dirt around hole in floor indicating someone entered
house


interviewed John:

tell John another person in house saw him shoot the
boys

tell John April could be filed on

P-441

Mr. Means two statements — consent to search — your notes reflect consent to
April's two statements
Officer Hankin — WW on auto stalls
how many times was Chris Caylor interviewed
how long was he interviewed

how long was residence and area searched for weapons and shells...

light was on porch — could you see if door was open

Skid marks — indentations in concrete
        dirt on road
        left at high rate of speed

look for footprints of how to see if ~~~~~ someone left in
    Johnnie's direction when he was stopped

enter window
gun jammed — not working — went back in to try to kill someone
why he didn't go in front door. Back door

photograph under house — show someone under there earlier —
        went back & looked for bullet — took time to go under
        house...
cob webs under house — dirty when you come out

Johnny said he was thirsty — got drink — out of
    ice box...

P-442

why he didn't use front door
why he went through crawl why under house
why he went through window

check Hawkins report + determine how he missed gun
check photos to see if curtains were open where you could see
   into rooms
check to see if Johnnies prints were found at kitchen window
check to see if Johnnies prints were located on door
check to see if crawl way had been used - look at crime scene
          photos
check to see if Johnnie could have knocked items over
request shell casings to be fingerprinted

how did Johnnie go outside to check his gun jamming
   out door - come back in window

someone knocked items over by Mark's body

put clothes over crawl space after it was used - clean up and
       check cob webs from hand
clean his clean up - black clothes off like a officer said
      saw - hide bullets
closed window after he came in - straightened up any
   items knocked over in kitchen
      pulled clothes or curtains backs and closed shades
left items knocked over by Markie's body

P-443

* crawl space in bedroom closet or bathroom (according to Johnnie)

page 8

* Oh Old, Okay ... okay, so you came in... into the closet in the bedroom? p. 9 you came in...

Uh huh

how did Johnnie tell you he unjammed gun

p. 10   went back into house — unlocked the window

check to see if window could be locked & unlocked...

** p. 10   weren't all of them shot in the head
          (news report indicate they were shot in head — tell them)
          they were shot in head)
       Montino was shot dead center, wasn't it?

p. 11 went back in to look at Chris — turned light "on" — appears
       light was left "on" when Chris was

check reports to see if light was "on" or "off" in Chris' room

ask him if porch light was on when he left.
Check on smudgeprints on door

p. 14 came from Walmart... going to friends house —
       checked out how — reports reflected he knew John...
       tried where John said he did

P-444

discussed April with John during the unknown 1 hr. 5 min.
part of the interview. ...

Johnnie appeared to be very concerned about April

as long as you assured Johnnie April ~~woo~~ would not be charged
he agreed to talk to you more

"Bong" — he indicated (page 22) that he had seen all of
these boys at Martie's smoking dope

755    Chris Caylor told you John Smith was suspect; also referred to him
        as John Ballentine

772    (search for weapons called off at approx 9 p.m. (Montano report)
        (April) called Johnny — John Smith
        looked for weapon next day also

Prints off of shell casings

Chris Caylor's prints never taken

*303b   5 minutes obvious left
        "after talking to Ballentine + explaining how
        investigators knew he was involved, John
        Ballentine did agree to give a confession"

Municipal Court Records
Kelly Bain


Carlson:
    tin knocked down


Delicia Bertan cont: 1607 S. Buchanan
        Saw three males - white - running down alley northbound
        behind her residence - approx 10 pm


Stephanie Phillips 1620 S. Buchanan ∅
Amanda Mitchell 1801 S. Buchanan ∅
        12:30 Saturday night
        Mexican male with knit ski cap


Arms - some left in a hurry

Darrers - web of left hand three dots

21.99    Rickwartz's
            compared prints to Misty Caylor, ∆ - 3 victims - not
                Chris Caylor
31.07    distance between pipe and floor joist is approx 7½"
            another area 10" off ground
            *also looked for gun under house   8/28/98
                                                P-446

# COPY

**ADC**

honor and integrity in public service

P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone (870) 247-1800
Fax (870) 247-3700
www.state.ar.us/doc

**Arkansas Department of Correction**

I, *Gail Ramsey*                    , *Record Clerk*
     Name                                    Title

**HEREBY CERTIFY THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENT MAINTAINED IN THE INSTITUTIONAL FILE OF:**

*Balentin*                    *88326*



*There is an Isabel Vega, works for bus station, does she need to stay or can she go?*

*When do we need April? She wants to know.*

**IN WITNESS, WHE**                    **THIS** *18th*

**DAY OF** *March*

*Smith*
**TURE**

S

**Date of Expiration:** *11-1-99*

P-447



**COPY**

**P.O. Box 8707**
Pine Bluff, Arkansas 71611-8707
Phone (870) 247-1800
Fax (870) 247-3700
honor and integrity in public service    www.state.ar.us/doc

**Arkansas Department of Correction**

I, *Gail Ramsey*, *Record Clerk*
_____    _____
Name                              Title

**HEREBY CERTIFY THAT THE ATTACHED DOCUMENTS ARE TRUE AND
CORRECT COPIES OF THE ORIGINAL DOCUMENT MAINTAINED IN THE
INSTITUTIONAL FILE OF:**

*Balentine, John*    ADC# *088326*
_____

*Gail Ramsey*
_____
Signature

**IN WITNESS, WHEREOF, I HAVE UNTO SET MY HAND THIS** *18th*

**DAY OF** *March*, **A.D. 19** *99* .

_____
SIGNATURE

**SEAL**

**Date of Expiration:** *11-1-99*

P-448

03/18/1999  16:11     8702473597          ADC RECORDS                    PAGE   01

03/18/99                      ARKANSAS DEPARTMENT OF CORRECTION                    PAGE  1
OTS0308                              ADMISSION SUMMARY                         TIME 15:11

```
=========================================================================================
IDENTIFICATION |  COMMITMENT NAME (LAST, FIRST MI)  | INSTITUTION ASSIGNED | DATE RECEIVED | INMATE NO.
************** |  BALENTINE, JOHN                   | CUMMINS              |   07/12/90     |  088326B
=========================================================================================
|                   |                   | TRUE NAME (LAST, FIRST MIDDLE)                       |
|                   |                   | BALENTINE, JOHN LEZELL                               |
|                   |                   +------------------------------------------------------+
|                   |                   | ALIAS (AKA)                                          |
|                   |                   | BROKER, BOB                                          |
|                   |                   |                                                      |
|                   |                   |                                                      |
|   PHOTOGRAPH      |    PHOTOGRAPH     +------------------------------------------------------+
|                   |                   | SOCIAL SECURITY NO  |  DRIVERS LICENSE NO   |        |
|                   |                   |   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       |                       |        |
|                   |                   +------------------------------------------------------+
|                   |                   | STATE ID NO  |  FBI FINGERPRINT CODE   | FBI NO       |
|                   |                   |  00565835    |  11100910151208121110   | 619251FA1    |
|                   |                   +------------------------------------------------------+
|                   |                   | PLACE OF BIRTH   | DATE OF BIRTH | SEX | RACE         |
|                   |                   | NEWPORT, AR      |   01/31/69    |  M  | BLACK        |
|                   |                   +------------------------------------------------------+
|                   |                   | HEIGHT | WEIGHT | HAIR  | EYES  | BUILD  | COMPLEXION  |
|                   |                   | 5-09   |  156   | BLACK | BROWN | MEDIUM | LIGHT BRWN  |
+-----------------------------------------------------------------------------------------+
```

                         *** SCARS / MARKS / TATOOS ***
              SCAR:L WRIST,R FOREARM / BIRTHMARK:UPPER R ARM

```
+-----------------------------------------------------------------------------------------+
                              *** ENEMY ALERT ***
              NAME              LOCATION            ADC NUMBER
+-----------------------------------------------------------------------------------------+
                        *** ACCOMPLICES / DISPOSITION ***
              NAME              LOCATION            ADC NUMBER
+-----------------------------------------------------------------------------------------+
                            *** 00 ESCAPES ***
              WHEN              WHERE               LENGTH
```

P-449

03/18/1999  16:11   8782473597          ADC RECORDS                     PAGE  02

03/18/99                        ARKANSAS DEPARTMENT OF CORRECTION                    PAGE  2
OTS030B                              ADMISSION SUMMARY                          TIME 15:11

=================================================================================================
IDENTIFICATION | COMMITMENT NAME (LAST, FIRST MI)    | INSTITUTION ASSIGNED | DATE RECEIVED | INMATE NO.
************** | BALENTINE, JOHN                     | CUMMINS              | 07/12/90      | 089326B

ARREST AND CONVICTION :
*********************

| COMM | CS/CC | ARREST | DEFENSE ATTY | STATE ATTY | JUDGE | COUNTY  | PLACE ARRESTED | SENTENCE |
|      |       | MM/YY  |              |            |       |         |                | YYY/MM/DD |
| A    | /     | / /    |              |            | ERVIN | JACKSON |                | 005/00/00 |

| COUNT | DOCKET | SENTENCE | OFFENSE  | GUILTY | STATUTE          | FEL | SENTENCE  | CS/CC | JAIL | BOND |
| NO.   | NO.    | DATE     | DATE     | BY     |                  | CLS | YYY/MM/DD |       | CR DA | DAYS |
| 01    | 870006 | 04/03/87 | 12/20/86 | GP     | BURGLARY         | B   | 005/00/00 | /     | 0105 | 0000 |
| 02    | 870006 | 04/03/87 | 13/20/86 | GP     | CRIMINAL ATTEMPT | C   | 005/00/00 | /01   | 0105 | 0000 |
|       |        |          |          |        | THEFT OF PROPERTY |    |           |       |      |      |

| COMM | CS/CC | ARREST | DEFENSE ATTY | STATE ATTY | JUDGE | COUNTY  | PLACE ARRESTED | SENTENCE |
|      |       | MM/YY  |              |            |       |         |                | YYY/MM/DD |
| B    | /A    | /      |              |            | ERVIN | JACKSON |                | 005/00/00 |

| COUNT | DOCKET | SENTENCE | OFFENSE  | GUILTY | STATUTE | FEL | SENTENCE  | CS/CC | JAIL | BOND |
| NO.   | NO.    | DATE     | DATE     | BY     |         | CLS | YYY/MM/DD |       | CR DA | DAYS |
| 01    | 890066 | 06/12/90 | 11/20/89 | JT     | ROBBERY | B   | 005/00/90 | /     | 0175 | 0000 |

INMATE VERSION OF THE CRIME :
************************

| PRIOR COMMITMENTS : | AGE AT FIRST ARREST | AGE AT FIRST COMMITMENT | TERMER STATUS | ARKANSAS TERMS |
| ***************** : | 12                  | 18                      | 002           | B              |

                    *** CORRECTIONAL INSTITUTION CONFINEMENTS ***
| FROM  | TO   |             |            | OFFENSE | SENTENCE |      |
| MOYR  | MOYR | INSTITUTION | CITY, STATE | CODE   | 999Y99M  | DISP |

                    *** OTHER CONFINEMENTS ***
| FROM  | TO   |             |            | OFFENSE | SENTENCE |
| MOYR  | MOYR | INSTITUTION | CITY, STATE | CODE   | 999Y99M  |

                    *** NON-CONFINEMENTS ***
| FROM  | TO   |        |            | OFFENSE | SENTENCE |      |
| MOYR  | MOYR | COUNTY | CITY, STATE | CODE   | OFFENSE  | DISP |

| MILITARY SERVICE : | BRANCH | WAR ZONE | LENGTH OF SERVICE | VETERANS ADMIN NO | DRAFT REG |
| *************** :  | NONE   | NONE     | 0000 (YYMM)       |                   |           |

| TYPE OF DISCHARGE | | HIGHEST RANK | SPECIALTY | AWOL | WHEN |
| *NONE*            | |              |           |      |      |

| SUBSTANCE USE/ABUSE/DEPENDENCY : | DRUG/ALCOHOL USAGE | USE AT TIME OF OFFENSE | HABIT |
| *********************           | UNKNOWN            | NO                     | NO    |

P-450

```
03/18/99                      ARKANSAS DEPARTMENT OF CORRECTION                         PAGE  3
OTS0308                             ADMISSION SUMMARY                                TIME 15:11

=================================================================================================
IDENTIFICATION | COMMITMENT NAME (LAST, FIRST MI)  |  INSTITUTION ASSIGNED  | DATE RECEIVED | INMATE NO.
************** | BALENTINE, JOHN                    |  CUMMINS               | 07/12/90      | 0BB326B
=================================================================================================
SUICIDE HISTORY :
*************** :
+-----------------------------------------------------------------------------------------------+
               WHEN WHERE             HOW

=================================================================================================
RELIGION  : PREFERENCE
********  : BAPTIST
=================================================================================================
EDUCATION : CLAIMED GRADE LEVEL      | GED | WRAT | BETA | PRIMARY LANGUAGE
********* : TWELFTH GRADE            |  Y  | 05.8 | 120  | ENGLISH
+-----------------------------------------------------------------------------------------------+
               FROM TO                              GRADE
               MOYR MOYR SCHOOL            CITY, STATE     COMPLETED

=================================================================================================
MARRIAGE AND FAMILY : MARITAL STATUS | NO. OF DEPENDENTS
****************** :  SINGLE         | 03
+-----------------------------------------------------------------------------------------------+
               LAW
               ENFORCE CONF
               HIST  HIST NAME        STREET ADDRESS, CITY      STATE      RELATION

=================================================================================================
RESIDENCE HISTORY :
**************** :
+-----------------------------------------------------------------------------------------------+
               FROM TO
               MOYR MOYR STREET ADDRESS   CITY            STATE

=================================================================================================
EMPLOYMENT HISTORY : JOB VOTECH SKILLS
***************** :  TRACTOR
+-----------------------------------------------------------------------------------------------+
                                                                       REASON
               FROM TO
               MOYR MOYR EMPLOYER         CITY            STATE   DUTIES LEFT

=================================================================================================
EMERGENCY CONTACT : NAME                   | RELATIONSHIP
*************** :  CARRIE SMITH             | MOTHER
+-----------------------------------------------------------------------------------------------+
                  | ADDRESS                 | TELEPHONE NUMBER
                  | 3815 LIDWIG / LITTLE ROCK, AR | 501-568-9545
+-----------------------------------------------------------------------------------------------+


=================================================================================================
DATE            | INMATE SIGNATURE                  | INTAKE OFFICER
                |                                   |
                |                                   |
----------------------------------------------------------------------------------------
```

P-451

```
P/N  0 088326                                              03/16/99 14.49.51
   IISO008                    INMATE TIME COMPUTATION              PAGE   1

IISO008              ***** TIME COMPUTATION CARD *****        DATE: 03/16/99

NAME: BALENTINE, JOHN                    ADC NO.:  088326B
LOCATION: UNKNOWN            HOUSING: UNKNOWN   CLASS: I-P AS OF 02/22/93

     YOU HAVE BEEN COMMITTED TO THE ADC TO SERVE THE FOLLOWING SENTENCES.
     THE RELEASE DATES LISTED BELOW ARE ONLY A PROJECTION AND INCLUDE
     ALL GOOD TIME WHICH CAN BE EARNED BASED ON YOUR CURRENT CLASS.  IF ALL
     PROJECTED GOOD TIME IS NOT EARNED, THESE RELEASE DATES WILL CHANGE.
   ----------------------------------------------------------------------
                              DOCKET      COUNTY     TOTAL SENT.        JAIL
   CMT     OFFENSE            NUMBER       NAME       YR/MO/DA     PE   TIME
   ----------------------------------------------------------------------

   A. BURGLARY               CR-87-0006  JACKSON      5/ 0/ 0     1/3   105
   A. CRIMINAL ATTEMPT       CR-87-0006  JACKSON      5/ 0/ 0  CC 1/3   105
      THEFT OF PROPERTY
   B. ROBBERY                CR-89-0066  JACKSON      5/ 0/ 0  CC 1/2   179
                                                    =========
      TOTAL SENTENCE LENGTH                          5  0  0
```

P-452

```
OTO2 0 088326                                          03/18/99 15.11.20
    OTSB160                    SENTENCE STRUCTURE        Q46 CY19 PAGE 001
ADC NO: 088326B   NAME: BALENTINE, JOHN LEZELL          STATUS: INACTIVE


COMMIT: A   NAME: BALENTINE              , JOHN
    WORKING DATE: 06/05/87   OTHER STATE:        FOS ID NO:
    CC:   CS:    COMMIT.STATUS: 1   IMPOSED   EARLY TERMINATION DATE: _____


COUNT: 01   COUNTY: 34 JACKSON      JUDGE: ERVIN              FACTOR: __ __ __
            ARREST TRACK #: _____                    SL: __      CH: _
DOCKET    DATE OF    SENTENCE   OFFENSE   GUILT INJ. VICTIM   TYPE     OFFENSE
NUMBER    SENTENCE   BEGINS     DATE       BY   PER. MINOR   WEAPON    STATUS
870006    04/03/87   12/19/86   12/20/86   GP    N    U     N NONE    1 IMPOSE
                                NO.OF   FEL.   ADC    TERMER   COUNT   BOND
                                COUNTS  CLASS  OFF.   STATUS   CS CC   DAYS
STATUTE(S)    OFFENSE
412002    BURGLARY              CS 000   B     1301    01            0000
                                CC
SENTENCE TYPE    JAIL   SUPERVISION  CONFINEMENT  TOTAL SENT   SENTENCING   TC
SP/PR/CJ/CS/IC   DAYS   YRS MOS DYS  YRS MOS DYS  YRS MOS DYS   ACT(S)     FL
    X            0105   000 00  00   005 00  00   000 00  00   94  825     A


                                            PRESS PF3 FOR NEXT PAGE1
```

P-453

```
D102-0 088326                                                    03/18/99 15.12.47
    OTSB160                    SENTENCE STRUCTURE              Q46 CY19 PAGE 002
ADC NO: 088326B   NAME: BALENTINE, JOHN LEZELL          STATUS: INACTIVE

COMMIT: A   NAME: BALENTINE              , JOHN
     WORKING DATE: 06/05/87   OTHER STATE:       FOS ID NO:
     CC:    CS:    COMMIT.STATUS: 1   IMPOSED   EARLY TERMINATION DATE: _____

COUNT: 02   COUNTY: 34 JACKSON       JUDGE: ERVIN           FACTOR: __ __ __
          ARREST TRACK #: _____                     SL: __     CH: _
DOCKET   DATE OF     SENTENCE    OFFENSE   GUILT INJ. VICTIM   TYPE    OFFENSE
NUMBER   SENTENCE    BEGINS       DATE      BY  PER. MINOR    WEAPON   STATUS
870006   04/03/87    SEE DI17   12/20/86    GP   N     U     N NONE   1 IMPOSE
                                 NO.OF   FEL.    ADC   TERMER   COUNT    BOND
STATUTE(S)    OFFENSE            COUNTS  CLASS   OFF.  STATUS   CS CC    DAYS
0503201  CRIMINAL ATTEMPT        CS 000    C    3001    01        01   0000
    0536103                      CC
SENTENCE TYPE    JAIL   SUPERVISION  CONFINEMENT TOTAL SENT   SENTENCING   TC
SP/PR/CJ/CS/IC   DAYS   YRS MOS DYS  YRS MOS DYS YRS MOS DYS    ACT(S)     FL
     X           0105   000 00  00   005 00  00  000 00  00  94   825       A

                                          PRESS PF3 FOR NEXT PAGE1
```

P-454

```
DT02-0 088326                                              03/18/99 15.13.36
   OTSB160                    SENTENCE STRUCTURE            Q46 CY19 PAGE 003
ADC NO: 088326B   NAME: BALENTINE, JOHN LEZELL          STATUS: INACTIVE

COMMIT: B   NAME: BALENTINE            , JOHN
     WORKING DATE: 07/12/90   OTHER STATE:       FOS ID NO:
     CC: A  CS:    COMMIT.STATUS: 1   IMPOSED   EARLY TERMINATION DATE: _____

COUNT: 01   COUNTY: 34 JACKSON      JUDGE: ERWIN              FACTOR: __ __ __
          ARREST TRACK #: _____                    SL: __    CH: _
DOCKET     DATE OF     SENTENCE    OFFENSE   GUILT INJ. VICTIM    TYPE      OFFENSE
NUMBER     SENTENCE    BEGINS      DATE      BY    PER. MINOR    WEAPON     STATUS
890066     06/12/90    12/15/89    11/20/89  JT    N     U       N NONE    1 IMPOSE
                                   NO.OF    FEL.    ADC    TERMER   COUNT   BOND
STATUTE(S)     OFFENSE             COUNTS   CLASS   OFF.   STATUS   CS CC   DAYS
0512102  ROBBERY                 CS 000      B     0301     02              0000
                                 CC 000
SENTENCE TYPE     JAIL    SUPERVISION CONFINEMENT TOTAL SENT    SENTENCING    TC
SP/PR/CJ/CS/IC    DAYS    YRS MOS DYS YRS MOS DYS YRS MOS DYS     ACT(S)      FL
     X            0179    000 00  00  005 00  00  000 00  00      825         B

                                          PRESS PF2 FOR FIRST PAGE
```

P-455

# JUDGMENT AND COMMITMENT ORDER

IN THE CIRCUIT COURT OF _JACKSON_ COUNTY, ARKANSAS

_THIRD_ DISTRICT _____ DIVISION _13_

On _June 12, 1990_, the defendant personally appeared before the Court with legal counsel and, having been informed by the Court of the nature of the charge(s), of his constitutional and legal rights, of the effect of a guilty plea upon those rights, and of his right to make a statement before sentencing, the Court made the following findings: (check one applicable)

☐ Defendant voluntarily, intelligently, and knowingly entered a plea of ☐ guilty or ☐ Nolo Contendere to the charge(s) herein enumerated and acknowledged factual bases for charge(s);

☐ Defendant is found guilty of said charge(s) by the Court, sitting as trier of fact;

☒ Defendant was found guilty at jury trial.

| CHANGE OF VENUE FROM: | DEFENDANT'S FULL NAME | DATE OF BIRTH | RACE | SEX | SID NUMBER |
|---|---|---|---|---|---|
| N/A | JOHN LEDELL BALENTINE | 1-30-69 | B | M | |

| DEFENDANT'S ATTORNEY | | PROSECUTING ATTORNEY OR DEPUTY |
|---|---|---|
| HENRY H. BOYCE | ☐ PV  ☐ AP  ☒ PD  ☐ SELF | JIM STALLCUP |

There being no legal cause shown by the defendant, as requested, why judgment should not be pronounced against him, a judgment of conviction is hereby entered against the defendant on each charge enumerated and court costs assessed. The County Sheriff is hereby ordered and directed to transport the defendant to ☐ The Arkansas Department of Correction or ☐ _____ County Jail, where he is sentenced to hard labor for the term specified on each charge:

| STATUTE NO. | OFFENSE | OFFENSE DATE | DOCKET NO. | COUNTS | F. M | CLASS | SENTENCE | SUSPENDED |
|---|---|---|---|---|---|---|---|---|
| 5-12-102 | Robbery | 11/20/89 | CR87-66 | 1 | F | B | 5 yrs | -0- |
| | | | | | | | | |
| | | | | | | | | |

If consecutive, explain:

TIME TO SERVE AT A.D.C.: _5_

**OTHER SENTENCING PROVISIONS**
☐ HABITUAL (5-4-501)
☐ FIREARM (5-4-505/16-90-120)
☐ DEADLY WEAPON (16-90-121)
☐ OTHER: _____

~~PAROLE PROVISIONS – ACT 378 Entry~~ ~~Alternative (Act 378) (5-4-502) The defendant knowingly and willingly waives to enter provision~~ ~~No. 5-64-407(b) – Eligible for parole immediately~~ ~~5-64-505(b)(1) – Eligible for parole as normal~~

EXPLANATORY NOTES: _Not sentenced under Act 378_

| OTHER:  FINE | $ _____ | ☐ DEATH PENALTY |
|---|---|---|
| RESTITUTION | $ _____ | |
| COURT COSTS | $ _____ | EXECUTION DATE: _____ |

☒ DEFENDANT INFORMED OF RIGHT TO APPEAL     BOND PROVISIONS: _$5,000.00_

JAIL TIME CREDIT: _179 DAYS_ OR ☐ NONE

| DATE | CIRCUIT JUDGE (Print or Type) | CIRCUIT JUDGE (Signature) |
|---|---|---|
| 6/12/90 | HAROLD S ERWIN | _[signature]_ |
| DATE 6-12-90 | I certify this is a true and correct record of this Court with short report of circumstances attached. Don Daniel | CIRCUIT CLERK/DEPUTY (SEAL) _Don Daniel_ |
| DATE 6/12/90 | I acknowledge receipt of judgment. | DEFENDANT (Signature) _J. Balentine_ |

County of Jackson
State of Arkansas
I, _____ SHERIFF and Ex-Officio

**SHERIFF'S RETURN**

| DATE REL. ON APPEAL BOND | DATE ... Received ... and ... day ... do hereby ... TO CUSTODY ... and ... copy of the original as the same appears of record in my ... office in Book ___ Page ___ ... County Jail | SHERIFF/DEPUTY (Signature) JUDGE ERWIN DATE 6-13-90 DIV |
|---|---|---|

DISTRIBUTION:  White: Court File;  Blue: ADC;  Yellow: Sheriff's Return;  Pink: Defendant;  Gold: Prosecutor

Clerk & Recorder _____
Deputy Clerk _____

AJD #15 2/12/87

A. 4955

| JURY TRIAL | ☒ |
|---|---|
| BENCH TRIAL | ☐ |
| NON-TRIAL | ☐ |

P-456

APR 3   2 21 PM '87

IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS

State of Arkansas
    vs.
John Balentine

CR-87-6

Case No. CR-86-199

### JUDGMENT

On April 3, 1987, comes the State of Arkansas, by Stanley Montgomery, Deputy Prosecuting Attorney, and comes the defendant, in person and by his attorney, B. Richard Allen; and the defendant being informed by the Court of the nature of the charges, a previous plea of not guilty is withdrawn and a plea of guilty, which the Court finds is freely and voluntarily made, is entered herein, pursuant to a negotiated plea, and the Court further finds that the defendant is guilty of the offenses of Count I, Burglary, and Count II, Attempted Theft of Property, a Class C felony.

Whereupon, the Court doth ask the defendant if there is any legal cause why Judgment should not be pronounced against him and the defendant replying in the negative, the Court doth sentence the defendant to a term of five (5) years in the Arkansas Department of Correction on each count, said sentences to run concurrently, and the defendant is to receive credit for __105__ days spent in the Jackson County Detention Center, awaiting trial. The Court further orders that the defendant pay Court Costs in the sum of $106.75, to be made within a period of five (5) years of the date of this judgment.

This Judgment having been made on April 3, 1987, is entered now for then.

_____
JUDGE

_____4-3-87_____
DATE

P-457

APPROVED AS TO FORM:

_____
B. RICHARD ALLEN, Attorney for
Defendant

_____
G. STANLEY MONTGOMERY, Deputy
Prosecuting Attorney

County of Jackson
State of Arkansas

I, ____ Graham, Circuit Clerk and Ex-Officio
Recorder in and for the said county and state do hereby
certify that the foregoing is a full, true and correct
copy of the original as the same appears of record in my
office. ____
In ____ ____ I have ____ ____
my hand and seal of ____ this ____ ____
____ ____ ____
Clerk & Recorder
____ ____ Deputy Clerk









LEAVE BLANK

515835

STATE USAGE NEW / COMMITMENT

SIGNATURE OF PERSON FINGERPRINTED: John Balentine

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE: 07/15/1990 | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: B. Pierce

CHARGE: Robbery

FINAL DISPOSITION: Five (5) Years

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM: Balentine | FIRST NAME: John | MIDDLE NAME: Lezell

ALIASES: Bar Stroker

CONTRIBUTOR ORI: AR035035C DEPT OF CORR PINE BLUFF, AR

FBI LEAVE BLANK

DUPLICATE

DATE OF BIRTH DOB: Month 01 Day 30 Year 196[illegible]

DATE ARRESTED OR RECEIVED DOA: 07/12/1990

| SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| M | B | 5'9" | 156 | BR | BK | Newport, Ar. |

YOUR NO. OCA: 83326 B

FBI NO. FBI: 669351FA1

SID NO. SID: 565835

SOCIAL SECURITY NO. SOC: 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

CAUTION

LEAVE BLANK

CLASS

REF.

NCIC CLASS - FPC

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

February 3, 199[?]

TO:  Wayne Murphy

FROM: Ron Knotts

SUBJECT:  John Balantine

===============================================================

The two deputies involved are:

| | | | |
|---|---|---|---|
| Latrina Kingsbury | 10pm-6am | IPC (Inmate Processing Unit) Booking/Release |
| Thad Olive | 10pm-6am | " | " | " |

If you need anything else, don't hesitate to call.

\memos\memo1

**COPY**

P-462



February 3, 1999

TO:  Wayne Murphy

FROM: Ron Knotts

SUBJECT:  John Balantine
================================================================
The two deputies involved are:
    Latrina Kingsbury    10pm-6am    IPC (Inmate Processing Unit) Booking/Release
    Thad Olive         10pm-6am      "       "      "

If you need anything else, don't hesitate to call.


\memos\memo1

**COPY**

P-463

LOCKER NUMBER: PROC-B3676

NAME: BALENTINE, JOHN

SEX: M   RAC: N   DOB: 013069

SPN: 01673588   PRN:

DEPARTMENT
Section
n Bureau
exas 77002-1925

| Initial Custody Assessment Scale |
|---|

| Inmate;s I.D.: *(SPN)* | Inmate's Date of Birth: | Date of Assessment: |
|---|---|---|

## 1. Custody Evaluation

| | | | | |
|---|---|---|---|---|
| **A** | **Severity of Current Offense/Conviction:** *Use Severity of Offense Scale and rate most serious Offense/Conviction, including any Detainers or Warrants* | ☐ 0 Low   ☐ 5 High<br>☐ 2 Moderate   ☐ 7 Highest | | 7 |
| **B** | **Serious Offense History:** *Use Severity of Offense Scale and rate most serious Prior Conviction* | ☐ 0 None or Low   ☐ 4 High<br>☐ 1 Moderate   ☐ 7 Highest | | 0 |
| **C** | **Escape History:** *Excluding Current Offense if scored in Item "A"* | ☐ 0 No offense for Escape, Escape Attempts, or Unauthorized Absences<br>☐ 3 Unauthorized Absences from Community Corrections Facility or Assigned Programs<br>☐ 7 Offense for Escape from (Secured) Custody, Felony Arrest or Jail, or Attempt of same | | 0 |
| | **SUBTOTAL:** *Add categories:* "A" + "B" + "C" | NOTE: a Total Score of Seven (7) or higher in Items "A" "B" or "C" AUTOMATICALLY assign the inmate to Maximum Custody | | 7 |
| **D** | **Institutional Disciplinary History:** | ☐ 0 None or Minor Disciplinary Reports<br>☐ 3 One (1) or more Major Disciplinary Reports | | 0 |
| **E** | **Prior Felony Convictions:** *Excluding the Current Offense* | ☐ 0 No Felony Convictions   ☐ 2 One Conviction   ☐ 4 Two or more Convictions | | 4 |
| **F** | **Alcohol and/or Drug Abuse:** | ☐ 0 No Social, Economic, or Legal problems due to Drug and/or Alcohol Abuse<br>☐ 1 Drug and/or Alcohol Abuse resulting in Social, Economic or Legal problems<br>☐ 3 Drug and/or Alcohol Abuse resulting in Assaultive Behavior | | 0 |
| **G** | **Stability Factors:** *Deduct Indicated Points* | ☐ -1 Age Twenty-six (26) or older<br>☐ -1 Employed/Attending School Six (6) months prior to Arrest<br>☐ -1 Resided at the same address for One (1) year prior to Arrest | | -1 |
| | **SUBTOTAL:** *Add categories* "D" + "E" + "F" + "G" | | | 3 |
| | **COMPREHENSIVE CUSTODY SCORE:** *Add all categories:* "A" through "G" | **TOTAL** | | 10 |

## 2. Scale Summary and Recommendations

**A** Custody Classification Chart:

| | |
|---|---|
| 7 or more points on Items 1-A, 1-B or 1C | Maximum Custody |
| 11 or more points on Items 1-A through 1-G | Maximum Custody |
| 6 to 10 points on Items 1-A through 1-G | Medium Custody |
| 5 or fewer points on Item 1-A through 1-G with Detainers or Warrants | Medium Custody |
| 5 or fewer points on Items 1-A through 1-G | Minimum Custody |

**B** Custody Level: *(Based on the Custody Classification Chart)*
☑ Maximum Custody ☐ Medium Custody ☐ Minimum Custody

**C** Special Management Concerns: *(Check all the apply)*
☐ Protective Custody ☐ Psychological Impairment
☐ Escape Threat ☐ Mental Deficiency
☐ Serious Violence Threat ☐ Known Gang Affiliation
☐ Substance Abuse ☐ Known Management Problem
☐ Suspected Drug Trafficker ☐ Suicide Risk
☐ Medical ☐ Physical Impairments
☐ Juvenile ☐ Other

Notes:

**D** Override of Custody Level Recommended:
☐ NO *Check "Yes" or "No"- If "Yes," provide a written explanation:*
☐ Yes:

**E** Recommended Custody Level:
☑ Maximum Custody ☐ Medium Custody ☐ Minimum Custody

**F** Signature of Assessment Staff Member:
*and Date of the assessment*
x *JW Clark 5575* Date: 7-24-98

**G** Supervisory Review of Override:
*Check whether the Override of Custody Level is Approved or Disapproved. If it is Disapproved, provide a written explanation.*
☐ Approved ☐ Disapproved:

Final Custody Level: *(Check One)*
☐ Maximum Custody ☐ Medium Custody ☐ Minimum Custody

Signature of Supervisor: *(and Date of Override Review)*
x _____ Date: _____

**H** Recommended Housing Assignment:

P-464

HCJ-040

7EI-01 J JA07 (613)

***** ORIGINAL INQUIRY : *RCCH INQUIRY - ORIGINAL INQUIRY NOT SAVED**
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
:20:53:57++++ REPLY :
07/24/98   20:51:25   NLO1AUH KCT2.NO RECORD FCIC
JH.TX1010040
NAM/ROWE,JOHN.SEX/M.RAC/B.DOB/019069.
UR/C
LO/DUPREE, CECIL DEPUTY.OPR/DUPREE, CECIL DEPUTY
*******************************************************************

*******************************************************************
**       ***** ORIGINAL INQUIRY : *RCCH INQUIRY - ORIGINAL INQUIRY NOT SAVED**
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
:20:54:04++++ REPLY :
07/24/98   20:51:31
LO1AUH KCT2
X1010040
HIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
NQUIRY ON NAM/ROWE,JOHN SEX/M RAC/B DOB/19690130 PUR/C
IAME                          FBI NO.          INQUIRY DATE
OWE,JOHN CLARENCE             879149NA2        1998/07/24
EX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
I   W     1967/01/30  509     170     BLU   BLN   NEW YORK
INGERPRINT CLASS
M PI PI PM 00
1 PI PM PI 13
N APPROXIMATE FINGERPRINT CLASSIFICATION HAS BEEN GIVEN TO FINGER(S)
3 DUE TO INABILITY TO OBTAIN SUFFICIENT RIDGE COUNTS OR TRACINGS.
LIAS NAMES
OWE,JOHN C
THER      SCARS-MARKS-
IRTH DATES  TATTOOS         SOCIAL SECURITY
969/01/30   TAT R HND       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
            TAT L HND
DENTIFICATION DATA UPDATED 1997/12/09
HE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
OLLOWING:
BI          FBI/879149NA2

HE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
NDEX BY USING THE APPROPRIATE TRANSACTION.
ND

P-465

AGENCY CASE-850743        NAME USED-ROWE,JOHN D
   CHARGE 1-POSS STLN VEH F
ARRESTED OR RECEIVED 1997/06/10
  AGENCY-POLICE DEPARTMENT NORTH LAS VEGAS (NV0020200)

   AGENCY CASE-MF50256       NAME USED-ROWE,JOHN D
   CHARGE 1-ATTEMPTED BURGLARY-AUTO F
L ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
INGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.
HE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
FICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
ND OF RECORD

**********************************************************************

```
*-    *  ***** ORIGINAL INQUIRY : **CCH INQUIRY : ORIGINAL INQUIRY NOT SAVED**
*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*
F21:37:474:+++ REPLY :
7/24/93   21:35:12
_OIAUK KCS2
X1010040
IN/CLARK, ROY
HIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-879148NA2.
BCAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
HOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                   - FBI IDENTIFICATION RECORD -
HEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
IRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.
AME                                  FBI NO.        DATE REQUESTED
OWE,JOHN CLARENCE                    879148NA2      1993/07/24
EX  RACE  BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
    W     1967/01/30   509      170      BLU    BLN    NEW YORK
INGERPRINT CLASS
M PI PI PM DO
I PI PM PI I3
N APPROXIMATE FINGERPRINT CLASSIFICATION HAS BEEN GIVEN TO FINGER(S)
3 DUE TO INABILITY TO OBTAIN SUFFICIENT RIDGE COUNTS OR TRACINGS.
-ARRESTED OR RECEIVED 1991/10/12

    AGENCY-POLICE DEPARTMENT NORTH LAS VEGAS (NV0020200)
        AGENCY CASE-MF50256
        CHARGE 1-BURGLARY -F
-ARRESTED OR RECEIVED 1994/01/04
    AGENCY-LAS VEGAS MET PD LAS VEGAS (NV0020100)
        AGENCY CASE-850743
        CHARGE 1-U/INFL CONT SUBS  - F
-ARRESTED OR RECEIVED 1994/02/16
    AGENCY-LAS VEGAS MET PD LAS VEGAS (NV0020100)
        AGENCY CASE-850743
        CHARGE 1-BURGLARY -2CTS-F
        CHARGE 2-POSS BURG TOOLS-GM
-ARRESTED OR RECEIVED 1994/09/12
    AGENCY-DEPARTMENT PRISON CARSON CITY_ (NV018035C)
        AGENCY CASE-43367      NAME USED-ROWE,JOHN C
        CHARGE 1-BURGLARY
    COURT -
                   DISPOSITION-
        CHARGE-BURGLARY
        SENTENCE-
        3 YEARS
-ARRESTED OR RECEIVED 1996/10/07
```

**** ORIGINAL INQUIRY :-**CCH INQUIRY - ORIGINAL INQUIRY NOT SAVED**
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
21:37:40+++++ REPLY :
7/24/98    21:35:07
01RDH KCS2
1010040
HIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
ECORD REQUEST FOR FBI/879148NA2. THE FOLLOWING WILL RESPOND TO YOUR
GENCY:
B1           - FBI/879148NA2
ND

*****************************************************************************

```
*         ***** ORIGINAL INQUIRY : *ECCH INQUIRY - ORIGINAL INQUIRY NOT SAVED**
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
:21:37:37+++++ REPLY :
7/24/98    21:35:04   NLETMUN KCS2.NO RECORD TCIC
K.TX1010040.FBI/879148N62.FOR/C.BIN/CLARK, ROY
******************************************************************************
```

P-469

| | | |
|---|---|---|
| ME. ROWE, JOHN | DATE/TIME OF THIS PRINT· 07/24/98 1330 | PAGE· 0 0F 0 |
| A. BALENTINE, JOHN | RACE· N DOB· 013069 | POB· AK |
| A. ROWE, JOHN | SEX· M HGT· 508 EYE· BRO | TYP· 0 SPN· 01673588 |
| DR. 918 REMMEL NEWPORT AK 72112 | USC· Y WGT· 165 HAIR· BLK | CLS· 9 BNO· 001756702 |
| ONE 5115234624 | MS· S BLD· COMPLX· | FED· HSO· |
| CUPATION· | SMT· SC FACE | DPS· |
| IMM· NONE | FPC· | FBI· |
| DEF HAS NO EMERG CONTACT | LOCATION· PROC | NPC· SSN· |
| | CELL/TANK· NO 222 | DLS· DLN· |

ITEMS 011 — HARRIS COUNTY CHARGES — PALM PRINT FLAG – NO

| ATE | ARREST OFFENSE | COURT | CASE NO. | BOND | DATE | COURT | CASE/CAUSE NO. | BOND | DISP. | SENTENCE BEGINS DATE | TIME | COSTS | FINE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CAPITAL MURDER (MULTI MURDER) | | | | 7P81 | 000 | 00C00016877E000000 | | | | | | |

R2-2
JA07
7EI-61J
29

| | | |
|---|---|---|
| ESTING AGENCY· HPHPD0000 | ARRESTING OFFICER(S)· | ARRESTING AGENCY CASE/RPT NO.· |
| EST DATE/TIME· 072398 2250 | ARREST LOCATION· HOUS | TRANSPORTING OFFICER/DEPUTY· |
| PARTIC· HPD/GREEN 9300 TOWN PARK | | |
| CONDIT· CLAIMS GOOD HEALTH | | |

DETAINERS/HOLDS

| AGENCY PLACING HOLD | PERSON PLACING HOLD | DATE HOLD PLACED | TIME | OFFENSE | WARR/CASE NO. | BOND | DATE HOLD LIFTED | TIME |
|---|---|---|---|---|---|---|---|---|
| OUSTON PD | HOUSTON TX | 072498 | 1334 | 10 CASES @ $1700.00 | | | | |
| TTER CO SO | AMARILLO TX | 072498 | 1332 | CAPITAL MURDER/MULTIPLE | 16877-E | 000000 | | |

| | | |
|---|---|---|
| PERTY DEPUTY· M9061 | LOCKER NO.· PROC-3676 | PROPERTY RECEIPT NO.· 00712390 | SIGNATURE OF PROPERTY DEPUTY |
| H· $ 00065.72 | | |
| ELRY· HPD SEAL PAK G#731077 | | |
| 1· BLK/RED/WHT SHOES | | |
| 2· BLK BELT | | |
| 3· BLK JEANS | | SIGNATURE OF DEFENDANT |
| 4· BLK/PURPLE STRIPPED SHIRT | PHONE CALL COMPLETED | |
| 5· | | |
| 6· | | |
| 7· | | |

| MAKE· | MODEL· | TYPE· | YEAR· | COLOR· | LIC NO.· | YR. EXPIRES· |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| KING DATE/TIME· 072498/1325 | COMMIT PRINT | RELEASE PRINT | RELEASE DATE/TIME· |
| KING JAILER· MIGL, THERESA | | | RELEASE REASON· |
| R SIGNATURE· | | | RELEASING AUTHORITY· |
| NDANT SIGNATURE· | | | UPDATE· OUTDATE· | RELEASE DEPUTY· |
| | | | DATE GOOD TIME STARTS· |
| | | | SIGNATURE REL. JAILER· |

GOOD TIME·
P-470

## Inmate Processing Flow Verification

| FUNCTION PERFORMED | DATE | TIME | LOCATION | EMPLOYEE CODE |
|---|---|---|---|---|
| Blind Booked from Clinic or Hospital | | | | |
| Booked | 7/24 | 1345 | | 6354 |
| Fingerprinted / Photo | | | | A1944 |
| Pre-Trial Interview | | | | A1900 |
| Showers | | | | W2578 |
| Medical / CXR | 7/24 | 1918 | D | 7340 |
| Medical / Screening | 7/24 | 1919 | IPC | E2182 |
| Pulled for PCC | | | | |
| Returned from PCC | | | | |
| Pulled for County / Dist. Courts | | | | |
| Returned from County / Dist. Courts | | | | |
| Removed for Medical Emergency | | | | |
| Returned from Medical Emergency | | | | |
| Classification | | | | |
| ATW | | | | |
| Other (Specify) | | | | |



HARRIS COUNTY SHERIFF'S DEPARTMENT
*Detention Command*
1301 Franklin Street Houston, Texas 77002-1978

| Inmate's Name: ROWE, JOHN | | SPN: 01673589 | Race: B | Sex: (M) F | Facility: IPC | Cellblock: RELEASING |
|---|---|---|---|---|---|---|

| Offense/Incident: ASSAULT ON PEASE OFFICER | | | | Code: |
|---|---|---|---|---|

| Date: 7-31-98 | Time: 0500 | Location: IPC / RELEASING | | | Confirmation of Service? Yes (No) |
|---|---|---|---|---|---|

| Inmate Injury? Yes (No) | Inmate's Name, if different from above: | Describe injury: NONE | Trans. to Clinic? Yes (No) | Refused Treatment? Yes (No) | M.H.M.R.A. Ref.? Yes (No) |
|---|---|---|---|---|---|

| Staff Injury? (Yes) No | Staff Member's Name: OLIVE, THAD | Describe injury: CUT LIP (LOWER) | Trans. to Clinic? Yes (No) | Refused Treatment? Yes (No) | E-1 Completed? (Yes) No |
|---|---|---|---|---|---|

| Class. Notified? Yes (No) | Classification Deputy: | Time: | Inmate Transfer? Yes No | Transferred to: |
|---|---|---|---|---|

### INMATES INVOLVED   W = WITNESS   C = CO-DEFENDANT          STAFF INVOLVED

| Inmate's Name: | W | C | SPN | Cellblock: | Staff Member's Name: DEP. KINGSBERRY | Badge/I.D.# | Shift: III |
|---|---|---|---|---|---|---|---|
| Inmate's Name: | W | C | SPN | Cellblock: | Staff Member's Name: | Badge/I.D.# | Shift: |
| Inmate's Name: | W | C | SPN | Cellblock: | Staff Member's Name: | Badge/I.D.# | Shift: |

### STAFF MEMBER'S NARRATIVE

ON 07-31-98 AT APPOX. 0500 HRS. I DEP. T. OLIVE WAS WORKING RELEASING/PRINTS AT I.P.C.. THE LISTED INMATE WAS BEING RELEASED TO PORTER CO. SO. THE INMATE BECAME UNCOOPERATIVE WITH DEP. KINGSBERRY DURING THE RELEASING PROCESS. DEP. KINGSBERRY LIFTED HER HAND AND POINTED AT THE INMATE WHILE TELLING HIM WHAT HE NEEDED TO DO. THE INMATE PUSHED DEP. KINGSBERRY'S HAND AWAY. I WALKED UP BEHIND THE INMATE AND PULLED HIS HANDS DOWN. THE INMATE THEN TURNED AROUND TO HIS RIGHT, AND STRUCK ME ONCE WITH A CLOSED FIST CAUSING A CUT ON RIGHT SIDE OF MY LOWER LIP. THE INMATE WAS TAKEN TO THE GROUND AFTER A BRIEF STRUGLE AND HAND CUFFED BEHIND HIS BACK. THE INMATE WAS THEN TAKEN TO THE IPC. REGINAL AREA AND SEARCH. AFTER THE SEARCH THE INMATE WAS RELEASED TO THE PORTER CO. SO. IN GOOD HEALTH AND WITHOUT ANY FURTHER INCIDENT.

THE STATE OF TEXAS      §      IN THE DISTRICT COURT

VS.      §      OF HARRIS COUNTY, TEXAS

John Balentine      §

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared _____ _LARRY YATES_____, who, being by me duly sworn, deposed as follows:

My name is _LARRY YATES_____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of the records of the Harris County Sheriff, Inmate Classification Records, Houston, Texas. Attached hereto are records from the Harris County Sheriff, Inmate Classification Records, Houston, Texas. These said records are kept by the Harris County Sheriff, Inmate Classification Records, Houston, Texas in the regular course of business and it was the regular course of business of the Harris County Sheriff, Inmate Classification Records, Houston, Texas for an employee or representative of the Harris County Sheriff, Inmate Classification Records, Houston, Texas, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the matter or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on this the 3^RD day of _____ FEBRUARY_____, A.D., 1999.

RONALD W KNOTTS
Notary Public, State of Texas
My Commission Expires
DECEMBER 27, 2001.

_____
NOTARY PUBLIC in and for the
STATE OF TEXAS

P-473

FI #: **5399**

## AMARILLO POLICE DEPARTMENT
### FIELD INTERVIEW

| 01-21 | 0240AM 98 | Hardin #207 | |
|---|---|---|---|
| Date | Time   Year | Officer #1 | Officer # 2 |

**LOCATION:** 1700   S.   Buchannan   41   Suspicio

| 1700 | S. | Buchannan | | | 41 | Suspicio |
|---|---|---|---|---|---|---|
| Address | Direction | Street Name | Type | Apt. # | Beat # | Keyword (Your choice) |

**REASON / CONTACT:** (Circle only one)   (**01 - Suspicion**)   02 - Vandalism   03 - Alcohol Related   04 - Traffic Related

05 - Prostitution   06 - Carrying an Object   07 - Isolated Area   08 - Around Residence   09 - High Crime Area

10 - Fits Description of Subj at Crime Scene   11 - Fits Description of Subj At Muster   12 - Attempting to Run   13 - Gangs/Gang Relate

14 - Ritualistic/Occult   15 - Homicide   16 - Rape   17 - Robbery   18 - Burglary   19 - Stolen auto   20 - Theft   21 - Curfew   99-Mi

**VEHICLE:**

| | | | | | |
|---|---|---|---|---|---|
| Year | Make | Model | Serial / VIN# | | Style (2 Door, 4 Door, PU, etc.) |
| License plate # (full or Partial) | | State | Year | Color/Shade (top) | Color/Shade (Bottom) |

Vehicle Condition/Characteristics:

**INDIVIDUAL #1**   Smith   John   Lezell

| Smith | John | Lezell |
|---|---|---|
| Last Name | First Name | Middle Name |

**Alias/Nickname:**

| | | |
|---|---|---|
| Last Name | First Name | Middle Name |

| 404 | S. | Virginia | St. | — | Amarillo | TX. |
|---|---|---|---|---|---|---|
| Street Number | Dir | Street Name | Street Type | Apt. # | City | State |

| Mechanic Phillips 66 | | | B | M | 01-31-69 |
|---|---|---|---|---|---|
| Place of Employment | Home Phone Number | Work Phone Number | Race | Sex | Dob |

| 5'8" | 160 | Black | Brown | mustache | Dark | Slim | N | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Height | Weight | Color of Hair | Color of Eyes | Facial Hair | Complexion | Build | Glasses? | ID Type | Number | State |

| 42 9 1 03-7848 | Upper Lip | |
|---|---|---|
| Social Security Number | (Scars) Marks | Tattoos |

| | | |
|---|---|---|
| Artificial Parts | Missing Limbs | Deformities |

| Grey | Black | — | — | Blue Jeans | | | Brown Loa |
|---|---|---|---|---|---|---|---|
| Hat / Color | Coat / Color | Shirt / Color | Sweater / Color | Pant / Color | Skirt / Color | Dress / Color | Shoe / Color |

**INDIVIDUAL #2**

| | | |
|---|---|---|
| Last Name | First Name | Middle Name |

**Alias/Nickname:**

| | | |
|---|---|---|
| Last Name | First Name | Middle Name |

| | | | | | |
|---|---|---|---|---|---|
| Street Number | Dir | Street Name | Street Type | Apt. # | City | State |

| | | | | | |
|---|---|---|---|---|---|
| Place of Employment | Home Phone Number | Work Phone Number | Race | Sex | Dob |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Height | Weight | Color of Hair | Color of Eyes | Facial Hair | Complexion | Build | Glasses? | ID Type | Number | State |

| | | |
|---|---|---|
| Social Security Number | Scars / Marks | Tattoos |

| | | |
|---|---|---|
| Artificial Parts | Missing Limbs | Deformities |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hat / Color | Coat / Color | Shirt / Color | Sweater / Color | Pant / Color | Skirt / Color | Dress / Color | Shoe / Color |

P-474

APD-69 Revised 5/97

## INDIVIDUAL #3

| Last Name | | First Name | | | | Middle Name | |

Alias/Nickname:

| Last Name | | First Name | | | | Middle Name | |

| Street Number | Dir | Street Name | Street Type | Apt. # | City | State |

| Place of Employment | Home Phone Number | Work Phone Number | Race | Sex | Dob |

| Height | Weight | Color of Hair | Color of Eyes | Facial Hair | Complexion | Build | Glasses? | ID Type | Number | State |

| Social Security Number | | Scars / Marks | | Tattoos |

| Artificial Parts | Missing Limbs | Deformities |

| Hat / Color | Coat / Color | Shirt / Color | Sweater / Color | Pant / Color | Skirt / Color | Dress / Color | Shoe / Color |

## INDIVIDUAL #4

| Last Name | | First Name | | | | Middle Name | |

Alias/Nickname:

| Last Name | | First Name | | | | Middle Name | |

| Street Number | Dir | Street Name | Street Type | Apt. # | City | State |

| Place of Employment | Home Phone Number | Work Phone Number | Race | Sex | Dob |

| Height | Weight | Color of Hair | Color of Eyes | Facial Hair | Complexion | Build | Glasses? | ID Type | Number | State |

| Social Security Number | | Scars / Marks | | Tattoos |

| Artificial Parts | Missing Limbs | Deformities |

| Hat / Color | Coat / Color | Shirt / Color | Sweater / Color | Pant / Color | Skirt / Color | Dress / Color | Shoe / Color |

**COMMENTS:** Subject was seen walking WB to NB from area of 17 & S. Buchannan where residence at 1703 S. Buchannan St they heard shots fired. Subject had no weapons but did have a 32 Auto Bullet in his pocket. Subject clear 29 but had no ID or DL.



Balentine, John Lezell

01-31-69

CB: 98-02

# CRIME ANALYSIS BULLETIN

January 23, 1998

RE: WANTED PERSON: IR# 98-6273: HOMICIDE 510 E 17TH: 012198:

## JOHN LEZELL BALENTINE



| | |
|---|---|
| Black Male | 30 |
| DOB:<br>AKA DOB: | 01/30/67<br>01/31/69 |
| Weight: | 170 |
| Height: | 5'10" |
| Hair: | Black |
| Eyes: | Brown |
| Facial Hair: | Mustache/Goatee |
| Scar: | Upper Lip |
| AKA: | John Smith<br>Bob Broker<br>Bob Boker |
| APD#: | 135632 |
| FBI#: | 669251FA1 |
| SSN#:<br>AKA SSN#: | 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<br>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 |
| Last known address: | 308 N Virginia |
| Vehicles: | 79 Cadillac, Yellow, Tx BYS87B<br>Tan BMW |

WARRANT INFO:   PCSO W# 16877-E; CAPITAL MURDER
                JACKSON CO SO, NEWPORT ARK W# CR96-174; AGGRAVATED ASLT

DETAILS:

    Det. Horn with the Special Crimes Unit is needing assistance locating
Balentine He is wanted reference this Homicide and also wanted reference an
outstanding warrant out of Newport Ark. A .32 caliber gun was used during the
Homicide. Balentine should be considered 10-0/10-32. If located please notify
Det. Horn or Lt Smith Special Crimes Unit 806-378-4268.

CONFIDENTIAL INFORMATION: FOR LAW ENFORCEMENT USE ONLY

P-477

 

Balentine, John Lezell

01-31-69

```
'FROM: CCH#    TO: AMP
04/07/99    11:26:01
2L01AMP  P4I9I.GR.TX1880100
FUR/C
ATN/R FLETCHER
PART    1
THE FOLLOWING RECORD PERTAINS TO
FBI/764320HB2
SID/TX06072081
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT CONTRIBUTED THE FINGERPRINTS.
TEXAS DEPARTMENT OF PUBLIC SAFETY CRIMINAL HISTORY RECORD
NAME                           SID NO       FBI NO        SOC
CAYLOR,CHRISTOPHER KIRBY       TX06072081   764320HB2     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
DOB       SEX  RACE  SKN  POB  CITZ  HGT   WGT  EYE  HAIR
08/06/1976  M    W    MED  TX   US   6-02  200  BLU  BLN
DL NO                          STATE    ID NO                       III
09914074                       TX                                   S/S
NCIC FINGERPRINT      HENRY FINGERPRINT              AFIS FINGERPRINT
                                                         RLRRR
                                                         LALLL

IDENTIFICATION COMMENTS
**ADDITIONAL IDENTIFIERS**
    AKA                        DOB        MNU         SOC        SMT
  DATE OF REPORT      DATE OF ORIGINATION        DATE OF LAST UPDATE
04/07/1999          06/05/1998                   07/29/1998
-------------------------------------------------------------------
TRACKING INCIDENT NO: 9013218229      ARREST DATE: 05-01-1998 A
ARREST NAME: CAYLOR,CHRISTOPHER KIRBY
** ARREST **
    AGENCY: TXDPS6300 DPS TLE REGION 5B
    AGENCY CASE NO:                 AGENCY ARREST NO: 109582
  *TRS: A001 LEVEL: MSDMNR A
    CHARGE:
            UNLAWFUL CARRYING WEAPON                   46.02(a) FC
    DESCRIPTOR:
    DISPOSITION: BAIL/ROR               DISPOSITION DATE:  05-
                POTTER COUNTY
    REFERRED TO: TX188013A AMARILLO CA
THIS IS A SINGLE-STATE RECORD. NO ADDITIONAL CRIMINAL HISTORY
INFORMATION IS INDEXED AT NCIC FOR OTHER STATE OR FEDERAL OFFENSES.
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE SECTION 411.085, TEXAS GOVERNMENT CODE.
END OF PART    1
CRIME RECORDS SERVICE    DPS AUSTIN TX  04/07/1999
END OF RECORD

    :                          *******
```

P-479

```
`FROM: TIC#   TO: AMP
04/07/99   11:22:13
NLO1AMP  P4I9I.NO RECORD TCIC
NAM/CAYLOR,C
;                                   *******       REQ. BY R FLETCHER
`FROM: NIC#   TO: AMP
04/07/99   11:22:17
1LO1AMP  P4I9I
TX1880100
NO NCIC WANT DOB/19760806 NAM/CAYLOR,CHRISTOPHER SEX/M RAC/W

;                                   *******       REQ. BY R FLETCHER
`FROM: TIC#   TO: AMP
04/07/99   11:22:21
LIDRAMP  P4I9I.
SEARCH ON CAYLOR,CHRISTOPHER,080676
CAYLOR,CHRISTOPHER KIRBY
  WHITE M 080676 6-02 180 BLONDE BLUE
206 S PROSPECT AMARILLO        79106
DL 09914074 REST  A       ENDR        CLASS C      EXP DATE 080603
CURRENT STATUS
CLEAR
071494 FYROW---TURN LEFT CMV UNK HAZ UNK AMARILLO
071494 NO DRIVERS LICENSE CMV UNK HAZ UNK AMARILLO
071494 ACCIDENT CMV NO HAZ NO CITATION YES NON-INJURY AMARILLO
030296 NO LIABILITY INS 071896 MUN O O CMV NO HAZ NO AMARILLO
090398 UNKNOWN
*** NO WARRANT RECORD ***
****** START OUT OF STATE HISTORY ******
NO OUT OF STATE HISTORY
******* END OUT OF STATE HISTORY *******
END OF MSG
;                                   *******       REQ. BY R FLETCHER
`FROM: CCH#   TO: AMP
04/07/99   11:22:27
NLO1AMP  P4I9I.QH.TX1880100
NAM/CAYLOR,CHRISTOPHER.SEX/M.RAC/W.DOB/080676.
PUR/C
REQ/R FLETCHER.OPR/R FLETCHER
**TEXAS ID SUMMARY**
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY SUMMARY
SID/TX05585626
FBI/177777DB2
NAM/COLLIER,CHRISTOPHER WAYNE
SOC/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 DOB/07-05-1976 SEX/M RACE/W ETH/N SKN/XXX POB/TX CITZ/YY
HGT/509 WGT/150 EYE/HAZ HAIR/BRO DL/                      DL. STATE/
ID/16915081                     ID STATE/TX III/S/S
NCIC          HENRY                                      AFIS WLARR
FPC/          FPC/                                       FPC/ LAALL
IDENTIFICATION COMMENTS -
** ADDITIONAL IDENTIFIERS **
AKA/COLLIER,CHRIS
DATE OF REPORT/04-07-1999
..................................................................
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY SUMMARY
SID/TX06072081
FBI/764320HB2
NAM/CAYLOR,CHRISTOPHER KIRBY
SOC/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 DOB/08-06-1976 SEX/M RACE/W ETH/  SKN/MED POB/TX CITZ/US
HGT/602 WGT/200 EYE/BLU HAIR/BLN DL/09914074             DL. STATE/T
ID/                             ID STATE/  III/S/S       P-480
NCIC          HENRY                                      AFIS RLRRR
FPC/          FPC/                                       FPC/ LALLL
```

** ADDITIONAL IDENTIFIERS **
DATE OF REPORT/04-07-1999
------------------------------------------------------------

END
CRIME RECORDS SERVICE  DPS AUSTIN TX  04/07/1999
;                                ******      REQ. BY R FLETCHER
`FROM: NIC#   TO: AMP
04/07/99  11:22:33
7L01AMP  P4I9I
TX1880100
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/CAYLOR,CHRISTOPHER SEX/M RAC/W DOB/19760806 PUR/C
NAME                      FBI NO.       INQUIRY DATE
CAYLOR,CHRISTOPHER KIRBY       764320HB2     1999/04/07
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W    1976/08/06   602     200     BLU   BLN   TEXAS
FINGERPRINT CLASS
10 CI 04 13 04
08 02 01 09 08
SOCIAL SECURITY
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
IDENTIFICATION DATA UPDATED 1998/07/29
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 TEXAS          - STATE ID/TX06072081
THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE TRANSACTION.
END

 ;                              ******      REQ. BY R FLETCHER

# **QUESTIONS**

Defendant's background:
    School
    Criminal
    Pleas
    Violence


Persons/places-reason for being where he was when arrested by APD


Outstanding warrants
Who went to his residence next morning


Gang Activity [deceased]
Narcotics-use/sale[deceased]

Witnesses to threats made by deceased


Background of deceased-violence


Relationship with Chris


Right to arm and seek explanation

Defense (Aike) Motion:
    What would influence Defendant to confess

Study based upon confessions later shown by DNA Testing that Defendant was not guilty

Voluntariness of confession issues-jury charge

P-482



Justin Curtis Oehlert (brother of Christopher Taylor)
1-16-77
3506 S. Lynette
353-7303
"Paramount Caboose"
358-4477

**JIM PATTERSON, PRIVATE INVESTIGATIONS**
3321 BELL, SUITE E
AMARILLO, TX 79106
(806) 358-9979
TAX I.D # 75-1712619

April 21,1999

Honorable Don Emerson
320th District Court
Potter County
Amarillo, TX

In re:  State of Texas vs. John L. Balentine # 39,532-D
Attorney: Jim Durham

Investigation:
3-11-99 through 4-19-99
179 hrs. 20 mins @$40 per hour              $7173.20
Expenses to date, excluding phone
charges:                                     $ 570.95

Total Due:                                   $7744.15

Thank you,

*Kathy Garrison*

Kathy Garrison, Inv.

FILED
CINDY GROOMER
DISTRICT CLERK

1999 APR 26  P 4 50

POTTER COUNTY, TEXAS

BY_____.DEPUTY

EXHIBIT
P-EX-34

06/09/2011 THU 14:55 FAX

*Ballentine*

Mo · Cam
+ RM cell
376-4447 off.
FAX - 373.816?

Jim · ___ + Early · ___ · Hm

P.C.C.9.- 335-2466   Brandy W BNGR ___

Isabel · Socy   Prosecutor · ___ Crt   Jim M·

| Date | | | | | |
|---|---|---|---|---|---|
| 3 11 | Read | | | | |
| 3 12 | Read | | | | |
| 3 17 | Read | | | | |
| 3 18 | 4:00 P.M. Rev Case File | | 6:00 P.M | | 2 |
| 3 19 | 2:00 Call Randy — Do Comp Stuff | 5:15 P.M | | | 3 15 |
| 3 20 | 1:00 P.M. — Comp. work find facts | | 4:30 P.M | | 3 30 |
| 3 21 | | | End 6:30? M. | | |
| | 8:45 - A/t rgt Cont. April Ryan - Comp Res | | 9:00 P.M | | 1 05 |
| 3 22 | 2:50 A.M - Apr Ryn Called - ___ Crav's. off at 3:30 - Kids until 5:45 P.M | | | | 2 15 |
| | 6:30 P.M. dppt.) 10:30 A.M. To Cthrse for Order-req from Judge - to BA for pics 12:45 P.M | | | | |
| | 6:15 Appr w/ April - BAG or DTG. 379-1445   10:30 Ruth M.   11:50 A.M | | | | 5 35 |
| 3 23 | 9:18 A.M To cross - le Herre | | 10:31 A.M | | 3 15 |
| | 12:30 P.m. ___ Brandy - Jx - 335-445-0871 | | | | |
| | Appleers - 351-2810 · Angie All · work tomorr Dom Wed | | | | |
| | Jm. 1:50 Pm | | 2:30 P.M. | | 2 00 |
| | 7:15 - Angie Allen | | 8:00 P.M. | | 45 |
| | 8:40 P.M. Call Randy - 8:45 - Call the Meavis - re scene left memo | | | | |
| | 4 raph? — Reachs Randy 8:55 P.M - make arrange for Ted D rev. con tomorr | | | | |
| | Jm. c. 9:30 — Also, meet w/ Jim/Jm 8:00 P.M Wed P.M | | | | |
| | Call Me- Hernandez — Comp Searches | | 10:00 P.M | | 1 20 |
| 3 24 | 10:00 Call Randy - 10:05 left mess - G3   RM Call 1:15 P.M - To Jim for sub Order 1:30 | | | | 10 |
| | 2:20 P.M. Comp Searches. | | End 3:40 P.M. | | 10 |
| | 3:50 P.M Called P.D Housing / Meavis) not empd there - Called home, no | | | | 10 |
| | answer — 4:00 P.M. | | | | |
| | 7:30. Conf w/ Randy & Jim. re dir. w/ it's, jurors, etc | | 10:15 P.M | | 2 45 |
| | 10:25 P.M. Read letters. | | | 1:30 A.M | 3 05 |
| 3 25 | 11:45 - Conf Randy, to det A. ghere to spk House, photos | | 12:30 P.M | | 45 |
| | 1:15 to Cthrse on A- | | 4:00 P.M | | 3 45 |
| | 4:15 Called Randy, to Fac Stff to no — | 4:20 - Jim. mos meavis w/ only no — | | 5:55 P.M | | 05 |
| | 8:25 · To scene, rev. rough meavis, etc | | 5:55 P.M | | 30 |
| 3 26 | 9:30 Tessa - photo. | 4:50 P.M | | | 20 |
| | 11:00 To orthrse. to Jim R. arny - need photos, etc. To D's office - no D's office | | | | 30 |
| | called Dr. ⟶ Mr. Rickman, length to call w/ info - Tessa's 11:30 A.M | | | | |
| | 11:50 A.M - Prep ret S   55 · 12:10 | | | 4:50 | | 20 |
| | 12:05 - Prep photo   1:45 | | | | 20 |
| | Read letters   2:15 | | | | 1 00 |
| | 3:15 - Prep P. Scene evid 8 po Crimer Photos w/ Mr. Jones/Pickman   3:35 | | | | 20 |
| | 4:50 Read Alyn letter | | | | |
| | | | 52·15 m. | 29 | | 445 |

2011-06-09 15:01

Newport, ARK.
870

3/27 10:00 Am Plug Pics - Sort - Sel. Master P1997 - Review Rel's, Read Ryan letter - 4:00 P.M. 6.00

3 28 1:30 Begin gth. photos, etc. Get Master P - Call Randy - read pics - to
3 28 PCCF - Arrive 3:10 - Return to In TA - leave 5:15 Conf Randy 5:30 2 30
7:15 List all threats - re-Read Harm info for ads, ADOC 9:50 PM 2 35
3 29 11:00 Read video/photos, etc. 1:00 PM 2 00
3:00 - Touchdown - to case w/Atty's, get gang info, get release - D, notary, CHS, V's, logs, etc. 3:30 P 2 30
9:05 P.M. Begin review of material - 12:15 A.M. 3 15
3 30 Call Gene Fristoe - Gang Expert - Get Newport Adds. No 15
4:45 P.M. Call Randy / Conf 4:55 10
3 31 10:00 A.M. Newport High School - 870-523-1321
✓ Ed. Castleberry 870-523-1351 Dr. Albright 870-523-1316
Newport Middle 523-1346 ✓ Newport Hosp. 870-523-6721
✓ Harris Hosp. 870-523-8911 - Fx 523-0345
Newport High School - 870-523-1321 Fx - 523-1388 10:50 A.M. 50
12:05 P.M. Call Randy - Call these folks for focus & info
✓ Dr. Green - 870-523-9852 - D
Add. copies to Jim - records, Vlcltr, V's IR's, etc. - April 1 - 1:15 PM 1 10
7:30 P.M. Ryan letter - Comp Search Warrants - List - Inc Conf. & Evidence 10:30 P.M. 3 00
4 1 10:30 A.M. Plug Durham letter, fax release Ark. called Mr. Mean - [redacted]
got Melinda's no. [redacted] to get info done this weekend - 701 Buchanan
11:30 A. Middle School - Fax 870-523-1388 - Mr. Joe Craven Recs, but
Vicki Wms Counselor - Scheduling Recs - "spoke w/sis"
3:30 5 00
8:35 P.M. Cont. - Sherrod insts - 10:40 2 05
4 2 10:20 A.M. to DA's office - check file 12:50 A.M. 2 30
1:15 Finish Photos - Outline for Atty's 3:45 P.M. 2 30
4 3 11:05 Call Melinda [redacted] - Fl House - To Scene 2:05 P.M. 3 00
Call Randy - 2:20 P.M.
4 4 3:55 P.M. - Call Banks, Mom's, Caylen, etc. - No answers, moved, people have
there no's, more - 5:30 P.M. 1 35
4 5 10:00 A.M. Read Newport H.S. Records - Call Newport H.S. 870-523-132
Del Henderson - [redacted] - left message - 10:50 A.M. 50
Joyner [redacted] - left mess. re Expert Bruce Tiff [redacted] - give in N. York?
Lisa Taylor-Austin - New York - Schenectady, N.Y. - Psychologist & PhD
Gang Counselor. → Texas Gang Inv. Assoc. - Comp look Expert -
ARK Youth Serv. - 501-682-9580
ADC - Dale Ramey - Rcd Clerk - 870-247-1800 - Mon. No.
Faxed ADC for meds, mental health - Emps, Kenw, faxed, got info re
others I nos. find Gang Expert - E-Mail everyone - Break 7:40 P.M. 7 40
8:20 P.M. Resume - Call Borden, Call Main, got recs, etc.
Conf Randy - 10:15 P.M. 1 55

1999

| | | | | |
|---|---|---|---|---|
| Tues | 4 6 | 3:50 - Conf w/Atty's, Dunham's office. Strategy AT Dunham office - | 8:15 PM | 3 53 |
| | | 9:00 - do Randy assignments - try comp. locate wits to tie in w/A | 11:30 PM | 2 30 |
| | 4 7 | 9:00 AM. Crt - Jury Sel - to Dunham, listen to tapes of trial. Confession (All for 911, Alex's etc.) To office 11:20 - Gather Sob. Names - 2:30 get tapes. take stuff to Randy - conf on witnesses - Get rest of file 2:45 4:45 405-302-6732 -> | | |
| | | Dusty at Lone's re A comp. - Conard - Applebee's - do not want to Rel. because A's sign. diff. on their app. Pre PDC addr, & crim check thanks 9:30 PM | | 8 00 |
| | 4 8 | 8:30 AM Ask about Caylor, Sr. -> Coyle - Conf. - Prepare list all wits - Stan Powers - Sub. Dennis Deceive all on U.S. - TR's | | |
| | | no ties of A to -> threats Misty - Kid Ocklet - | | |
| | | Chris Coyle - Moore's - Justin Ocklet - locate Baird | | |
| | | Chris's mom - Call Richie Jones - re Psych Care | | |
| | | The 2 officers - Chris acted weird - Amos 202 Chadwick 423 Silenha | | |
| | | Jeff Cone - 373-3177 - 2:15 P.M. - wire case - 2:30 | | |
| | | Ocklet again re: Dan & Ronnie - 2:40 - April not at work today - | | |
| | | 2:45 - Jeff Cone - Ans Ser. - Dr. John Ashley - 870-523-3515 - 2:48 PM. | | |
| | | 3:20 P.M. Cone's office - not in - Dr. Cone said no - | | |
| | | Sharon - who does this's - April - no Knows Ronnie Dene - pledge Caylor letter | | |
| | | Dr Ashley's off. 870-523-3515 - Mrs. Ashley, only - Ronnie & Henry - only kept records 5 yrs. | | |
| | | do not have fax machine - mail to 2 Dogwood Drive Newport 72112 - 5:30 PM | | 3 00 |
| | | 7:30 P.M. To Dunham - | 12:30 AM | 5 00 |
| | 4 9 | 1:00 P.M. Newport Jr. High - Called Joan Wright - 870-523-1346 | | |
| | | Rept verbally to Jim re witnesses last P.M. - | | |
| | | Vicki Williams - talked w/counselor in H.S. - have nothing - | 2:15 P.M. | 1 15 |
| | 4 10 | 1:00 P.M. - look for Brady, Posa, Moye, Manville, Stu Int. Brown & Sidman | 3:40 PM | 2 40 |
| | 4 11 | 4:00 - Rpts. 1711 Jim Austin [redacted] 4215 S Western | 5:30 PM | 1 30 |
| | | 7:30 PM - writing rpt 11:30 PM 4:15 | | 4 00 |
| | 4 12 | 8:45 - Court - 12:20 - lunch 1:30 - Crt - 5:20 Conf w Randy & Jim, 5:45 PM | | 8 |
| 6:00 PM | | Rel from Atty. 6:30 to office - call NWS re temp. left message - 6:45 - Re-scan TR's - mark, serve | | 10.00 |
| | 4 13 | 8:30 - Assist Attys. | 5:00 PM. | 7 30 |
| | 4 14 | 9:30 - To Court - 11:45 - Lunch - Dropoff / Plug Photos - 10 min 1:15 Court - Sheltons, to Jim's off. conf / Atty's 6:30 5:15 To office 2:40 P.M. Call Meyers - set up re-creation for 9:00 A.M./10:00 A.M. - wants 2:00 better for the | 8:00 PM 00 | 9 00 |
| | 4 15 | 8:30 To Court - Lit office - 3:45 12:15 - Lunch 1:30 - Begin on re-creation, pw than our Crim. - Assist Atty's 4:00 | | 2 50 |
| | 4 16 | 8:30 - To court - Final Args - 11:30 - Jury out 12:00 - Del. Sharing Randa 1:15 PM 1:15 wait - 2:00 Jury in - GUILTY CAP Murder - Conf. w/Randy, Get Subs Issued | 5:30 PM | 10 15 / 1 30 |
| | 4 17 | 11:30 Begin serving Subs - Find missing Witnesses - | 6:00 P.M. | 6 30 |
| | 4 18 | 9:20 AM. office. To CCJ - Art A - Send Test to Fogerty, Dunham's for pics - put together | | 1 20 |
| | | 81.30 | | |

**APEX**

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

alex's w/D knowing Cole Party                     5 oo pm        440
550 km

4/19 - 8:45 - O4 - Sketchburg    10:30  to off. and all nite for w/D - knowing (play Tiny Freds)
Aguillar, Tim Hunter, Norris,  10:30  2:00      Awa Track ate 1 hus 516 w/nite - 150        535
by cost her              250  Jay w/s  2:50 km        Dock  5:15pm
                                                            9.75
                                                            10.5

        32.15
        50.20
        81.30
        10.15
      178.  80 =

      179.20

06/09/2011 THU 14:57 FAX ☐010/023

*Total Expense Reciept: $14.70*

*Total This Page: $14.44*

**Ballentine**

ECKERD DRUG
STORE #3326

ECKERD DRUG #3326 PH.373-6174
2612 S. WASHINGTON, AMARILLO

REG 4007   DRAWER #1
TRANS #2344   TYPE 10   STORE #3326

95235   EXP PHOTO C 17     3.51

TX 8.25% Tax        .29
TOTAL              3.80
CASH              10.00
CHANGE            6.20

THE PHOTO STORE
3706 OLSEN BLVD.
AMARILLO, TX 79109
806/358-9616

SALES RECEIPT

SUB-TOTAL      117.99
SALES TAX        7.35
TOTAL          124.87
CHARGE         124.87

---

**AUDIO REFINERY**

1747 AVONDALE
AMARILLO, TEXAS 79106
(806) 355-0072

Name: Garrison Legal Services    Date: 4/7/99
Address: _____     Phone: _____

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 2 | Cassette Dubs | 6 ea | 12 — |
|   | (Balentine) |   |   |
|   |   |   |   |
|   | Pd. Cash |   |   |
|   |   |   |   |
|   | Sub-Total | | 12 — |
|   | Tax | | 99 |
|   | TOTAL | | 12-99 |

2011-06-09 15:05

☑011/023

ECKERD DRUG
STORE #3326

** ECKERD DRUG #3326 PH.379-6194 **
** 2012 S. WASHINGTON,AMARILLO **

ASSOC #8491  REG #007  DRAWER #1
TRANS 90277  TYPE 10  STORE #3326

952853  UYP PHOTO F 10   13.77
7202-1  KODAK FILM  1T    9.49 SALE
942037  NESTEA ICE  1T    T.99

TX @ 25% TAX            1.92
TOTAL                  26.27
CHARGE                 26.27
AX *XXXXXXXXXX3000
EXPIRATION DATE 10/01
AUTHORIZATION #        2517

CHANGE                  .00
MARCH 06  1999         1:05 PM

*3323I

Balentine

HASTINGS ENTERTAINMENT # 9604
2001 S. GEORGIA
AMARILLO, TX 79109
806-352-0654  03/27/1999  15:25
VELENA H. TRANS# 509619 TERM# 3

1  2 GHETTO D (R)          15.49

BTOTAL                  $15.49

X                        $1.28

TOTAL        $16.77

XI#: ▓▓▓▓▓▓▓▓  EXP: 10/01
@EX/OPTIMA              $16.77

CHANGE DUE              $0.00

0% HARDBACK BEST SELLERS* 49CENT VIDEO
**** WE BUY AND SELL USED CD'S ****
New Online Shopping! Visit our
website at www.hastings-ent.com

2011-06-09 15:06

---

Kinko's          (806) 359-9684
3801 Olsen Blvd #2
Amarillo,     TX 79109

QTY    PRICE    DISC     AMT
6      2.98     0.00    17.88
COLOR 11 X 17 SINGLE SIDE .

%DISC    10.00            -1.79
SUB   16.09  TX   1.33  TOT  17.42
          American Express     17.42
                    CHG       0.00
   CUSTOMER ID  GARRISON LEGAL SERV

*Your American Express discount has
          been applied.

▓▓▓▓▓▓▓▓  10/01  APPROVE  606220
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X_____

CW 13 TR   695013 RG 3A 04/11/99 10:52
   Visit us @ http://www.kinkos.com

---

Kinko's          (806) 359-9684
3801 Olsen Blvd #2
Amarillo,     TX 79109

QTY    PRICE    DISC     AMT
978    0.25     0.00   244.50
FS S/S F1 Prc Special Price
170    0.05     0.00     8.50
AUX OTHER STAPLING HAND

%DISC    10.00            -0.85
SUB  252.15  TX  20.90  TOT  272.95
          American Express    272.95
                    CHG       0.00
   CUSTOMER ID  GARRISON LEGAL SERV.

*Your American Express discount has
          been applied.

▓▓▓▓▓▓▓▓  10/01  APPROVE  521397
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X_____

CW B1 TR   697278 RG 3 03/24/99 16:10
   Visit us @ http://www.kinkos.com

*26.95*

 **Sage Publications, Inc.**

 **CORWIN PRESS, INC.**
A Sage Publications Company

 **Pine Forge Press**
A Sage Publications Company

ALTAMIRA
PRESS

outside
the box, inc.
for significant learning enterprises

2455 Teller Road
Thousand Oaks
California 91320

Phone (805) 499-0721
Fax (805) 499-0871
E-mail: info@sagepub.com

| CANADA UPS PARCELS ONLY |
|---|
| PACKAGES : ____ WEIGHT: ____ lbs. |
| TERMS: C.I.F. + GST |
| SHIPPER |
| SIGNATURE: |
| THIS INVOICE CONTAINS BOOKS, JOURNALS, AND/OR NEWSLETTERS MADE IN USA OR OTHER DUTY-FREE COUNTRIES OF ORIGIN. |

**INVOICE**

ORIGINAL

| YOUR P.O. NUMBER | SLSP'SN/OUR'S | INVOICE NO. | INVOICE DATE | TERMS | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|
| 5539127 | 3261170 | 03-23-99 | NET 30 | UPS 2ND DAY |

KATHY GARRISON
2005 MONROE
AMARILLO TX 79109

S
H
I
P

T
O

KATHY GARRISON
2005 MONROE
AMARILLO TX 79109

| ISBN NUMBER | QUANTITY | MERCHANDISE | UNIT PRICE | DISCOUNT % | EXTENSION |
|---|---|---|---|---|---|
|  |  | THANK YOU FOR YOUR ORDER |  |  |  |
| 4906 | 1 | WRIGHTSMAN: CONFESSIONS IN THE COURTROOM (PAPER) | 17.95 |  | 17.95 |

| | |
|---|---|
| SUB TOTAL : | 17.95 |
| SALES TAX : | 0.00 |
| SHIPPING & HANDLING : | 9.00 |
| CASH RECEIVED : | -26.95 |

| INVOICE NUMBER |
|---|
| 3261170 |

Please make checks payable to Sage Publications Inc. and return a copy of this invoice with your remittance.

Federal ID# 95-2454902    Canadian GST# 12978 6448 RT

**PLEASE PAY
THIS AMOUNT BY** 04-22-99 ➡

| U.S. $ |
|---|
| 0.00 |

P-491
Page 12/23

2011-06-09 15:07

~12.~

PAYMENTECH

S A L E S   D R A F T

STEAK & ALE 4421
2915 INTERSTATE 40W
AMARILLO, TX 79102

Merchant: 6741044215
Term ID: 386741044215001
Date: 04/14/99  12:38
Acct:

K GARRISON

Exp: 10/01  Batch:  & Shft:  1
Card type: AMEX  Tran:  106

AMOUNT:      $25.92

TIP:            4.0

TOTAL:          29.92  Rucker
                      $12.00

I agree to pay above total amount
according to card issuer agreement.

APPROVAL: 626827

TERMINAL:  1      SERVER: 119

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

NO.39,532-D

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 320TH DISTRICT CT |
| VS. | IN AND FOR |
| JOHN L. BALENTINE | POTTER CO. TEXAS |

### ORDER FOR PAYMENT OF COURT
### APPOINTED INVESTIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

On this _____ day of April, 1999 came on to be heard Defendant's

Motion for Payment of the Court Appointed Investigator in the above styled and

numbered cause.

It is ORDERED that the County Auditor pay to Jim Patterson Investigations,

Social Security # ████ , ████████ Amarillo, Texas, 79106 the sum of

$ 7744.15 for Investigation Fee's in this matter.

_____
JUDGE PRESIDING

FILED
CINDY GROOME
DISTRICT CLERK

1999 APR 26 P 4: 50

POTTER COUNTY, TEXAS

BY_____DEPUTY

Copy - Auditor

Kathy Garrison-billing recs  April 21, 1999  Page 10 of 10

P-493

10

Ballentine - Randy Sherrod

3/19/99 - 1:15 P.M.
Called Randy - asking for a statement
Most imp. needs
AR's - list of witnesses not listed · Evidence 7th —
by state
1. Need to be sure cprone in confession, not true —

2. Substantiate threats killing A —

3.

Alleg. to window, looked inside & saw kids-
Doc. that —
Entry when he said he went in — no way he
could crawl — other thing inside —
be extremely sure if gang emblems in home
in photos -
RS. has

Randy
Sw
655.736#

Get in house -
Rpts in Police Report — Exculp. Reports - one kid
at school - kid not at school because saw his friend
shot in head last P.M. — Caylor doing drive by shooting —
Eric Smith —
False Confessions - Expert —
Anything to show doing drugs, threats toward A —
A say has outstanding warrants - & AREX. warrants
If A right, = gang signs

EXHIBIT
P-EX-35

3/9/99  3:15 P.M.   Balantine, Durham

Need-
1. A met in house except Confession - no prints,
    witnesses, etc
2. 4 people. 3 V's, one asleep + under quilts, no bag lade,
    3 V's - light coats - late he didn't wake up - no tie
3. Stop A near house, find nothing - found
    1 .32 caliber - A says his gun walettow
4. No forced entry - D says under house + into
    house - off. did not see dist - & D in Car
5. Neighbors st's - drug house - A Drug Stl
    Paul has a linguist - Houston has folks coming up -

Visit w/Paul - find out what we need -
gather facts →

Timothy Scott Allen AUSTIN

Carl Scott - 1801 S Buston

School no.? 374-0152 - home

w/ Stephen Watson

14 you.

Lisa Childers

3/19/99                    Ballentine –

Brandy Wagner – BIG LIAR – Albuquerque –
1103 S. Carolina – B –            353 – 3262 –
Albuquerque – used to live there
        Hangin' out w/ gangs –          D.O.B. 12-7-82 –
Mom – Kelly – Corp. Systems – off yprob
Dates guys Joaquin – Drive by on Buxton Street – per Kinse
Joaquin Castillo & Villareal – Scott p'ed up on ABC –

Barbara Davis was Jeannie's daughter's Pro Office
   Cindrea – 27 ybs –
   She dated Chaz Neblitt – B/M died car wreck.
   Saw her cousin being shot in the head & dying
in Albuq. –
Had her on yprob. – a year ago – Jan. 98 –
Feb. 98 – already on w/ Michelle Wright

MC    212 A. S McMasters w/Linda Caylor – 19m
Misty G. –
       Kai Geyer – 102 Simmm in Bushland – on Prob –
ref Truancy – Proh. Weapons – Marijuana Poss. –
Mack Caylor – Crim trespass – UCW, texgren.
Pass. Cont. Suboban

She hung out on 6th Street – per Scott

P-497

Misty used to live

When did 911 log reflect shots fired call? 2:26 A.M.
Where is tape of Δ's statement?
What did Leah Heather Sottile say in off-now-signed?
Why did Δ go to Albuquerque? (First bus out?)
Bus drive - did Δ get back on bus
Light over door on - when cops got there -
Caylor shot first? Why blood not on board
for coffee table
Was TV making noise?
Pretty good shot is Δ
907-B S Carolina - Kimberly Cramer (Cramer)
(saw B/M - 2-3-98 - 1:00 A.M. Do you know Brandy Wagner?)
or is Brandy Cramer (Misty's friend?) 4506 E. 17th)
Was Cyril Ryan aware of threats to Δ?
Micheal Means - 605 N. Manhattan - h. 373-8240
Work - 373-5847 - Palo Duro Harding

                    Eric
Call or See Ontario Small & Angela who did he know
                                      was threatening Δ?
Call Angelique - talk to Dominique Olou

P-498

7:20    Mr. Means - 373.8240 -

4:45 P.M.    Spoke w/ Mrs. Means - to call back Sun a Mon
Electricity in house -

Is house insulated?   What was on windows?
Who put up tin, etc. Was there a dog there?
How long had Misty & I been there?
Was board up over crawlspace?
What kind of heat? -
Windows latch at all?   Which ones?
Where is the bar for kitchen window?

Mary Means - husband is working - will call
Sunday or Monday -

End 5:10 P.m.

P-499

Balentine - Randy

3/31/99
11:08 AM.

Lew - Experts - Internet -
Church of Scientology, hates them

P-500

🕐 3/1/99 Terry Marshall - Day Mgr. UTM

12:30 P.M.   Knew A from Misty - worked here before all that happened - thinks she quit.

S would come in to store. He never came in mad that Terry knows. He would buy beer - didn't buy that often - Cannot recall mks or bruises - She (Misty) used to say he abused her - Could remember Misty would say he crazy - He seemed like he would snap - His actions - sometimes he would talk, seemed moody - however, never saw him angry in here -

Mark Claylon came in often - bought sodas & cigs - Marlboros she thinks - no recall of conv.

⚫ Claylon was here - Claylon Parsons - Mk's friend -

no work    he comes in everyday - 18 or 19 yrs. - Mark came in to
here anymore  talked to him. Claylon didn't like A, no reason -

Neal (Parson?)   Misty fairly reliable - friends (just from work. no
is dad.    idea who baby father is -

re true Claylon told them - fnd all three shot, other guy didn't hear anything - Claylon depressed, good friends - No recall of V.M.D. saying S bad -

Maybe recalls Misty splitting up - trying to hide from A - Misty wked 5 days per week - always sober, etc.

⚫

P-501

Ballentin

3:30 P.m.   J.J. MacMiB.
Lawrence R. Wrightsman
SM. Kassin   Oct. 97
Law of Human Behavior   Oct 97 -
Vol 21 - #5 - 469-84
Dept of Psych - Williams College, Williamstown, Ma.
01267 -      SKASSIN@williams.edu.
     J McCann                    4:10 P.M.

P-502

60 yrs ago

Linguist — on Confession — TAPE — has it —
(SHY)                                          in Italy at
Technical analyzed it — Roger Shuy — Missoula — Mt.   moment —
FALSE CONFESSION —   HORN gives   info'
Univ. of Georgetown —
Horn - 1hr 5 min  before confession —
Lot of P.D.'s require - pre Confession - INTERROGATION —

Coercion - Got some stuff


Who turned on the porch light?

10:00 PM. — April Ryan
Spoke w/ mom — left message for her to call
me

P-503

Monday

🕐 3/22/95 - 10:30 A.M. -

Photo 15 - West   on S.E. corner of house.
  "   16 -        "
  18 - & West window, broken blinds
  " 125 - Tattoo on Watson's left leg.   ?
  122 - Tattoo on R. Shoulder - ① hunger ?
  133 & 134 - Stippling on Watson forehead
  139 - Tattoos on inside left calf
  140 · Tattoo - left bicep
  141 - Rt hand Cuts, scrapes
  142 - 3 dots on web right hand - My Crazy Life
  144 - Top of left hand w/ rings & tattoo - web of hand

Watson

  169 - Red Shorts  · Geyer — Autopsy photos

  227 -          - Caylor -     "   "  r.hand
247 - 248 - Rt. Hand - Bruised knuckles ? r. hand
* 250 - Left hand - Bruises on knuckles & wrist

pm

1 1:55  1616 – Mobile home on N. side of 17⁶
3b1/98      Camellia? –      LNB-17H
          TXS-94J


Texas Tech Med Library
   Amer. Journal of Psychology –
   "              of Comm.


2:40pm   Brandy  WAGNER  – 1103 S. Carolina -
3b1/99      Knew Stephen Watson – Jeff Watson is
his brother – her boyfriend –  BIM 1 in T.Y.C.
      Knew white Stephen Watson –
When murder happened – Balentine not in Amarillo -
Met him a couple of times – not good friends –
A good mall in East Amarillo – Bangkok Cafe –
Met him there –
      Joaquin Castillo knew John Balentine –
At school – folks really sad – first 3 suicide
The 3 boys had a lot of enemies – Ht –
Walked around school – They sold drugs –
Knew Mark Caylor – last year  a big
thing – big fight at bowling alley –
      Stephen & Mark at the Bowling Alley –
Not sure how Joaquin knew Balentine –
      April Ryan has younger bros. & sisters --
      Justin Oehlert
✗  Knew Misty Caylor - used to kick it w/ Heather –
Salido – Misty a friend of hers - she kind of
envied  mostly white  Met her at Slim's w/her cousin

P-505

Around Misty – got high – joints a lot, real
pot head – Mark D Stephen Liegh at school.

✓ Leah Heather Sotela          So Tile –
BUSHLAND. 500 FM-2381-   U U MD – no gang –
Tatto – left hand – Butt → K   Butt-K-

Clayton Parson✱ – Check Rimord
          P.O. Box 168-  Bushland – Clayton Lewis Parson
DOB. – 2-6-81 – no gang.  – Truancy – 1
          Latha Parson.  Lascosa H.S.
3/22/99 – Brasier – GANG MAN – need tattoos & stuff
          update

P-506

6007 Dreyfuss -                    till 11.30 AM

Ogr. Bcc- Cishl 25th Caliesnol next

3/23/99 Angie Allen — tomorrow at lunch - Wed
Tues 1:15 pm.

        Need 3 handwritten Sheets from him —
WITNESSES/INJ. Fam Bk gnal - Father Mother Born - Schools -
                                        Work History — Address No's -
        WORST experien - Besides this
        Best experien in life ever
Call Means again — have for 5-day
Copy of Order

        Rely on Eric's Js assertion,
        Angie Allen - for threats -

        Markie's ded-wants-cam no & info on evidence —
        Excelp deadline is on Sat- / Lynn Colony
Waggone, Atty, — Spec.
        Claim Cousin has something to do w/it —
Ft. Club -
        Subp:
        Jon Fellary D.A. we can win

        M. R. J. - have a motion-       Psych. to examine him
Futan DANGEROUS Guy-
        Brain injuries - in past •

re: Bri-
In ipt- for burglary-
Carned abuse Ark-
Gun- FBI-          Forensic Evidence-
What about the light porch being on?
did


State's Theory in his crotch-
Caps did not get under there-
                    Ques.-          Conf. Eul 1:5cm

P-508

Master P—

Evid. of Guilt —
Confession —
Buying Ammo —
Flight
Ammo on Body —
Fnd. at Scene that P.M.

Confession Inconsist'e —
1. Measurement —   re △ able to get
2. Windows —
3. No Bullett in alley —
4. Windows - can't see in -
       Lot

Get bus schedules.
   Atty. Warrants    John Smith —
Went in Oct. — to pay   but had not —
   Copy of the tape  Confession = go -
for expert.
   Bhgvnd - Psych. = M.R.I. done.
Need - kid stuff Shrink.
   Check subp. list —

People who Heard V make threats

Angie Allen - heard Markie threaten A
saw a gun in his hand
Dom told A to stand
to get a key to a home

Terri Nuzzo - Markie told her he was going
to kill the A. - 2 Boys w/ Markie at her home
(one said - We take care of our own family)

Timothy Scott Loller Ausdon - 1607 S. Buchanan - Guy who rec-
ognized in cop car - saw Markie w/gun a week or
so before, looking for A - " said I beat up my sis,
"I have something for him" -

Justin Oehlert - On 18th of Jan. saw Misty & neighborhood
kid - they beat up - I had left home. Markie got
home, mad, went to look for A. Did not find him -

Chris Caylor - Ronnie (?) came in & told Steven & Kai
he'd come back to give them (Steven) a ride - Did he
★ ever come back? - Did anyone ever lock the door? A

Misty Caylor - A was coming in Bedroom window -
& Who is Gene - he (there when A beat Misty &
Gene

Kelly Moon - Heard Markie say he was going
to kill A

Chris Cite - lived at 2601 N. Grand - #160

Dominique - Talk to him re Key to House?

Notebook says "I am going to kill the niggir -

P-510

Ballentine St

3/28/ - Knew people on the corner — knew one of the guys, they moved. His dog got into D's yard — Dane dog to Sherry — they ran away to the others —

Knew people across street — trailer - old folks, old folks w/ chain link — ladies room built on to the room at the back.

House, 4 houses down — Can't remember his name He worked at I-Hop — met him thru Waldo, who also worked at I Hop — Had visited him in his apt. —

Knew no others

Markie threats - Angie & the white guy who lived in apt - both said Angie said Markie had a gun & told her he'd use it on his black ass —

White guy said Markie too was going to shoot Δ - When Angie there, Markie came out with it in his hand. —

Δ heard them say they hear no, read in statement — saw them walking back to house — (Carlsons) Only could see back of his head

Pretty quiet in neighborhood - old folks. no road noise — noisy at 5:00 A.M. when folks start to get ready to go to work.

Might can hear music in home, no one ever complained — Markie & etal listened to West Side Connection, Gangsta Rap music, Ice Pop, Notorious Babe — Δ likes opera, saw on T.V. & started liking it

Windows sleep air — no noise leaks, 000 — no insulation

Had a fight w/ Misty & a guy - sandy
brown hair - smokin dope - kid kind of racist -
S/ Mark talking in B.R. - trying to get Misty to
come there (meth in M/S car) she wouldn't come in —
Mark had to leave to get weed - S to front room
to talk w/ Misty — S trying to find out what problem
was - Misty said you gone - Inv. a little w/ April,
she'd send friends over to check on John - April
being slick, find out the details - This about
Dec. — New Year's day, April & Carl came to get S
up - April in the truck — Carl said S to stay,
no problems — His clothes at Carl's re a month,
still staying w/ Misty — He spent New Year's
w/ April - things not right w/ M/S - April got him
a gold necklace for Xmas - S finally found April did it.
$225. S'd spent $80 to week - $100 every 2 wks. no
utilities - extra 25 last week - they had $ up.

S fixed all problems w/ house - landlords didn't
adone to — Other Kitchen & Bedroom, tried to seal
windows up, plastic to keep out air - front had
some on it already.

The kid & S got into it because Misty bawling.
Misty wrote him a letter to tell him come before 6:00 P.M.
He'd been out of town & forgot - w/ Julie N. then came over - Got into it —
Passed Misty on way back to Terri's house - 45 min.
later, Markie came to house - Chris, Markie, tall guy
to Terri's.    Misty came w/ someone else - she told guys to
go home - heard Chris laughing & Markie said he
was gonna go S/ Terry kicked him out & he walked home

P-512

April said Glenda told all at Lone's, got the
fuck beat out of Δ.

Chris mom didn't like Markie Chris mom.
sweet - didn't like Markie - she said a hoodlum -
Quit Chris int the hanging w/ Markie - Markie had
done a drive by befor Δ met them - Broke into a
lawyer's office & stole a lot of guns. Had the gun
before the drive by - Heard about it from his friends
who got no time - Markie made living selling
drugs, stealing & pawning - had a frid. named
Richard in San Pointes - house - Wh   stayed by WTC
on Austin 28th house on Austin - Friend put him out,
Markie stole some of his clothes chose too much Stolen stuff.

Δ There's some violence - Domestic violence
a lot - to tricks, made bond ARK - In court one time. Prison
violence

Filled Misty - not sure why - On Med -
living in a shed - Eric didn't like the way they
were living - at Waldos, stayed a couple of days.
Linda kept baby - Misty left & cops p'ed her
up. No place to go - Linda fnd house in paper -
Δ gave her $ to rent it - Stayed at motel with them -
all 4 of them - Misty had cash (APDC, Lone
Star Card + she paid a little) Δ out of work - always had a job in or out
Δ sep - Div Jan 97 - w/ Corrie Halling anoth./ while
to chap. Eric Smith - NWJH - hurt back 87, weights
hurt in prison, wouldn't do anything - needed surgery

P-513

Misty checked up - Angie told D re Markie
& gun - over at Sherry's, saw her during
West to Misty's a couple of times in Jerry's
car - Chris knew where D lived - saw Chris
walking, D gave him a lift. —

---

Couldn't get in thru floor, too big —
thru window, have to wake somebody up —
Not limber - back hurt — (D does not get frequently now —
extremely dangerous) Rob forgot to lock door - high D
sleeping — Probably waiting for someone else to come —
gt them up
1st night Markie there - stole stuff from people

How much D know?
Has he seen affs?

A nigger - from whites, makes mad —
low class, no good piece of shit = Chris → monigger —
Mom got onto him one day calling whits kid a
honky - kid called him a nigger - One time a
white guy tried to run over D in the street, speeded up -
(Israeli) Dale - KKK burned home down in neighboring
town - tried to have rally in Newport. Nat'l Guard mostly
Black came in - went to Dale's rel's here & burned it down —
She hates Whites — He has no prob w/White women —
Not fond White men — Black guys Bossy — white girls not
so — In prison what back - wouldn't give him anything

¹ Call ? → linguist name? no.

4/13/99 Glenn Groben - Dep. Med Ex Lubbock.
Watson - Penetrating wound to head,
THC & inhalts in urine

Caylor -
358-5879 -         Nancy Fara - 806-256-2140.-

☆ Need Bains - 2-ad Melody, & Newson Spradlin. - one here
8:00 5:00 PM                                                    @12   fri. Friday's?
5:00 PM ☆ Jim Austin (call card) - 4245 S Western - 354-2616▾  Denny's
2nd ☆ Ostell Taylor - (call Fields & Co. - okay -
2nd ☆ Claudette Foster - 2411 - 3012 Julia Blvd - 371-0804
     ☆ Ling -
working  ☆ DPS report - re: Caylor - Check Co. Clerk office for S/98 or later
         U.C.W. - Arrest- 81

Armey
Ostell Taylor - Fields & Co. - 354-8555
               &
Claudette Marie Foster h. 371-3557 -  wh. 359-1539
2201 Civic Circle -  Interim Personnel -         1539
n 361-0405

Jim Austin - Trying to move out of town - Can't leave because
busted, for a nickel bag - did 8 mos in a rehab. - Limbo -
Knew John thru Walls & Walter at DHoP - Jim & John
visited back & forth - Knew Mah & ben John - went to
Brown, but ? only are there -

P-515

Mark & another guy, shorter then Mark - didn't
remember Mark's name - dark haired, same age.
around 16 - 3 weeks prior to murder - We're gonna
get that nigger - Mark pulled out a gun - he beat
up my sister. Walking down the St. at Jim pulled in -
Mark yelled at Jim - just talking in front of house -
Mark just telling a little about ∆ beating guy up - prior -
Mark upset it - ∆ still living down there - The only
thing ∆ said, having probs ∆ wanted out of there -
Never saw ∆ after that - never saw Markie again either -
Kind of knew about the dope - he was the weed man -
Knew of some acid - he & Mark talked about it -
No Know if Markie selling it -
   After gun inc., didn't really like Markie - he
acted pretty serious about it -
   The one guy a one time guy - the kid didn't
say anything -
   The R.R. cop brought ∆ to home - Cop said he
was coming to Jim's house - Jim woke up at 2-3 AM. ∆
in back seat - no cuffs he recall or could see - Told
cop where ∆ lived - ∆ looked down, Jim not sure what that
meant - didn't mean anything at the time -
   ∆ did not say anything about them getting him, but
kind of knew ∆ upset - Mark a bad ass, tough guys,
he bragged about it. Had that attitude. "Don't mess me
   First met Markie, he was in Jim's house - playing
Nintendo, came w/ ∆ - getting along ok - didn't call
him nigger - after boot camp -
   Knew ∆ ~~less than~~ - Oct. 97 mos - knew about 6 mos -
while -

1089

Ballentine

J.P.

Photo Log -
Evidence Log -
✓ letter to Mom
Ballistics Rpt.? - T.B.d -

Reports - test results -

- 4624

1:30 P.M.   John Lezell Balentine — Holding Cell Ohm Att Rm
D.O.B. 1-30-69 - Newport, ARK. - 30 min. from
Jonesboro, ARK. Lived outside of town c. 5 miles.
Mama when in nursing home - stroke. Daddy
died at 1 yr. - Worked for U.S.P.S. - drove truck
after hrs. - Peanut - Lynn - boy - diff father
                Doris -        c.38 to Oct. 18,
                John -
                Freddie -   c. 29. 4 bo
                JoAnn -   c. 28 - 5/16   wife n - 12/lbs 123
    Stepdad  {   Eric -   c. 22 -
George Smith  {   Patrick - c. 15
    o Lynn -        Batesville, ARK - unemployed, disabled
    Mouth Cancer - (o Chemo. from fires -)
    Cig & mom - Clarrie Clara May Smith - stay w/ Auntie
    Grandma's Rosie Creakens - 870-523-4624   918 Remmel
    Only living grandparent - 70 80 yrs. old - Big Mama   n.p. Duke's close
    Riley - 100 yr. old - 89 or 80 - 1889 -
        Uncle killed self when find he had cancer.
        Lots of fam. had cancer -
    Born in hospital, Dr. Green - 10 lb. 8 g. - family
    doctor. had measles Chicken pox, mumps, -
    At 6 yr., fell on the street, knocked out, unconscious,
    woke up on couch in front room - Stepfather there.
    Held onto back of bicycle - zigzagged - about 6 Friend's
    daddy carried him home.
        Old enough for preschool Starter at Castlebury Ele. -
    1 grade - 6 grade -
    7/8   J. High - NewPort Jr. High & NewPort Sr. High.

Prosec

P-518

Wouldn't let play sports because he had an
attitude — Mama said too clumsy — Grades weren't
too good — In Ele. — grades good — Castleberry to
Allbright 4-5 grade. Mama left dad because he
whoopin' on her  — She & Geo met when ∆ 7 years of age
Began getting in trouble — rebelled, didn't mind teachers —
Got in Juv. trouble @ 9 yoa — Him & Freddie broke into
a motorcycle shop — $800 — gold necklace, ∆ .25 cards.
got 6 R.SO — bike — Year probation — fine — Freddie 8 —
    Broke into R.O.T.C. w/ Freddie, Steve Althon. ∆
took rap for all ⇒ juvie school in Alexandria age 12.
9 mos. there — Boys Camp —
    Saw a shrink before R.O.T.C. —
    At 11 yoa — saw a shrink — Magnus Youth Home —
Newport ⇒ Batesville — 40 days — Eval — orphan home —
Shrink said he had a temper & he couldn't control it.
Threatened teacher because teacher paddled him for
touching girl / white in the butt — Human Resource
Bldg — Psych — Lady — he talked crazy to her —
    Smoked weed at Auntie's B.F. @ 12 — all year long — then
at 14 — drank whiskey < 13-16 yoa — Quit school & age
16 — Dishwasher & Short order cook — Newport Country Club —
Jo Ann Prince, supervisor — long gone. Nearly a year or two
    85-87 —
Ngm — Tried to steal $10K from Wal-Mart — Caught &
cops beat him — Came to 5 — Dicken, Ark — Youth
prison — place to change attitude — Just smile came or the
else to do . Fights if people threatening — lot of
gangs around there. Eric & ∆ spent summers in L. Alah

Mostly Blacks & White - not white n black against each other. I just fought - Once he hit some little guy came he hit first - Another guy hit him in the mouth - Δ Called them losers - 20 yrs ago when just -

Δ at a Git arcade in Newport - one P.M., couple of kids robbed a guy in Oct. In Nov., arrested Δ, to trial. Got another 5 yes. To Cummins, Grady Ark. 60 days. To Varner Unit (Varner) 2 years 3 mos., Riceville, 60 days in the hole, guard fights, white & black — back to Cummins, to Varner → Calico Rock in the mtns. White totally - prison pop. Stayed out, paroled out 9-10 — When out side at Calico - Didn't give a damn - out at 24 y -

Back home. Mama came - first g.f. Lisa Childers → Duke - got a little girl - About 3 yrs - in Newport Lisa 87 - reads his mind - Stayed together -

Shonda stayed where he was - Michelle (w/7) md. to Δ's best friend) taught the kid to wash. She wrote a letter, slept w/ her - got the big head, slept w/ 15 or 16 yro, white - Got Charges - Calm down he ran away - he called - got girl to Mama's, she went back to Duke's (Duke stabbed him at nmph.) Had a warrant for Child Supp in Augusta - Vivian Wren - told Δ she slept w/ Freddie —Δ = 6 mos, Freddie - To court, he left & went home - in cousin's (diarrhea) car - Cops stopped Duke & Mama - had a strange feeling → to uncle's home - wondering what to do - Came to Amarillo - had been here 2-3 times previously - short visit - w/ Freddie, etc

P-520

How could he get out of Newport —
got out of Rosie, 38-39 yrs — Ind Probe —
"kidnapped" her — she hit D w/ bat — He had
by the neck, he choked her she passed out —
she came to — they drove — He said "I fucked
up" — Got 54 mi. — cigs — she jumped out, Cops
Chased him. totaled car — Jumped & ran thru swamp,
To cousin's house White Co. Jason — drove him to
L. Rock next day — Auntie — to Conway bus to bus to
Amarillo — here in Amarillo Nov '96 before Thanksgiving —
Stayed w/ Will, Eric, and a woman — some
bad blood there — Working at Detail Shop supr.
demoted for lifting cars at 8M. the — Mexican —
gone to Phillips on 10th, dear Cowby rest. — overpass —
Roofer — John Page Roofing — tear off crew —
Applebee's — dishwasher/salad bar/Steaks — fired from
smokin cigs in B.Room
        Lowe's — last yr —
Older — Newport Nursing Home — Maintenance
        Hire  CURTHAVD Lumber Yard — labs, wood
        Mechanic —
        Carpenter — Framed, painted, roofed, electric),
        plumbing, etc — Can build a car or a house
        Co. Listall Borders — Newport — Doris — Lyn —
    Mechanic in Houston — Lowed me — BMW's, M.Benz's
        Audi Terry Nissan — Hooked up her heater, fixed car
    lawnmower, hooked up lights — Knew her ever since
    met Misty —
        Met  Julie Weer — at Lowe's — at Homeland

P-521

Plains - Misty smoking a cig - Chris C. - she on a
break - Julie Chick comes out - I hits on her in
front of Chris - I to have fun - Chris okay - Misty
bad to give phone no - Told Chris, just playing —
Misty didn't want I to go to Nezzie's house after that —
Julie wanted to know who the guys were - B.F.
& cousin - One time - Terry brought Misty home
I fixed mower —

Met Misty thru her friend Brandy - skinny,
like any other hooker - Gave Brandy his pager
no - Brandy w/ Sherman - Brandy & Misty paged
the next day - waited till I midnight - had to wait
till detail shop closed - When got there - they mad
Had been, 2 bottle - went to Sherman's grandmom -
drank 2 beer passed out, slept (no sex) w/ Misty.
Candy —

' Misty on Md. w/ friends - I racked her there until
you beat the shit out of Busby - for callin' I a nigger -
Being an asshole - ' that I gone, but he heard it -
Put in intensive care - There was a knife, gun, called
white 911 - 8 of Maryland - Duplex - Misty just smokin weed —
They did crack w/ pipes residues - didn't see because
he didn't like it. I smiled & beat him - 24 or 25 yoa - friend
of Markie's - a white Angie, Busby her boyfriend,
Angie & kicked around there —

Misty wouldn't let I go to work because he woked
too long - made I stay w/ her — Eric sold dope
the gang I some - Misty had Lone Star Italy 5 no's,
when they dated - Billy Morgan PM - IDC - Crack

P-522

Misty saw him from time to time — They never told who daddy was, someone told. Baby started calling him Daddy — got attached — Misty went to jail for fighting she & Brandy jumped another girl — Street hoodlum — Misty in prison — D roofing — Made a little bankroll — put Misty & Linda in a motel for weekend — By Phillips 66 — the one across from St — 2 days — gave them money for the house 510 E. 17ª — Linda lived there still for a second, till she started bitchin' — D said "Bye" don't need this shit — Linda trying to be the mommy of the house — The nigga get to go "attitude" When Linda to a friend — just D & Misty — D roofing in summertime & fall — Dury glad him up-

Mark & Chris moved in about same time — in the fall — sleepin in front room — bringin stolen goods, Stereos, hell off stuff for drugs — sold Crystal Cmeth/Acid — sold M.J., too — crank, marijuana — Misty & D never smoked this — Drank with them, never doped — dark 40's —

Looking for a job — roofing not enough to pay bills on time — Angie helped him get a job Applebee's — Freddie & D raised up together — Freddie saw D beat up couple of Freddie'shat — slept together, Stole together — Linda at Love's — Misty had mama's car, g'ed up D at work She'd call at Applebee's — when do he get off? (He shed there time for what?)

Julie Perry
Candi,
Jemoya
Corrie

Erik
sells
Freddie
for

Carl Evans — had a wife — Bi — & a daughter — sleeping w/ everyone   AIDS — died — June '98 — hes ?

Had   John Smith   warrants here —
D.L. suspended   Child support → Mug shot —
Oct. 98   no ID — Stop Sign — NO INS — Misty Mason —   Gang — & Cavell?
Ark — Kidnapping — Warrant — Agg Robb —
Ter. Threat.   Carnal Abuse   Sep —
— Dir City   Crt Costs — $500 + ~ 40 every 2 wks — did not pay at all —

Gang Pad —
West side — inside — Front Door — magic marker
arrows = Gang letters = Eric knows some of them
guys   Can of dope — Bong — Marbie can
dope in small can w/ gang symbols on it —
For Sale   on inside of door — there when he
came & home when he left —
Deadbolt — key outside, switch in — keyed to the same
lock — versatile key — Master key — in & when he moved
out   Misty had the key — made a duplicate — go —
Wal-Mart = Misty signed lease — & no, warrants out —

Freddie — Best — Angie — he — small —
Had April sleep w/ Carl — he bi — had

3 or more chicks in Houston — p.g.
Sis amazed so many — Guy to Borrow $ Grand —
Taking Trinidad chick to work — he baby sat &
got traffic stop —                                    4 in —
                                                         P-524

Loves kids -
Markie piece of shit dumb ass - BIG Guy
persona - doper - sells pot + meth.

Ballentine

● 3/30 - 12:30 · Newport No's                    1:00 P.M.

4:45: Randy / Conf.

3/31 - Newport High School - 870·523-1321 - 10:30 A.M.
Secy.- Records Release.   Folder follows them
from grade to grade - Lynette Beard -
Fax 870-523-1388 -
Do a cover letter from us - who we are, what doing, etc.
No fees.              Should have grades 7-12
Will not include discipline record · (probably disposed)
Might still have grades, attendance, etc.
Newport Middle School - 870-523-1346 -
        870-523-1388

K·3   Newport Castleberry Ele - 870·523·1351 - 10:25 A.m.
                                    9:00 - 870         7x-
Ask about   Secy.-Phyllis Powell - Depends upon whenever he here & left -
10 years, maybe   What is your county named?
        Records will be at school he attended last
        Did not find right now - maybe in old records but probably gone to ⟶
    ⟶ Allbright - 4-6 - Janet Tiner- Fax 870-523-1388
Goes to   We're not sure, do not keep records, send on to rest of
H.S.    schools -
Counselor                                    11:45 A.M.

    ✓ 12:05 P.M. - Newport Hosp -870·523·6721
      Jane - Med. Records -   θ   870-523-4437
      Record
        Pat Markel - over Med Recs -
      supplying documentation.                    P-526

Hard copy -

One clinic attached to facility -
Will need hard copy probably -
Dr Green -             ⟷ Harris Hospital.
Out E. R, out patient -    Pam - Bright

3/31
12:20 p.m. Harris Hosp.  870 - 523 - 8911 -
Virginia.  Burks.  Sign a release - Copying Service does
the copying. Fax 870 · 523 · 0345
Whole doctor - make pertaining . E. R., Clinic, etc.
    Roger     Rucker possibly is mom.
Dr. Green - 870 · 523 · 9852
    8 K — Newport, ARK.                    John Balentine, Jr.
Have no rcds. ◆ Win 10 yrs.              recently died -
    John L. Balentine         - fax.
Angelina Watson - has child named John Balentine —
    Clara Smith - not treated - have seen
Fax 870 - 523 - 3583 - Paula Creamens —

Kathy Green - wife - been there 30 yrs. Tell us
anything we want to know about family . 12:35

3/31    7:30 P.M. - Call Randy re letters to Freddie &
Wed      Eric    - new Ryan letters

P-527

3/31/99 - 8:50 PM Call Randy — 655-7364
MRI. need to be set up — Conc. Richie Jones —
Call Carol —

Letter    Timing very important —
Kist of those folks — who heard shots, how many, etc —
Guy in front house?
Int. Ashley —
Moon Girls.   May have talked w/ Chris
Int. Chris — discussions since then?
Mo — Crawled out back window

Who knew    Drugs - Neighbors, lady who had his q
pe selling    Kid at H.S. — Andrew Douglas * 1801 S. Buchanan &
neighbor at 1600

Cayton — Telephone Int's w/ Staci Hand —

Witnesses — complete list.

*    Critical. Sang Life —
Drugs — Ammo —
Get in thru them —

Look up Randy Evans —

P-528

10:30 b.m.                    373-8240 — Mrs Means

4/1/99 - Melinda — lives in house in front —
Let her have a key - 373-0629.—
Knock

4/8/99   Bucket —
Camera.
Tape
Flashlight.
Scene Dia's —
Photos -
Check Fence w/line - measure it —

P-529

4/1/99 - Thursday - Balentine
Weapons found at scene - / Ammo
    #3 Screwdriver
        CCI-22WMR HP - 28 live rnds.
        CCI-22 Bul
        #168C Rem.22 box live rnds
        CCI Buc .22 mini-mag 90 live rnds
    #6 Gold Silver Knife
        One .22 bullet
        One .22 mag casing
    # 7 - One stiletto, 4" blade knife
    #16 - Box USMC .25 auto ammo / 41 live rnds
    # 22 - Sterling .25 auto
            Black mag - 6 .25 FMJ live rnds
    #27 - BB Pistol

Narcotics / Paraphernalia at Scene
    #3 - Foil, glass bong, gasket maker? Plastic
baggies, glass pipe
    # 4 - Foil        #5? - Mirror
    #6 - Cig papers screen, dugout box
    #10 - Backgammon case w/ tubes & foil
    #11 - Chris Caylor D.L. w/ MJ residue
    #12 - 14 white gels (in narcotics BEN room)
    #13 - Bowl & Bong
    #18 - Case w/ scales, baggies, black scale w/ residue,
    #26 - 2 Baggies w/ 2 grams field tested green
Cit  Autopsy
    #47 - Watson  one white paper  from Yoan

P-530

4/1/99
Thurs.

Gang Signs / Activity at Scene
Spiral Notebook w/ signed letter by
Markie Caylor - Westside 187 / Hoover Crip etc
   WEST - Spray painted on east corner of
house -
   Chris Caylor St. - listening to Master P -
(Gangsta Rap)
   (Clothing - Blue - baggy?               )
Gang activity see IR's all three V's -

P-531

4/1/99          Shots Fired People — in JR's —

Officer. Witnesses : Shots Fired — (or strange noises/events)
1. Betty & Andy Carlson — 1703 S. Buchanan
        5 shots - Called police on dispatch line
        Heard shots to. S of their house — 2

Fenbrink #598   2. Ostell Arney Taylor - 1901 Buchanan - now moved. Dog
        barked & played w/ball - unusual.

Fenbrink #598   3. Russell Keller - 1706 Buchanan - Muffled bang
        or shot   c. late PM/early A.M. - one only - directly
        n. of his house

        4. Carmela Rias (hus. Alex) no shots per cops, but
            Betty C. thot Carmela called 911. (Across St. N. of Scene)

McCaig -   5. Gloria Pitela - 1619 Buchanan - awake c. 2 A.M.
                                    1704 & Fenbrink
        & dogs barking near alley -

Kennedy #514   6. Margarita Ramirez (hus. Adolf) Dogs barking c. 3 A.m.
        Thumping noise for several minutes - faint voices ·

        7. Claudette Foster - 1701 S. Buchanan (o. Taylor's
                                    DOES                    noises
        g.f. - woke c. 2:00 A.m., 2:47 A.m, 2 shots, then 2
        more = r.r. track noise     ( 3 shots)

P-532

Balentine

4/2/99 - Experts -                                    In DA's file

Groben & Tucay - Path's

Donna Trautman & Patricia Berthold, Toxicology
        Midland - 915 · 561 · 8851

Smithey - ~~FBI~~ ~~ICD~~ TDC - Prison violence

Roy Murphy - Narcotics DPS - 359 - 4751

Gerald Wilkes - FBI - Firearms


Hardin Field Inter. Card

    John Lezell Smith - 1-31-69 - Phillips Mechanic
Mustache - Upper Lip Scar - Grey Hat · Black coat
Blue Jeans - Brown Loafers
    S.S. 429137848

    Hardin had a .32 auto bullet in pocket, (no
other comment re shell)


Newspaper -

Ashley Mitchell, → mother & other heard shots → 2-3 am
Jim Bitela - Austin Middle School - res's of house often Sat outside
Nationwide Broadcast - A - 1·30·67 - alias DOB· 1·31·69 -
AKA - Smith, Bob Brokn 0 Bob Boker.


Latent Lift Log -


APD Index - Misc. Folder -

Sw Bell tele.          Albuq. PD.                    Field Int.          K·Mart
Texarkana P.D.     America's Most Wanted     S. Jury          Little Rock P.D.
Bus Drivers Int. Surv.   Lake City P.D.            Grey Hound       Mobile Comm.
Deputs Larkin     F bi files                     Harrisburg P.D    Newport P.D
                                                                                      P-533

Suspect's Bkgrnd

Amarillo City Jail Arrest Rpt - APD Rpt # 97-99032
Pol. Off. Ccb. Record-Hardin. Dispatch 2:30
    Arrive 2:35 - left 3:25 - 55 min., Arrived 400 S. Va. & left
3:40 hrs. (Prior call - 1:35 - 1:45   600 S Harrison)
    Sm. Rpt. 98-6153 - Rcd Call 2:26:37 - Dispatched
2:27:27 - Arrived 2:30:20 - Finished 3:26:50 -

Suspect History -
    ADC - P.O. Box 8707 Pine Bluff Ark - 7164-8707
    Phone - 870-247-1800 - Fax - 870-247-3700
    Gail Ramsey, Red Clerk-
      ∆ - ADC # 088326
∆ D.O.B. - 1-31-69 - Age First Arrest 12 -   First Comm 18 -
GED - Yes - 12th Grade. WRAT - 5.8 - Beta 120
    2 Dependents -
    Mom - Carrie Smith - 3815 Ludwig - L, RARK - 501-568-9585
AKA - John C. Rowe - 1-30-69 - 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 -   (1-30-67

    Carnal Abuse - ∆ 20 yrs old or older  on/abt 10/3/96
~~did have~~ engaged in sexual intercourse or deviant s.f. act.
w/ another person not his spouse less than 16 yrs.
    Aff. w/ Amy Morris, daughter of Robt. Morris, 1056 Hoot
Lane, Newport - 523-8434
      V said sex consensual - 10 times over last 3 wks. at
∆'s mom's house. ∆ said Yes, true - she offered & he
took her up. ∆ was aware of V age
    (In V statement on tape - says ∆ sneaked into her room
thru window & hid in closet, under bed, etc. Later, somehow
got in back door & surprised her. - He wrote her letters

P-534

11/9/92

(Expld) - Regional Health Center in Newport -

√ Rosa Miller - 2737 Carr Circle - W/F -
9-15-57 - 501-523-5445

Witness CeH - Jim Scott Allen Austin - SS 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 -
Poss. CS PG - 1 < 1G - 36,980 - B Patton 3 yrs Pro
Poss MJ 1-5-98 Disp - Mis B -
Alamagordo - Poss LSD to distribut - 9-25-96 - Dfd

Chris Caylon UCW - 5-1-98 - arrest -

Rhonda Johnson - Drugs, Commercial Sex, Liquor

Eric Q. Smith - 11-5-76 - Cocaine & ConSubs - ARK

4/4/99 - 4:00 P.M. Call Kelly Bain -
467-0469 - its new a number. not Kelly Bain -
Kirsten Noel Bain. 33 & Winsbelg

Brent Howard Fiance - Brent Howard -                     467-9522
Mary Bergeson -                     467-0469
467-0469 -     had hooked up to Computer
Toot n Totun -354-7120 - 4:10 P.M. -
over a year since they quit Dorothy -she started when
they quit -

Justin Ahlert & Kelly B.F. & G7
"Who were Misty & Marks prob. officer who
showed up 1/20/98"?

Ballentine –

4/8/99 10:00 a.m. – Rev H.S. rcds –
Call Lynette Beard – 870·523·1321
Newark High School – 870-799-8691 –
        Grades sent to Ark. Dept. of Human Services –
4-23-83 –
Joan Teds. Counselor's office – D.H.S. – Detention Center
        for Juveniles in Alexander
        They keep a file on every student –
Discipline file – will look for his perm. records –
Go to Alexander when nothing left to do for
them → BAD KIDS. The Jonesboro murderers are there.
        Call Alexander HRC   (Little Rock A.G. 501 –
Ark. Div of Youth Services – Alexander
        Need full file on him – psych, meds, school, disciplinary,
Newport – Jackson Co. Juv Prob. – 870

        Ark Div YS          – 501- 682-9800
At 21 their reds are destroyed then –
The court that committed him, may have rcds.
in that – no med. → Maria Harrell – no elicy.
The Div. is under D.H.S. – No county offices in
this state.

PRISON
Reds        A.D.C. – Gail Ramsey – Rcd Clerk –   Pine Bluff
        870 -247-1800 –        Fax 870-247-3700
        ADC # 088326 –   1-31-69.        First Commitment ag 18
(Do you have any gure

P-537

Kent Birdsong   Ballentine

4/8/99
10:35 A.M.

Del Hendrickson — Street savvy pretty good

Problem w/ Del — fnd. thru Internet — girl in New York — they wanted — Del pissed other girl off & robbed E. Mails

The N.Y. girl, credible

Call Bruce Tiffin re: N.Y. Gang Expert

Forensic Behavioral Sci. Group - 1·800·680·0705 -
w Ans  713·555·1212 -
Glenn Ware, Phd. (713)·281·362=0718

Warren St. Gang Expert
Brain   Bob Walker — S Carolina
South Carolina Street & Prison
Columbia, S.C.   803 - 407 - 3080 ∩
Thru Jerry Pels — ward.   803 - 732 - 1848
G. V. —

His Stuff -        Web. Site

P-538

4/5/99 - Emp. Records =

John Bob
Pace

2816 Palm
383-6942

Amaielo - Applebee's - Love's Truck Stop -
John Page Roofing - The hail detail shop - now at 10th
Philips State
new Oregon
Cub - Newport Dept. of Health -
Newport Country Club - 85-87, Newport Nursing Home
Curtland Lumber Yard -, C. L. Borden, children? Corp?
Magnus Youth Home - Saw psych there
Batesville, Ark - (D.H.S.)
Human Resources - Talked crazy to lady there -

870 - Magnus, nr. Batesville Newport
870 - Newport C.C. - 870-523-8904   Fax 523-
To Curtner Lumber   -523-523-6701
Jackson Co Health Dept - 523-8968
Newport Elms Nursing Home - 523-8097
C. L. Borden - 523-2597
Jackson Co. Juv Prob Dept -
Cohort Staff of   870-523-3525
A Comm Punish Program - 523-4191 - Juv & Sr.

Curtner Lumber -

P-539

4/5/99

1:30 PM Jail - Reds Cal - 870-247-1800 - A.D.C. -
          Fax request          870-247-9264
     His Medi. Reds - Diff Area - 870-247-3700 - Med. Rds.
               Debbie Cook -    2600 - C.M.S

Visitation - Med - Disciplinary
     She has mug shot, of prior judgment, committee
Status, offense, - Can't give out visitation reds -
Per jurrie - not sure if they have them -
     Kelly Smith - will know in
Usually mail reds out - No fee -

- Mental Health Reds - 247-2600 - Ex 661 -
  On Microfilm -
     Jerrie Lyon on microfilm - Mail it in -
Fx  870-247-3597 - Attn: Felicia Williams -
Put who on, mailing address - need ASAP
for reds - Per Paul Admiss - Rap Sheet -
     Supervisor Charley Johnson - 1-870-247-1800 # 424
Referred to

ADC Mental Health  - 1-870-247-2600
To - Patsy - Mental Health Only = On State Comp
                              Paul in 93
Put
microfilm  Teaching in -
     Signed release - Write a note = Fax - 870-247- 0805
     Debbie Cook - She contracted on reg. reds for medical
          Rap 870-247-2600  Ex # 790  - Reg Med. Reds -
3:30 PM - Eileen - Med. Dir - ——→  Roy  Hogan
     870-247-7365.                Diff Location
     Fax - 870-247-9250  Attn: Ms.  Claibourne
          Put name on no

P-540

What would you ask Chris C. ?
(What about Ronnie ?

✗ Have one sheet — microfilm ⇒ Then will
will serve fast & hard copy

PRISON
Records

Oral. Street & Pw

Trial
Begins
3/12/?

Stacy -
Jim Austin - 4215 S. Western -

Andrew Clifton Douglas - 1301 Buchanan
mother - Elizabeth McCowen -
379-9621

Ames - Cars on st, not on grass -
house a little smaller than crt. room -
Super: Cpl. Billy Reeves that day, 1/21/98, Ames
stord in door, noted names of all who entered taped scene

Kelly Moon - Brandy's - 19 yrs - friends w/ M.C.
through Misty - to V's house c. 3:00 P.m - Door open, Carrie, 22,
w/ them - 8 3 kids. 5 in ap. - Do saw Chris & Markie Caylor.
Looked down & saw blood on couch (that sick liked) - Oh, My God,
Carrie came there - 2 guys came to get Kai - came in,
looked & said "Go call cops - 1 to house around west -
☆ Chris walked out of the bedroom - asked Chris
what happened - he wore black jeans & a T-shirt - he just
☆ woke up, kind of sleepy. She showed C.C. the bodies they
went outside to a maroon, 4 door car old? -
    Before, c. 2 wks. prior, came to house & saw Misty -
Misty crying, cheek cuffed/bruised - a 15 yrs kid there -
he scared, nose bleeding - a weekend, Sat.? Chris C &
Justin Oehlert were there - Mark & Kai & Clayton arrived later -
Mark talked to Misty - he really mad, made no threats -
Said, "Get that nigga - kick his ass - Mark & Co. left -
☆ came back in an hr. or two — (Event happened

P-542

Kelly knew Stephen Watson from somewhere else, didn't know he knew Markie -

Def -   Has 2 kids, 2 one new, 5 mos. old - Finally said [wit], Markie to kill Δ - saw the sign - To John from KKK - no recall of what else it said - saw sign up a day -

* Saw sign c. a week before got killed - Misty moved out after got beat up.

* Front porch light was off, TV was off, heater was off, ceiling light off, no lights - did not turn on lights, TV, etc. Prints should be on door but cops did not take her prints to compare -

[0:15 (andrew) left)]

When Chris came out, he was fully dressed, as if leaving - he just woke up - Chris stayed calm, never got excited - Sis came up but went out to stay uninvolved because of kids -

Bedroom - no sliding door, a door - 5 ft. from nearest boy - wit— says Chris never touched boys

Clayton, Kai & Marky were the 3 who looked for John - Justin [Chris] - his dad met Chris's mom - Eric - Justin's dad knows Chris well - all emotions -

State -   Admonish - remember facts: [Def.] Knows T.V. not on & knows light not on - Someone had to turn it off later

State -

Jerry Wilkerson - work in Dallas, Family Counselor - had one child, Stephen Brady Watson. last saw him 1/30 in Am on way to school. Did not know V to stay P.M. w/Caylor - (Photo admitted on Def. Obj. , not w/in time of death, 13→15)

Def.

State - Melody Shaddix - Plainview - Teacher's Aid, emp - has 1 other child, 14 yrs - Kai Brooke Seger - 15 yrs at death - lived in Cima - Saw Kai 1/20/98 - 5:30 P.M. - Freshman - went to Red Bud Acad. - not school that day - To Mark's to spend P.M., left w/ Stephen - Kai knew Steph c. 1 year - fnd. out 3:30 P.M. - sent Kelly Bain & Kirsten, detd. later positively I.Died -

Def. - Kai @ RedBud - only atd. school once a week, in smaller group, sort of home school - had not attd. Caylor res. before I did not know what it was like - Kai took the bus - no knowledge to be gfed up later - No know of Ronnie - did it bring all , met Mark before he went to bootcamp - Not aware of V's history - except Boot Camp

Chris Caylor -
State:  C.C. 22 yrs - Outback, dish washer - cousin to Caylor - used to be frnd. of Δ - met Δ thru Misty. Δ & Misty dating. No recall of when met Δ maybe 7 mon before inc Lived there 2-3 wks . once before in summer w/ Δ and Misty & Baby c. 1 yr - Till Aug. He & Δ good friends then - He kicked out by Misty, saw Δ- with Cheat, told Misty & she did not believe. Δ kicked him out (?) No one moved in for a while. Mark moved in before Xmas '97 Became aware of hard flags but Δ.O.V. Recalls inc. Misty beat up ?irks

Jersey ?²

P-544

prior to murder - Saw Misty crying, black eye & a kid there he bleeding - Justin & Kelly/Mom - no one else at home at the time. Misty told story - Mark angry - pushing things - Justin, Mark & Chris went looking for Δ. To Bizarre & - Mr. wanted Justin to take him there - Got to house, banging on door, calling Δ -

Def. Father of baby is guy named Billy -
Chris went to live w/ Eric Council - Chris mad -
Now recalls Markie threatened to kill Δ -
Markie blew up & went crazy - Had probs. w/another gang WestSide 16's - no know of MC in gang.
When testimony before said Kai, that is incorrect. KKK sign, took away - Kelly, Mark & Justin saw it - On front door - done w/ a marker. Barely remembers stuff but his statement best - Cops did no DSR test - did not take prints -, only his st.? - Didn't tell WestSide 16 gang -
Used Ice meth, crank speed to keep him awake - to illegal - Mark got it - smoked it, too - Kept him up, no know of side effects - Thinks makes paranoid - increased use of paranoia - Mark & Kai had the stuff - Mark provided the stuff Mj/ane
Not lots of people did drugs, just Mark, Kai & Chris - & a few friends - a 12 yoa did dope there too - Same 12 yoa who got beat up - Justin, etc - just did meth & mjuana
On that day - Chris called Evan Hennard - (his gun) Chris asked Evan for gun, Chris handled

P-545

weapon - Called Evan to come pick him up, Chris never saw him - no knowledge if he came or not after 12:00 A.M. - Never called cops on D assault on Missy - Wasn't his deal, went w/ Markita to calm Markie -

Kai's friend got there - Kai's friend did leave to use phone - guy in a vw/jeep drove up - Ronnie said he would come back - no know if he did - told cops T.V. on when he to bed, did not wake up till 2:30 (n 30) next day had shoes on when he walked out of B.R. Put on shoes, hat & jacket -

Only named D after cop talks - tried to wake Kai - shook leg - tried to shake Watson, too, table was knocked over already - There were others in Westside 16 who wanted to harm Markie - C. says they didn't know where they lived, never saw none of em around there -

Chris had on Nike's, tied but loose - when looking for D, there was Mark, Justin & Chris - Mark to door alone. Mark Cowboys - Justin a blue flannel jacket, Chris a red flannel. Stephen had Steeler's jacket, Kai a Cowboys - 1st time Stephen at house -

State -     Stephen's first time, no know. if Stephen used - when drug wears off, you crash, really tired - used for several days -
Got gun from Evan after Misty beat up - after Brazos inc.

All windows nailed shut, except kitchen - opened 3 days before; stuff on sink, etc. - Neat disorder, stacked

Misty - Boss Markie & Michael Socorro -
Met Δ thru a friend - friend wanted her to go out w/ Δ - 4/97 - Began dating - moved in to scene in May of 97 - moved in together - Misty got the lease, Linda helped - she 18 yrs. Δ 28 - No one else there, besides Camryn - One mo. later Mark in - got arrested, to jail - then Chris in - he there 2 or 3 mos - got along okay - It was agreed mutually for Chris to leave - then Mark came back - Heard Mark say he was going to "kill the nigger" - Misty heard Δ threaten to hurt Linda - If mom didn't stay out of business Δ would hurt her -
Finally Misty moved out a week before inc - Δ came over to wk things out - beat on 16 yr boy - Gene, friend of Mark's there - Δ assaulted Misty in face - Gene trying to help - Δ left, came back thru in west bedroom window - now lockable - Gene hit him w/ bull whip - Didn't call police, afraid - not sure why didn't call -
Mark came back later & Kai w/ him - Mk upset, told her to kill Δ - took Chris, Justin - gone 20 min.
Saw Mark alive 5-6:00 P.m. Tues night - saw them at house, getting some of her stuff - Talked w/ Mark - Chris there -
Found out from SCell - a call to grandma's house -
Heavy sleeper Mark - knew he used meth, mj, etc - He would eat & sleep a couple of days - hadn't seen him much before for a few days -

Bull whip

Df - Mark did threaten to kill her - On the 20th, she
Spur / home only. Kai had to leave because had killed

P-547

himself, he left — Misty saw a gun on a table in L.R.
No know of whether weapon loaded — In plain sight —
Z [?] Could have been nailed shut — not sure — re Kitchen, etc.
at that time — no dead bolt on top, just

State — Stan Rickwartz — SCU — Crime scene tech n analyst —
  11 yrs — some odd misc. —
      Burgen Aman Richwood, et al there Stan looked in to
scene TV on — couch, victim — chair victim, to r, (west)
loveseat — Date on photos wrong — Tour off n to delineate
diff I.D. tech —
      Fnd. 25 — , drug para, pills, baggies, syringes, used,
etc. Disp Val. Inst Tst = meth
      Key — 25 ammo, empty baggie, — Finger scales, etc
✗    Watson — no prints — may be a non-secretor, = prints —
could have handled stuff doesn't exist if no prints

      Windows — Kitchen opened — semi-auto ejects casings
Skid marks, made in turning motion,
Buyer — behind him.

        Jerry wl 20° — to the 21° —
  wknd, etc. —
  100 — 10 =        1 —        5       — 9 —   noon 3
  100. 10 P.m. —   11a.1:00 A.m. —   5:00 A.m.   9 a.m. — noon 3 p.m.

4/6/99  Clara - about to go to leave to Houston
After 12:00

Δ did not get along w/ Geo - John shot
up on top of house - used a gun to shoot - 2-3 yr. ago -
Cops took Δ away from house - never beat each other up -
Never get along well because Geo. not his dad

Miller Inst. - Diaz Road - walk in of
Mental Inst - Diaz - walk in - last year high school -
Magnus  Boys Ranch in Wallenberg, ARK - only asked Δ ques -
after school  3 mos. - Juvenile Cts. Ordered. - Δ stayed in
every day.  trouble a lot  Breaking & stealing, Freddy, too
Born at Newport Hosp. 1-30-69 - Dr. Ashley -
del - retired. - Family dr. - Green del. last 2 kids
Castleberry - never held back. smart child -
6th Grade - Allbright. middle school - did good -
When he was 12 - He & Freddy got motorcycle - she
made restitution - no prob - Broke in Wal Mart -
had some guns, tried to shoot police but it
jammed - sent to pen 1 yr. - 18 you. - didn't
get in no more trouble till Amarillo -
Ran back & forth having children - diff. moms,
3 in Newport - not in prison after that - she there, too -
Went to Calico Rock - 17-18 - no know. of why moving -
He Legged cops w/ a chicken.
Wrote him a month ago. Δ in touch w/ Freddie
because in jail w/ him                    10:00 P.m

P-549

10:00 P.m. - Drug expert - Steve Powers
Familiar w/ reds
A list of witnesses - Andrew Douglas -
Officer Arrested
Staci Hand -
Chris - What saw, who saw, who he talked.

4/8/99   8:00 -  206 S. Prospect .
Sharon Lowe & Linda Caylor —
Chris does not live here - Misty will not talk
to me - they have been instructed by Linda
not to talk - She will not help that bastard
for nothin." Neither of these women will
talk either —

8:10 PM Angie  372-3783 — Stack —
LaVonda - works at IBP.
Little black - 4 door — Works clean up at I.B.P.

8:30 P.m. 211 S Austin — WBK - 335 —
Stack - Eric not around. - some guy, Wayne
Murphy came by, last week - said Eric sub'd
but is old. - Wanted to know if he to testify —
He is somewhere in town, she knows not where.
Eric calls her from time to time.
    E. said, D w/ some guy, has some bros, going
around telling him to watch his back - Boys w/ guns —
Eric said he might be leaving to take D out of town —
When E. went down town, one time he said D

P-550

Mark (the Houses - where they all
are or were -
Confessed to police - No idea of ∆ telling
Eric what happened - Haven't seen Sha--
Dee in a long time -
    Hank & ∆ didn't talk to each other much.
When ∆ came by, bros. would leave, etc.

8:45 - 2204 W. 8th   Irene. has not seen
Eric -

8:53 PM. 813 S. Ala B - Francis,   left card
        Kelly & Carrie Moon - another lady -
moved -
9:10  Kirstin Bair
PM.   1013 W. 1st #3 - occupant has lived here
several mos. - does not know Kristin -

1617 :  ∆ Jim's on Buchanan - 1607 S Buchanan
∆ W apt
        Has not lived here for 6-7 month - Black
truck & a dog

P-551

Powers - Folders on V's + n Chris —

Hari Hand - School teacher

☆ Reed Cty - Stuff Warrants - Oct. 97

Mark Caylor, Sr.?

Jennifer Wheeler's sister - ER 97-11797

Bud Wms - 11281 -

☆ Tape & Typed Transcript of St. —
☆ send to — Crafer

Ⓐ .32 - Call Clay & ask if guns recovered -
376-07447

Aerials -

☆ List V' Wit's, cops & witnesses re bad acts -

☆ Call Browning - rifling twists re auto —
" " revolver -
how many lands & grooves -

P-552

2204 (W. 8ᵗᴴ ☉   —  Shawn Doe —

✗ Art - Summary Charles Standberg —

Andrew Douglas'
       Knew some folks before (they all loved
there — had never been down w/ Markie —
No recall of Stephen's mom calling that P.M.
Heard about 5:30 AM → Sheldon, on Thursday
Brunch, his day — Talked to Circus. at Austin Res-
Back unit Counselor — kids who get in trouble -
Pissed off - both Knew not to say much — Never
met ∆ on other V's — thinks ∆ should be shot -
left V's, didn't call anyone to tell bodies there -
Steve had lots of friends — better not leave   9:45 P.M.
∆ unprotected —

  9:55 P.M. — Mgr. Arthur Graves — Allen Graves  AWARE prog.
   Jim Austin?          Waldo? Used to work here?
       Jim gone for 3-4 months — a few mos. ago,
he came in, just got out of drug rehab — heard
at Olive Garden.  not eligible for re-hire here —
Walked out on a shift —He was a Mgr. here for a
few months—Food server — Had a black Truck—
 Waldo Wyatt — just got married, but still around

P-553

Peggy Brady.
Met Misty when she dated a black
guy - 3602 N.E. 17th dated anyone she could.
Tony felt sorry for Markie - had no friends
Linda came ma, used to Cow. Peggy she was a
dietician.
Kevin - Interim Imgis - mom called the other
day -
One time w/ Markie, a kid got pistol-whipped -
Barfield (Bob) knows who it was

⚡ Tony - Me & Kevin Ingram - heard a knock on the
door - something told him it was Mako. They
grabbed some sticks. Kevin looked out window -
saw Mark w/ the gun - didn't start firing till
5 min later - on 911 w/ operator, & she heard
the shots -
Had been friends - Tony got into USL XVI -
Kevin called & Mark called one of their friends
a nigger - Markie came in & pistol whipped
the guy named Jason - Misty there, too - hit
Jason because Jason had a gun - he pulled
it out, said to Markie - need to leave - Markie
& Misty, a gurl & a black guy - they came up w/
a rifle, beat up Jason - Black guy got into his
face - 3 mos. prior to hse shooting -
Markie broke the window 2 wks before -
Tony w/ XVI - didn't like Tony then

P-554

Gun was a .22 or 30 - Chrome - had probs
w/ Ingram because Tony's friend - shot
thru Peggy's bedroom. Cops there 20 min. later -
Heard 3 shots, glass breaking.
467-9219 -            no longer employed at Sonic - Wal
    Will need a ride.
    Markie hooked on Crank, more than
sold it - tried to be a wanna-be drug dealer
Westside 187 Hoover Crip -   Bounty Hunter Blood -
Westside Outlaws -
    Couple of days after murder - they moved
back -
    Hung Paco - he lived in Crockett - Blue & white har.
Acres, 3rd
    The next day all got arrested - next day or
two - Anson McFall back on Detention - Tony threw gun
in M.R. Lake. 410 - Bicycle cops. Off Warren &
Quarles familiar w/ their dispute
    Mark stole a 9mm from a peace officer -
on 82nd.
    Ingram lives on Ft -  502 Fremont  - Tom -
                          40 to 6th  -
Did a beer run w/ Mark - he hit the ____

①

April Bryan Interview
3/22/99

April met John Ballantine at Love's Truck Stop at I-40 and Airnot, Amarillo, Texas. Linda Caylor helped John get hired there. April met John near the end of October 97. He was working the Subway and a new portion of Love's, as were April & Linda. They worked different shifts but had a friend in common named Carl Evans, BM, deceased June 98, of AIDS. John and April eventually became friends and she began to visit John at Carl's home on Highland Street. John moved there for a while after he left Misty's house on 17th Street. April and John began dating toward the end of November and through December & January. He got his own place on North Virginia the end of December. John was staying at Misty's some through these months although he told April he was staying at his cousin's home.

April never met Misty but heard Linda talk about John. Linda wanted John away from her daughter. She said he was her first black boy-friend and Linda did not like him. Misty's baby is mulatto and everyone assumed it was John's baby. It is not, although but John was very good to the child. April heard rumors John hit Misty but she does not believe them. He has never struck April and is always in a good mood. April was unaware there were problems between John and the boys. He John told her Misty wanted him back and came by

P-556

the Nigga home to talk him into reconciling. He would not and told Misty so. He told April his family wanted him to find someone new who would treat him right and quit playing games. Misty wrote John notes and cruised the neighborhood looking for him. He kept his North Virginia address a secret and none of the Caylor's knew where he lived. John told her the Caylor's would not leave him alone but he never said he was afraid of them or had been threatened.

John was fired from Lowe's before Christmas in 1997. He showed up late due to car trouble and failed to let anyone know. Around the same time he got his tools, clothing, etc. out of the house on 17th. It could have been as late as the first of January. April is not certain.

During the second week of January April, John and her children went to see "Flubber." After the movie April dropped John off on Brazos street. It was after 9:30 P.M. on a Saturday or Sunday night. He later told April he was going to call her from a pay phone and Misty drove up. She wanted him to come back to her but he refused. Three guys he didn't know got out of the car and jumped him. This occurred near Tascosa High School. April saw him the next day and he had a cut lip and a bruised ear. He was okay and giggling, telling her he didn't know who they were or why they needed three people to jump him. During the next week April saw John nearly every day and recalled nothing in particular going on.

P-557

③

John did not mention any problems he might have been having with the Taylors. He hung out with his cousin "Money" over off Easter street. He laid a floor for him and was working on some guy's car on Brazos street. He got paid a little for this work as he did not have a current job. During this period of time Eric showed up and started spending time with John at the north Virginia address. April did not have any problems with Eric, he was okay around her. He had a girlfriend whom April met once.

During the week of January 18th Shawn Dee brought some guns to John's house. April recalls it being a Monday night when Shawn Dee came in. He brought in some rifles and put them in a closet. He left then and April tried to tell John not to let Eric and Shawn Dee use his house as a garage or for gun storage. John didn't think anything of it and told her it was no big deal. April left and went home.

The next day was Tuesday. April and John had lunch at Furdski's then John wanted to go to K'Mart. April wandered around in the store and did not see where John went or what he did. She took him back home to Virginia street and she went to class at AC at 6 or 7:00 P.M. After class she went back to John's and he wanted to go back to K'Mart. He exchanged some ammunition he had. She walked to the counter and saw him pay for it but does not remember what it cost. She asked him what it was for and he told her he needed it for protection. The door at his new house wouldn't

P-558

④

lock from the inside, only with a padlock on the out side. He felt safer if he had something to protect himself with and asked if she didn't agree. She told him okay because of the door. They talked about vacations and John asked if she wouldn't like to just pick up and go. She told him sure, but with a job, kids and school it took planning. They talked a little more and John told her something bad was going to happen and didn't she want him to have protection. He did not specify what or when something would happen that would be.

They went back to John's house. Eric was there on the couch asleep. April and John laid down and watched T.V. Sometime that night someone pulled up in the back and John looked out the bathroom window to see who it was. It was ShawnDee. He finally left and then Eric woke up and left. April fell asleep and woke up about 11:30 P.M. She got home at 11:43 and woke her mother to tell her she was home. This is her usual practice as a matter of courtesy to her parents. She had to go to work at 5:00 in the morning so she went to bed. (Her father was in the hospital at the time.)

About 1:00 A.M. she received an incomplete page on her pager. (She turned this number over to the police later) Around 4:30 A.M. she got another page but she was getting ready to go to work and didn't call right away. She called later but was disconnected. The number turned out to be the bus station in Amarillo.

April did not see John that day. She went by

⑤

his place a couple of times but he wasn't home. She didn't know where he was and became worried. A friend asked her what she was going to do. She felt weird because she and John communicated daily. She got a call later that evening in class but could not return the call until she was finished. It was a New Mexico number with John's age so she knew it was him. That number was to a pay phone but John was not around when she called. She never heard from him again in any way until he was caught.

April was in class on a Wednesday (?) night and a friend paged her to tell her ~~the news~~ about the murders. April didn't know what to think. She was upset when the police talked with her. They scared her when they took her from work. She does not remember everything she told them but she felt threatened by the police and the prosecutor. She recalled making some corrections on ~~her statement~~ but when she went to the D.A.'s office in January there were no marked corrections in the statement they showed her. She refused to discuss anything with them and is now considered hostile. April believes John knows who committed the murders but will not tell. April personally believes Shawn Dee and Eric may be responsible.

The rumors on the street were the guys living in the house on 17th were selling drugs. April never went to the house and never met Misty. She drove by a few times when she wasn't sure about John. She knew John and Misty lived there alone for a while and that Markie moved in when he paroled out. The kids wouldn't have lived with Linda be-

P-560

⑥

cause they were too much free spirits. Linda was a contradictory person who was generally talkative but became very quiet and withdrawn shortly before she left Love's. She said she didn't like John and would find a way to send him to prison. John would never know how she did it. Linda treated John like dirt because he was black. Linda allegedly had carpal tunnel surgery and quit Love's in January '98 prior to the murders. She has been back in a few times but has not had contact with April.

April knows little about John's family. He grew up on a form in Arkansas. He has a brother Freddie who is older, and Eric Smith is a younger brother. He is very close to Freddie. John's father was killed in an auto accident when John was very young. He and his mother don't get along very well and April has the impression the family is not close. She has no information on other family members except perhaps a couple of cousins who live her. Thierry Rucker is not a blood relative by but Gary Cain, "Money," is, both are referred to as "cousins." April doesn't know much about Eric but Freddie said Eric had drug charges that were dropped in exchange for his testimony.

John has scars from various incidents but April does not remember how he got them. He did have some sort of auto accident as a child. He fell out of a car and whacked his head. He was out for a while and hair doesn't grow where there's anymore he hit his head. The other scars are mostly from kid stuff that April does not recall anymore. John just does not talk about growing up or his childhood. Carl Evans once warned April not to talk ask John about his mother, it was a sore subject.

John used no drugs April was aware of, and drank little as a single beer made him loopy. He was always cheerful, smiling and bouncy. He had no attitude toward white people or white women in particular. They never had discussions concerning racism or using the term nigger. John keeps his distance until he's comfortable with people. He treated April good and she does not fear him although det. Horn told her to be careful. She feels no danger from John's kin but Eric makes her a little nervous. Freddie was in jail over Christmas for domestic violence but is usually nice. He was shocked John was arrested for the murders.

April considers Angie Allen to be very nice. She heard Angie went to the boys' house to get a key for the hubcaps because she had a flat tire. She didn't know John's tools were not there. She pulled up and the boys came out with guns in their hands. They started yelling if that black motherfucker comes around, we'll get him. This was reportedly on a Sunday. Angie left but did not call the cops.

John was not paying rent at the little house on North Virginia. He was fixing it up in exchange since it really was not habitable. John was putting up drywall and there was carpet in it that was not laid. It had no heat or hot water so he stayed at the Nigga's because it was cold. He said he would discuss the rent with the Means after he fixed it up. They finally got a little gas heater and had it set up on blocks. April bought John some things such as pots, pans, dishes, etc. She also gave John a guns

P-562

her mother made. The police told her she could get her things and Mrs. Means said she would call her to pick it up. She never did however, and April would still like to at least get the quilt. She said John's tools and clothes were there and she doesn't know where they are either.

April was called to the D.A.'s office in January and talked with John Coyle. He threatened her with aiding and abetting John. She wouldn't talk because their copy of the second statement did not have the corrections she made. She knows she corrected both statements. She said she told the police she believed John knew who killed the kids, but their affidavit said she believed he killed the kids. She has not talked to anyone since that meeting in January.

John met Misty through a friend he worked with at a car shop. It was a garage or body shop. John and this friend were driving around in one of the cars they worked on and saw Misty with another girl. They were to meet the girls at 6:00 P.M. in the evening but in some park, but were delayed until very late. Misty and the girl were still there at the park when the guys showed up. April stated John was really good at mechanic work.

April has had a number of anonymous calls on her pager that spell out Die's, also calls to her grandma re visiting John in jail; a wanted poster was put on her car (Montana has it), her car was egged at A.C. and a black rose left on her windshield (reported to A.C.

P-583

⑤

Copes) and two days later "Slut" was scratched onto her car while she was at Wal-Mart. She does not know who has done these things. She does not know any of the Caylor's besides Linda, and any lots number of people could have her pager number.

One of the anonymous calls was from the Dallas Metro-plex area. It had something to do with investigating Potter County for April's after hours visits to John.

Addendum: April has no idea who Ronnie or Dene might be. John never mentioned them.

①

❶ Angie Allen Interview @ 404 S. Virginia, 374-7155
3/23/99    7:20 P.M. - 8:00 P.M.

Angie met John through Freddie Balentine. He is John's brother and Angie's ex boyfriend. She has known John about 5-6 years as of now. The brothers are from Arkansas and have some relatives here. John did not live here when she met him but visited several times. He did move here for a while in '92 or '93. He had a girlfriend named Duke and she lived in Amarillo for a while. She and John have a daughter together and Duke had a little boy also. This last time John stayed here for about two years.

John worked at I.B.P. for a while and did some roofing work. He also worked on cars and was a pretty good mechanic. Angie really doesn't know what else he was doing but he did work at Applebee's a couple of months while she was there. She is still employed at Applebee's.

Angie knew Misty and babysat for her baby. Misty seemed fine to Angie and they got along well. They socialized some, visiting each other's homes, eating and watching movies. Angie met Misty after she and John moved into the house on 17th. Angie visited them there and at first they lived alone. Then Misty's brother and a cousin were in and out. Angie never saw anyone doing dope there or any evidence of paraphernalia. John dated Misty for six months to a year altogether. She does not know how they met but John had another white girlfriend before Misty.

P-565

Right before the murders occurred John told Angie there were a lot of drugs and dope smoking at the house. He'd come home to a cloud of smoke and the baby would be there. He would ask Misty to make all the friends and relatives leave but she wouldn't. Angie stated she never saw John do any drugs at all. She saw him drunk a little but not at his house. He said kids were the most innocent thing and you shouldn't drink or do drugs in front of them. Misty told Angie she smoked weed but Angie never saw her do it. John told Angie about the drugs and lots of people being at the house approximately six weeks before the boys were killed.

John complained a lot a few weeks after he and Misty moved into their house. He told Angie Misty's brother and cousin were there and it bothered him. Angie used to visit at John's so he could work on her car. One time a cousin of Misty's was there so Angie took the baby home with her and kept her for a while. She took the baby back and dropped her off and left. Toward the end of John and Misty's relationship they were not getting along well because of all the drugs around. John would ask everyone to leave because Misty wouldn't. John told Angie "they" jumped him and he hurt his back. About that same time the trouble started. Misty and her brother jumped him at the house. John moved out of the house and Angie saw him around quite a bit. He told her he and Misty might get back together. This was over a two or three week period. John also

P.566

told Angie he punched Misty in the face once or twice. He punched her because she was nagging him about something but Angie does not know what that was.

About a week or ten days before the murders Angie went to the Misty's house on 17th. She was looking for John and/or his tools. She knocked on the door and Misty's brother came to the door. She told him she came to get John's tools so he could work on her car. The brother came to the door was pale, heavy, had a chubby face and was red-haired. He had a gun in his hand when he came to the door. It was black handled, short pistol and he held it down at his side. He stood in the door and told her John wasn't there and his tools weren't there. He said, "Fuck John. I'm going to kill him when I see him. You tell him I'm going to kill him when you see him." Angie said she wasn't telling John anything, he could tell him John himself. Angie's nephew was driving the car. They got back in it, sped out in the street and made a u-turn and headed back west. Markie came back to the door again and stood there with the gun in his hand. He didn't wave it around and did not threaten her.

Angie found John with his tools at Thierry's (Rucker) house. She told him to be careful, especially since they had already jumped him once. John told her he wasn't worried about it, he had other things to worry about. Thierry did not hear her telling John about the incident.

The night the murders occurred Angie heard a knock at her door. It was between 1:00 and 3:00 A.M. Her nephew was

④

sleeping on the back couch. He got up and went to the door before she could. Angie heard John run past her bedroom window on the south side of her house. He said shit, or something, and she recognized his voice. The nephew saw no one at the door but Angie told him it was John. The nephew wondered what John had done and Angie said she didn't know. They both went back to bed. The next day they heard about the murders on the news and wondered about it. Angie's nephew only knew John in passing and knew little about him.

Angie stated Freddie was shocked about the murders. He couldn't believe John had done it. He could not imagine anything bad enough to make John do something like that. Angie said all the brothers are different, with Eric being the most laid back. If Eric knows anything about this he has not said anything to her. Eric is married to Dwonda, "Stack." She works for I.B.P. Eric works for Labor Ready, a temporary service, and is probably home right now. Stack and Eric have two children.

In December Angie was subpoenaed. She talked to the state then and told them the same thing she reported today. She has not heard from them since.

*Freddie was injail on Christmas over a domestic over her. She also said it was caused by alcohol. They are no longer together.*

P-568

1

Betty and Andy Carlson Intervie -1703 Buchanan, 376-5036
3/21/99

Betty Carlson was in bed reading in the early morning of 1/21/99. She heard something in her back yard being moved. Shortly after that she heard two shots that sounded as if they were to the south of her home, maybe in her next door neighbor's yard. The shots were separate and not just right together. A minute or two later she heard a third shot as she was getting up to call the police. As she was calling the police she heard another shot. She told them someone was popping off a gun and they told her they would send someone. She and her husband heard a total of four shots before they went outside. Andy had a flashlight and he was walking around. He walked toward the corner of 17th and Buchanan and they heard one last shot. It sounded as if it came from the east. Andy was at the corner by then and he looked toward the east. He saw no lights on at the house on 17th Street. The Carlson's thought the entire sequence of shots lasted between ten and fifteen minutes. They estimated the police arrived within five to ten minutes after Betty called. They both agreed there was one final gunshot after the call. There was some disagreement as to the exact combination of shots. Betty thought there were two separate shots, then one more, then another while on the phone to the police and finally the last one as Andy was outside looking around. Andy recalled two shots together, fairly fast, then in a couple of minutes a couple more, and a couple of minutes after that, the last one.

P-569

②

In any event, one policeman arrived, then two other police vehicles drove up. They drove on south on Buchanan. The first officer talked to them and looked around. He was parked across the street at the corner. They saw a young man in the street but could tell little about him. The officer frisked him and put him in his car. The Carlsons went back in the house and the officer left with the guy in his car. The Carlson's did not notice the tin behind their garage was completely down until the next day. It was there to keep their dogs in their yard and was wedged up between their fence and garage pretty tight. It could not have been blown down by the wind, it had to be pulled or dis- lodged in some other way. It is now nailed up; at the time it was wedged with boards into the space between garage and fence. (Betty also remarked it took her some time to get out of bed on the east end of the house, go to the front or west end of the house where the phone book was and look up the dispatch number. She did not call 911, but called the police department directly.) Kelly - put this part after the ✱

Betty had talked to the young couple who lived on 17th a few times. She had to walk past their house to get to the trash dumpster because she couldn't get out of her back fence easily. She played with the baby occasionally. Mr. Balentine was very nice and well mannered. Misty did not complain or talk about having any problems. Both Carlson's noted they were pretty good neighbors. They did not hear arguing and the music was not too

P-570

loud. Misty's brother was there from time to time and they only noticed two or three cars which came by regularly. John and Misty lived there approximately four to eight months. They both thought John moved out about a month before the murders and Misty moved out shortly after he did. Mr. Carlson remarked the house was old and leaked air. He believed they had plastic over the windows, primarily on the inside. He said at one time there was a bed set up in the little add on in the back of the house.

Mrs. Carlson said a couple of neighbors also called in the shots fired on 911. The lady in the trailer house, Camellia or something like that, and a lady down the street north in the two story house, Camellia or Carmella was interviewed on T.V.

①

Tarence Gardner Interview - 2204-D W. 8th, Amarillo, Texas
3/21/99 - 9:30 A.M.                                    D.O.B. 1-26-66

Terance has no phone and is unemployed. He lives in Eric Smith's apartment, D, having previously lived in Unit C. Eric moved out the 5 of March, and moved to 211 Austin street. Eric drives a burgundy Buick but Terance does not know where he is employed or if he has a phone. He does have a girlfriend named Stack. Glen Baskett is landlord for this address and the house at 211 Austin.

Terance met John through Eric when John visited. John also used to visit with Jemoya Brown. Terance knows Misty Caylor because she used to mess with a homeboy of his who is now in prison. His name was Billy and he is a Potter county thief. He is the father of Misty's baby, not John. Terance reports that Misty was pretty nice and he liked her fine. He also knows Misty's brother, or some relative. A tall kid with a long, blond ponytail. Terance used to see this guy at UPM on 10th where Misty worked. He told Terance that John jumped on his sister and treated her bad.

John came over one day and told Tarance some white boys tried to jump on him. It was before the murders and before Tarance's birthday. He said he tried to get his clothes out of Misty's house and Misty's brother and some of his friends jumped him. He was still messing with Misty and then took up with April. John didn't talk any revenge that Tarance could recall.

P-572

The last time Tarance saw John was at his birthday party. Tarance's birthday was on a Monday a Tuesday in 1998 so he had his birthday party the weekend before. He saw no marks on John's face and John didn't seem upset. (Tarance thought he had his party before the murders) The next time he saw John was in the summer in jail. He'd just been picked up and Tarance was in jail on traffic charges

Tarance thought John always acted a little funny. He didn't do drugs and would only drink maybe half a beer. He seemed to be on a kind of natural high or something. He was kind of weird. ~~John~~ Tarance didn't mess with John too much, he was a bad driver, drove too fast turning corners and so on. He acted like something was kind of wrong with him, like he didn't have enough of what he wanted. He and Eric were very different and didn't hang out much unless they were working on cars. John never said anything about any of Misty's people doing any dope, but said they didn't like him because he was black.

John really wasn't very smart in Tarance's opinion. He wouldn't "show you nothing". He always had kind of a different attitude. He never got mad and was ~~kind of~~ happy-go-lucky. He wanted a car and a job and didn't mind taking care of Misty's baby. He acted like he wanted to do that.

Tarance said Eric was more out going than John. John didn't get along too good with folks. He just had a different personality. He didn't like

③

white folks too much and that's all he seemed to mess with. After the murders Eric could not believe it. He told Larance he did not give John a gun. Eric and Shaun Dee were partners. Larance has not seen Shaun Dee around in a long time.

John told Larance when the guys jumped him there were four or five of them. They tried to stab him and cut him with a knife. It didn't seem to bother John that Misty's family kept his stuff. He just said, "Big deal", they kept my stuff." Larance said he never saw John violent or upset, he doesn't understand this deal either.

P-574

Tony Hernandez, Interview, 1301 BS Buchanan, Amarillo, 379-9621
3/21/99

Mr. Hernandez is Andrew Douglas's step-father. He was asked permission to speak to Andrew and Mr. Hernandez and Andrew's mother said there would be no problem. Andrew was not at home however so we visited a few minutes.

Stephen Watson and Andrew attended Austin Middle School together. They were best friends while there but Stephen went on to Tascosa so they didn't see each other much after that. The night before the boys were found Stephen's mother called their house looking for him. They had not seen Stephen and didn't know where he might be. It was pretty late when Terri called.

Mr. Hernandez has a buddy on Lincoln street who saw a guy in a pink Cadillac over at the Caylor house. It belongs to the people who paint those signs in everybody's yards. The car was seen there several times. The buddy lives in the second house on Lincoln in the 1600 block. Everybody in the Caylor house was smoking dope all the time. The day before the boys were shot a lot of kids were seen coming out of the house. Mr. Hernandez believes Mark Caylor sold some bad dope to the guy and Kai and Stephen were in the wrong place at the wrong time. Mr. Hernandez had seen the defendant walking through the neighborhood on several occasions but didn't realize who he was until

P-575

he saw him on the news.

Mr. Hernandez just got Andrew to stop smoking dope last week. He told him it was not worth it to be locked up over the stuff. Guys would be messing with his girlfriend if Andrew was in detention and all kinds of other undesirable events could occur. Mr. Hernandez stated he himself got all messed up on drugs but finally was able to quit. He pointed out he lost all his teeth to drugs. It is a fact he is dentally deficient.

P-576

Telephone Interview with C. L. Borden, Newport, Arkansas
D.A.B  12/8/23                    870-
4/6/99 -  9:05 P.M. - 9:35 P.M.

M. Borden has known John's family for many
years. He has known John since he was born and
John has worked for him off and on through the years.
He worked for him primarily in 95 and 96 helping
him out in M. Borden's handy man business. M. Borden
performs carpentry work, also roofing, flooring, concrete
pouring and plumbing.

John was not particularly dependable in coming
to work. M. Borden would sometimes have to go pick
him up, take his baby to day care and then on to
work. John had no vehicle at the time so that was
part of the problem. John would occasionally just not
show up at all. When he did work he worked hard. He
caught on quickly and was good with his hands. He
was a tinker man and liked to work on cars. He could
repair anything. He could fix radios, V.C.R's, and about
anything else.

M. Borden never knew John to be involved with
drugs and he was not a thief when he worked on M.
Borden's jobs. He never came to work drunk or high. He was
not known to be violent. M. Borden didn't know John grow-
ing up but John's mother joined his church and got John to
come a few times.

John's grandmother and her brother lived with
the Borden's years ago. John's father was a twin
and was killed when John was very small. He was in-

P-577 -

②

volved in an auto accident but Mr. Borden does not recall the details. Clara May married a man named George Smith and had a couple more kids. George wasn't particularly good to the children and Mr. Borden heard they did not get along too well. Clara May is no longer with Mr. Smith. John's family was buying a house in a subdivision outside Newport. The house burned last year.

John had a woman friend who he lived with and Mr. Borden met her once. He does not remember her name, but they had a child together. John is well known in Newport and many people who knew him growing up are mystified as to why he would be involved in something like these murders.

John had many white friends in Newport. Mr. Borden dropped him off at white friends homes quite often. John got along well with men and women alike. It is different for kids now growing up. Mr. Borden is 76 years old and lots of things have changed. He does not know who John's friends are but really has heard nothing bad about him. or any of the John was advised to go to a Vo-Tech school and get certificates of training but he never did. Mr. Borden also told him he would train him to do all he knew and he could take over his business. However, Mr. Borden's son quit his job and started working for his father and John told him to go right ahead and he moved on.

John's worst fault was being kind of goofy. He'd hang out of Mr. Borden's truck and yell and giggle.

P-578

③

Mr. Borden would tell him not to act quite so silly and be more serious. John kidded and played around quite a bit. He acted kind of "nats" and was sort of jolly and goofy. He was also likeable and Mr. Borden felt most people did like John.

3/26/99  12:50 P.m.
Need release
John Lezell Balentine  /AKA Smith
D.O.B.  1-30-69         S.S.#

Newport High School –
Newport Jr. High School –
Castleberry Elementary School –
Allbright Elementary School –

———⟶ Dept. of Human Services – Newport, Ark.
Don't have a copy for this – how does body
        Newport Hosp.?   need to be worded?
Harris Hosp. —

P-580

4/6/99 C. L. Borden – D. 12/8/23

9:05 Knew D's family since D born - kids are around, see them grow up. Carpentry work - D helped him for c. 2 years 1995/1996 - D helped him out - sometimes didn't work - He was a tinker man, worked on cars - did help when needed, he a good worker - did not show up on time right. Lot of times, you'd have to go pick him up - go take baby to day care & then work. Had no car - never showed up drunk or high - One good gpt., never caught him high, not involved in drugs. Mr. Borden surprised about D - some other folks knew him when he was a kid - They asked, "What ever happened to John."

Knew his father back when father was born - he was a twin - D's grandmother & her brother lived w/ Mr. Borden - he in Calif. now - They were good people - Dad killed in car wreck - D = 1 yr. The family living in a new addition, buying a house - The house burned last year - Heard about the accident.

No knowledge of D's step-father - has met him - Geo. Smith - not w/ D's mom. He did live at Batesville. Had heard rumor re Geo. bad to kids. didn't get along too good -

D had a woman friend that he lived with - met her, doesn't recall her name. She in Kitchen -

John not known to be violent - did not know D growing up - Clara May joined the church, & got

P-581

to ∆ ("He never stole from Mr B., he never stole ∆ worked inside homes - never misplaced

Worst thing re ∆ - he had friends & kidded around & played a lot - acted like he was nuts; kind of goofy, jolly. Really liked him -

It's different for kids now. He's 60-70 - When ∆ there, around a lot of white friends, men & women - got along good w/ them - never heard anything bad about John. He'd let ∆ out at some white person's house -

∆ considered easy to catch on to stuff - talented w/ his hands - cars, radios, VCR's. Just good w/ that stuff - ∆ liked auto work & advised to go to Vo Tech - ∆ said thinking about it - Mr B said Get that paper - Oh, can help Mr. B., I'll teach all I know, I'll be getting out soon - ∆ could plug where Mr B stops off. Then Mr. B.'s son got laid off, carp, too. Asked dad for job - quit driving a bus, Mr. B. okay - ∆ said, let your son work for you, I'll work on cars. ∆ worked a couple of times more -

Mr. B. for plumbing repair, concrete work, etc. Put down new floors, do roofs, etc.

∆ well known around here - Mr. B. did not know who his friends were -                    9:35 P.M.

P-582

3/21/99 Carl Scott - 801 S Buchanan -
Knew Kai - or Stephen Watson → homey -
Lots of drugs

Andrew Douglas
1301 S Buchanan Apt 1 - 379-9624
Saw his friend shot in head
yesterday - told Spec. Ed Teacher at Bowie

Mr. Hernandez. Andrew's step-dad -
Went to Austin Middle School - Had a buddy
in Lincoln - saw guy in pink Cadillac -
all smoking dope in that house - McCaghren
probably sold bad dope, Stephen & Kai wrong place
wrong time - day before shot, lots of kids came out -
1956-58 - Pink Cadillac guy painting signs - 2 houses at Lincoln -
there several times

Stephen's mom called for Stephen. next day
found out

Got Andrew to stop smoking dope last week -
( Mr H lost all his teeth to drugs )

Saw S walking thru neighborhood quite a bit
saw pics on 2 V. & knew him who he was -

P-583

Balentine

3/1/99 - 8:30 AM -
Eric Smith - 2204-D - Cadillac, yellow
Y7V-89H

Angelique Allen - & Dominic Olivas - 404 S Va.

Texas Tech Library - 354-5448 -
Amer. Psycholog. Man. 97   21 -  1: to 11:00PM

3/21/99 -  Spoke w/ Lawrence Durden - 1-26-66
Jardine        @ 2204 D - no phone/unemployed
Solar.      Eric left 5 of March - to 311 Austin -
Burger Buick - Glenn Baskett landlord
own other place - got a gf. - Stuck."
No know of phone no - no knowledge of work

I used to visit w/ Jemoya Brown -
used to see I here w/ Eric also - Knew Misty
from V & M - she used to mess w/ another homeboy
B/M, now in prison -
I came over one day & said white boy tried
to pimp on him - he came over for B.D. on Jan 26, 1998 -
when I tried to get his clothes - Misty's bro. I
some of his friends - Didn't talk about revenge -
still messin w/ Misty - then coped up w/ Cyprie.
B.D. Party weekend before his B.D. - I had no marks on
his face. I always acted funny - no beer or drugs -
On a natural high - weird -
Didn't mess w/ him much - bad driver, fast.
turning corners. acted like something wrong. Didn't have

B-584

enough — I never mentioned Misty's folks
doing dope — I said family didn't like him —
because he Black. He & Eric didn't hang
much unless working on cars — very different

I not really very smart — he wouldn't show
you nothing — always had diff. attitude —
Never saw him mad — happy go lucky — Wanted
a Car & a job — Taking care of the baby — wanted
to —

Met Misty — she nice, she dated Billy, (Theif)
the baby was his, not A's — thinks met at VOM on 10ᵗʰ
& Adams —

Net Mah at VOM — Long, blood gray tail
He'd ask what John did to my sister — he'd gyng on
her — every time W went in to store —

Gardner at City Jail for traffic tickets — saw this summ

Eric more outgoing — John didn't get along
too good w/ folks — Didn't like whites too much
but that was all he messed with

Eric couldn't believe it — Eric said he did
not give I a gun — Shawn Dee Eric's partner —
haven't seen Dee in a long time —

4-5 against A — tried to stab him, cut w/a
knife — didn't bother John that family their Big
Deal they kept his stuff —

How first p the r. — White & blue AUST
HYV - 68 M. Aug 98 - 211ˢ Austin
HY - 45 R.

P-585

Betty Carlon.
Heard the tin being moved - the tin was
wedged between garage & bz & - heard that
before Shooting - she awake reading - 1st thing heard.
After tin moved - pow. pow - gunshots -
Then a min. or two later 3rd shot far phone seem to quint of hours
She came in from bedroom - Called police
no. - told them someone grappling off gun -
Then 3 cops - 5-10 min. arrived -
One cop phoned at corner - last one to leave
Grap - Saw a young man. Caught him & frisked
him - put in (1700 Bush) car in front
Heard 4th go off while on phone

Heard 4 shots before they came out - Came Andy
out w/ flashlight, walked around neighborhood &
to corner, toward east. no lights on 17th at that
time. Heard Shot to the east
Betty ← 2 Shots smaced r. in backyard - fast → Andy
Betty ← 3 shot sounded like Casper's backyard.
Betty ← 4 Shot - on line w/cops
Betty ← 5 Shot. Andy went & looked around -
Off. arrived - 1 stopped, others circled.
did not notice tin till next A.M. - Keeps
dogs in backyard.

Betty had talked to them a few times
when trash out - played w/ baby - Mr Balentine
very nice, well-mannered - Quiet neighbors - music
not loud - never heard arguing - lived there 4 - 8 mos.

Misty's brother there some - Misty never talked
about any probs - never argumentative to anyone -

A mo. before this - D moved out - a week before
she moved out. never saw lots of cars - Only 2 or 3
diff. cars who came around.

Had to look up police phone no

He heard shot to the east.

Had plastic over windows, house leaks air;
mostly on inside.

*How long
shots
10-15 min*

*still or
2nd* → Camellia called it on 1st - & lady in 2 story
house called it in too.

Andy & Betty Carlson - 376 - 5036

P-587

Ballentine

3/22/99 - 7:00 P.M. Int: Angie Allen -        PS7 51L
Angie Allen - has been subed - Da. talked
to State them

Met Δ thru Freddie, ex-boyfriend -
in jail she thinks - Known Δ 5-6 years as of law -
Dated Freddie quite a while - they're from
Ark - Δ never lived here - A came to visit -
Δ moved here in 92 - 93. stayed - Met one of
his g.f.'s - "Duke" she lived here for a while -
They have a girl that is his - 3-4 yr. - 1 boy that
is hers  Δ no knowledge of work for Angie -
He worked at IBP for a while - roofing = no
other recall. Δ could work on cars - Δ would
go back to Ark.

The last time he here, the longest than
was 2 years - she no know. of what he was doing.
Knew Misty - had another white g.f. before Misty.
did not know her. Dated Misty 6-1 yr - don't
know how they met. Misty & baby visited at Angie & fam.
They seemed fine - Met Misty after they got those in
, 7th - Angie visited them over on 17th At first, they
were liv. alone - then, a cousin & brother there - They
never smoked dope when she there - Met son after rental
place. Never saw drug paraphen -

Right before murders occurred, Δ said drugs
there c. 6 wks prior - didn't like around baby - He'd
tell Angie he'd come home to a cloud of smoke in
baby - Δ ask Misty to make friends to he's leave
but she wouldn't  Never saw Δ do drugs - she

P-588

said him drugs some, but not there — Kids were
the most innocent thing" & shouldn't do in front
of children. D said so past drugs — Misty told Angie
She smoked weed, but Angie didn't see her.

D complained a lot — a few weeks after
they moved in D said Misty's bros & cousins there —
bothered him.

Angie vented so D could work on car or watch
movies or eat — is big deal. One time a cousin there,
Angie babysat & took baby back, she dropped off
baby & left.

Toward end of rel., not getting along = drugs —
D asked them to leave because Misty would. D
said "they" jumped him, his back hurt — about
same time, trouble started Misty & bro jumped him at
the house —

Saw D quite a lot after he moved out — D made comments
maybe Misty & he get back together — 2-3 wk time frame.
She went looking for D & or tools to Misty's. She
knocked on door — Brother, pale, heavy, chubby face,
red maybe hair — he came to door — "I came to get D's
tools so to work on my car — " D is not here, tools
not here — D's not here, Fuck D — I'm going to kill
D when I see him — " Had a gun when he came
to the door — black pistol — Shit girl. He stood
in door — she said — We got in car They made a
U-Turn — sped around, turned back West — Maybe
to door again — had gun in his hand. A week to
10 days before murders —

P-589

you're not
I'm not
telling the
holder

Told D to be careful - fnd him w/ his
tools at Thierry's house - Thierry did not hear
it. Said D be careful, they've already jumped
you once. D replied - "Not worried about it - get
other things to worry about it" - D did not threaten
Angie - she just warned D.   MC didn't wave gun around

Told her about punching Misty in the
face - maybe once or twice he hit her. He
punched her because she nagged him about
something.

That PM - 1:3 in am - G. heard a knock,
nephew on back couch, to door - Heard D ran
past B.R. woman - nephew wondered what D done
did - she & nephew went back to bed - Then
next day or next day Spur news - Wondered about -
Nephew only met D in passing -

Erik laid back - wife & 2 kids - wk for
Labor Ready - ABP - Diff pers. than D -
Probably home now - If Erik know anything, she
doesn't know.   Wife Devonda - ABP - Stack
Temp agency -                    374 - 7155 -

Freddie shocked - can't believe he did it -
not anything bad enough to make D do that -
Just don viol. - Eric most laid back,          8:00 PM

P-590

6:15                    Balentine

3/22/99 - Int   w/April Ryan

Timothy Scott Allen ?   Who is he ?

Eric Smith ?

Shawnklee Moore?

White boy enemy of Δ ?

She & Δ worked together, Linda Caylor at
Love's Truck Stop, I-40 Harrot - Linda got John here -
Met Δ end of Oct. 98 - Δ hired pretty quick. Always OK w/
On diff shifts - Wore thin - Linda same girls; did
it all - Had another friend, Carl Evans there,
he deceased last June 98. John & Carl lived together, eventually
became friends - Have never met Misty - work pts w/ Linda -
After Δ left Misty's home - (moved in w/ Carl end of Nov.)
End of Dec. got his own place in Va. - She th+ he
stayed w/ cousin, but was staying at Misty's - Linda just
said wanted to away from daughter - 1 ream, 1st black boy
friend (Linda contradictory - no mem. of where Linda lived -
April never + add. on 17th - All said Misty baby his -
he liked the baby - he good w/ baby - baby mulatto -
Really dated bet. Nov & Dec - she'd go to Carl's @ Highland -
1411 - maybe Gay didn't tell her. In Dec, she went to Δ's home
on Va. - Les facts she knew, he had no probs w/ boys -
In Nov, one of the boys in car w/ Misty at Nov. meeting -
he & Δ got along great. Broke up w/ Misty because he
said quit playing games; find someone sweet. Did not know about

B-5917

problems - Heard rumors Δ hit Misty - he's never hit Cyrie, she doesn't believe that - He is always good natured. She has allowed Δ around her kid. He left Love's before Xmas 97 - got fired. His shift 3-11 P.M. No knowledge of work after that - 1-29 - 1-30 Δ - She thinks this may place - Δ got his stuff out end of Dec. or first of Jan - had clothes & tools, for automotive -

As far as they knew, no one knew where he lived - secret / Misty would cruise area, they'd meet some- where else - " to Rizzo's - wanted him back - she wrote him notes to get him back per Δ - She, Mrs. to home on Brazos to ask him back - Cайfor's couldn't leave him alone

2nd wk in Jan - April kids & Δ to see Flubber dropped him off on Brazos. he to call April on pay phone. Misty stopped - wanted him back - 3 guys coming out of car to get him, he didn't know who they were. Jumped him, had a lip cut & bruised ear - accused by Tascosa H.S. It was a Fri or Sat P.M. after movie, 9:30 Δ 80 - saw next A.M. He was okay - giggled - didn't know who or why needed three people. Nothing major next wk - saw him nearly every day for a little while -

April always heard there guys on 1st assault, rumor - just Misty alone for a while - then Mark paroled out on drug charge - he in it soon after paroled out. Too much free spirits to live w/ Linda -

On Thurs. out to good - Tues. P.his also a league, she had to go on Thurs., not on Tues - Δ work w/ her. Never agent P.M. w/ Δ. 8th lives w/ parents -

P-592

5:00 A.m. to work - @ 1:00 P.M. - told Hour
She did not see Δ that day. left yta 3-3:30 P.M. - went
to find him. @ 1:00 Am (before she went to work at 5:00)
Got a complete local pg'. - gave Sgt Hour - ke 4:30 - 9:30
got another page, Getting ready. didn't get it (later
(fnd → bus station) Went to his house a couple of times,
hadn't heard from him.) A friend came up to here
& ask what are you going to do? She felt weird.

In class Wed P.m. - friend paged her & told
April she'd seen it on news (April didn't know what
to think - thinks Δ knows who did it (April thinks - got feeling
Eric & Shaun Ads may have done it) a friend saw Eric
a couple of weeks ago & he asked if she still wked there. Both wk't -

Past year, people call, death threats on pager, wanted
poster on her car → Montana pu it    (D I E  HO )
got there in March of last year- anyone at work could have
it. or A.P.D.) Pages first - April & Ray - Winter - Δ - on
(passenger side. her daughter saw it) At A.C. , Un-eggged &
Black rose left on shield - rptd to Campus Cops - 2 days
later st'd almost - slit scratched on car - Linda C. only
one she knows in family - Linda left in Jan '98, before
murder -to have carpel Tunnel surgery. Shortly before
she left, became very quiet & withdrawn. Told Paul
Linda said didn't like Δ & would send Δ to prison & she'd
never know how. Treated him like dirt, they dated less
than a year -   Δ locked down for 30 days, mouthing -
Spirits okay.

dad still
in hosp

P-594

Δ paged her Wed. P.M. in class — didn't hear from him again tel caught — did not write her or send word after.

Coyle — Threatened her by aiding & abetting — wouldn't discuss st's because 2nd copy at D.A.'s office didn't have corrections — She knows she corrected both st's — may ended. Haven't talked to since — Subp'd for at D.A.'s office.

① Talked w/ Eric on 8th after murder — Carl came over, they to Eric's, & find them — Haven't seen Δ, Eric's been home all P.M. — w/ Betty B. — bounced back & forth, hyper — never saw weapons

Δ from Ark — Eric from Ark — he's younger than Δ — Freddie's older. Eric Smith — His dad killed in car wreck, he & his mom dent get along — Carl sd dent ask Δ re: that — Eric & Freddie, bros., bro's, no knowledge —

Δ to Amarillo before, short time — Theiry not blood rel, Money is — Δ called all cousins.

Δ didn't talk about growing up

Δ has scars — kid accidents, a spot on head, hair doesn't grow — fell out of car as kid — No further knowledge — he told her about some, but she no longer remembers —

Had impression family not clean-knit or loving — heard Δ gave Eric his whole paycheck — to buy love?

No knowledge of Eric much — Freddie said Eric had check dropped in _____ for testimony!

P-595

Angie & Freddie gf. & bf. - in jail
over Xmas, domestic viol. - Seems very nice -
Δ has G.E.D. -
Re: Drugs & Δ - does not do it - beer make
him loopy.
Ner pts. have more attitude than Δ does -
He has no attitude re white women or white
people - no Conv. re: nigger, etc. Bonny, "Digger"
Black Boy attitude - Keeps his distance -
As a person, Δ treats him good, told to be
careful by Horn, feels no danger from him, altho
Eric makes him nervous.
Re: Anon Call - Lady called & talked to
Mom - asked if pts. knew when April goes on
Sat. P.M.'s? For Feb anon. call -
Dad in Hosp. 2 mo. - necrotizing fasciatis -
Caller I.D. - Engineering Co - Dallas Metroplex -
Ind. Potter Co. for after hr. visit -
2d affidavit here - Δ think he knows who did it -
theirs - Δ think he killed them -
★ He grew up on a farm -
A Player - plays the field - gave him a
hard time - If he called him a farm animal,
that's bad - that's protecting him.
Δ thinks a lot of Freddie - when he gets out, meet Freddie
John 1-30-69

P-596

Agnes

Jur - 373 - 3054

Emp - Car shop - good w/ Cars Body shop or garage - working there when he met Misty - He met her when driving a car around w/ a friend - To meet at some place - Really late off work - she there, waiting

Va/ home, not paying rent, fixing it - Cops said she could have her stuff. Mrs. Mears said she'd call her, but she did not - Quilt, pots, pans, dishes, etc. - Would like to have stuff, esp. quilt — IRONING Board - Home not habitable, not dry walled — His tools & clothes there was carpet, not laid — He to fix it up then would discuss rent - No hot water / no heat - stayed w/ Nigga's because cold - 303? Up off Blvd Yellow house, home behind it. - (Had a little gas heater & put on blocks.

Eve Interview 4:20
10:25

Heard Angie went to the kids home - had a flat tire - she needed a key for hubcap - didn't know A's tools gone - She pulled up - they came at w/ guns in hand - yelling - ~~Blac~~ If that Black M. Fucker come around - a Sunday - She left did not call Cops -

GREER

P-597

Thierry Rucker, John's cousin, is outside. He wants to come in -

He has known John since birth - family, etc.

Can he come in so John will know someone from his family is here?

If convicted, this guy could be someone to speak for John -

Please let me know if I can bring him in now -

Kevin Ingram - served by PCSO, Sat. am.
Tony Brady - I served & ext'd. here at 1:30 - We have to get him up
Jim Austin - served & ext'd for 1:30
Nizza's - both served & to be here 1:30 -
Thierry Rucker - served & to be here
Angie Allen - served & ext'd. for 1:30



**AMERISUITES®**
AMERICA'S AFFORDABLE ALL-SUITE HOTEL
1-800-833-1516

*Join AmeriSuites Club℠*
*and get your suite rewards!*

P-598



# EVIDENCE
(Things to do)

Calendar:

      Important Dates
      Time sheet-important dates/times of the day

Overhead:  diagram/photos

      ✓Crime Scene
      ✓Neighborhood

Crime Scene

      Diagram✓ *need*
      Video *Have*

Photos✓
Weapons/ammo found✓
Narcotics ✓
Gang Signs/activity *Markie letter, WEST spray painted on side of house, said "Music, Tattoos on U's*
Bus Schedule – *Check D.A. File for that*

      Day of crime

✓Criminal backgrounds of deceased (all three)

✓ Investigative reports of APD involving deceased

Ammo:

      Police bought box from K-Mart
      3 blanks
      Similar gun
      Approval to fire in Court

Autopsy Reports:

      Blood test results
        1.  Chain of custody
        2.  Test results, etc.
          *Oral/Anal Swabs Geyer – ?*

Copy of taped confession - *Jim ?*
Copy of transcription of taped confession - *HAVE*
Gang intelligence officer *✓ Towers*
Narcotics intelligence officer -

Involuntary confession

Linguist
MRI

Witnesses:

Shots fired - *Cops   need 911 tapes w/ times*
Demeanor of Chris Caylor - *Line 300 ⁰ 921*
Mark Caylor threats against Defendant - *Baier/Moore -*
*make this means no* Drugs at house-being sold - *Evidence of that - ? Line ⁰ 370 - ⁰ 473 - ⁰ 730 ⁰ 1522 ⁰ 1538*
*call that Rm. In evidence* *1799*
Evidence inconsistent with Chris Caylor's statements
Time everyone went to sleep
Music on
Lights on
Door partially opened - *door lock turned correctly ?*
Evidence inconsistent with Defendant's statement
Looked into residence/saw them sleeping - 
Manner Defendant entered house - *under -*
Defendant went to alley/fired shot - *2*
Defendant entered residence through window -
Gun in pants when stopped and searched by APD officer -

P-600

Tarence Gardner Interview - ▮▮▮▮▮, Amarillo, TX

3-21-99  9:30 a.m.                    DOB ▮▮▮▮▮

Tarence has no phone and is unemployed. He lives in Eric Smith's apartment, unit D, having previously lived in Unit C. Eric moved out the 5th of March, and moved to ▮▮▮▮▮ Street. Eric drives a burgundy Buick but Tarance does not know where he is employed or if he has a phone. He does have a girlfriend named Stack. Glena Baskett is landlord for this address and the house at▮▮▮▮▮

Tarence met John through Eric when John visited. John also used to visit with Jemoya Brown. Tarence knows Misty Caylor because she used to mess with a homeboy of his who is now in prison. His name was Billy an he is a Potter county thief. He is the father of Misty's baby, not John. Tarence reports that Misty was pretty nice and he liked her fine. He also knows Misty's brother, or some relative. A kid with a long, blond ponytail. Tarence used to see this guy at V&M on 10th where Misty worked. He told Tarance that John jumped on his sister and treated her bad.

John came over one day and told Tarence some white boys tried to jump on him. It was before the murders and before Tarence's birthday. He said he tried to get his clothes out of Misty's house and Misty's brother and some of his friends jumped him. He was still messing with Misty and then took up with April. John didn't take any revenge that Tarence could recall.

The last time Tarence say John was at his birthday party. Tarence's birthday was on a Monday or Tuesday in 1998 so he had his birthday part the weekend before. He saw no marks on John's face and John didn't seem upset. (Tarence thought  he had his part



EXHIBIT

P-EX-36

before the murders). The next time he saw John was in the summer in jail. He'd just been picked up and Tarence was in jail on traffic charges.

Tarence thought John always acted a little funny. He didn't do drugs and would only drink maybe half a beer. He seemed to be on a kind of natural high or something. He was kind of weird. Tarence didn't mess with John too much, he was a bad driver, drove too fast turning corners and so on. He acted like something was kin of wrong with him, like he didn't have enough of what he wanted. He and Eric were very different and didn't hang out much unless they were working on cars. John never said anything about any of Misty's people doing any dope, but said they didn't like him because he was black.

John really wasn't very smart in Tarence's opinion. He wouldn't "show you nothing". He always had kind of a different attitude. He never got mad and was happy-go-lucky. He wanted a car and a job and didn't mind taking care of Misty's baby. He acted like he wanted to do that.

Tarence said Eric was more outgoing then John. John didn't get along too good with folks. He just had a different personality. He didn't like white folks too much and that's all he seemed to mess with. After the murders Eric could not believe it. He told Tarence he did not give John a gun. Eric and Shawn Dee were partners. Tarance has not seen Shawn Dee around in a long time.

John told Tarence when the guys jumped him there were four or five of them. They tried to stab him and cut him with a knife. It didn't seem to bother John that Misty's family kept his things. He just said, "Big deal, they kept my stuff". Tarence said he never saw John violent or upset; he doesn't understand this deal either.

P-602

Tarence Gardner Interview - ⬛⬛⬛⬛⬛, Amarillo, TX

3-21-99  9:30 a.m.                    DOB ⬛⬛⬛⬛

Tarence has no phone and is unemployed. He lives in Eric Smith's apartment, unit D, having previously lived in Unit C. Eric moved out the 5th of March, and moved to ⬛⬛⬛⬛ Street. Eric drives a burgundy Buick but Tarance does not know where he is employed or if he has a phone. He does have a girlfriend named Stack. Glena Baskett is landlord for this address and the house at ⬛⬛⬛⬛.

Tarence met John through Eric when John visited. John also used to visit with Jemoya Brown. Tarence knows Misty Caylor because she used to mess with a homeboy of his who is now in prison. His name was Billy an he is a Potter county thief. He is the father of Misty's baby, not John. Tarence reports that Misty was pretty nice and he liked her fine. He also knows Misty's brother, or some relative. A kid with a long, blond ponytail. Tarence used to see this guy at V&M on 10th where Misty worked. He told Tarance that John jumped on his sister and treated her bad.

John came over one day and told Tarence some white boys tried to jump on him. It was before the murders and before Tarence's birthday. He said he tried to get his clothes out of Misty's house and Misty's brother and some of his friends jumped him. He was still messing with Misty and then took up with April. John didn't take any revenge that Tarence could recall.

The last time Tarence say John was at his birthday party. Tarence's birthday was on a Monday or Tuesday in 1998 so he had his birthday part the weekend before. He saw no marks on John's face and John didn't seem upset. (Tarence thought he had his part

P-603

before the murders). The next time he saw John was in the summer in jail. He'd just been picked up and Tarence was in jail on traffic charges.

Tarence thought John always acted a little funny. He didn't do drugs and would only drink maybe half a beer. He seemed to be on a kind of natural high or something. He was kind of weird. Tarence didn't mess with John too much, he was a bad driver, drove too fast turning corners and so on. He acted like something was kin of wrong with him, like he didn't have enough of what he wanted. He and Eric were very different and didn't hang out much unless they were working on cars. John never said anything about any of Misty's people doing any dope, but said they didn't like him because he was black.

John really wasn't very smart in Tarence's opinion. He wouldn't "show you nothing". He always had kind of a different attitude. He never got mad and was happy-go-lucky. He wanted a car and a job and didn't mind taking care of Misty's baby. He acted like he wanted to do that.

Tarence said Eric was more outgoing then John. John didn't get along too good with folks. He just had a different personality. He didn't like white folks too much and that's all he seemed to mess with. After the murders Eric could not believe it. He told Tarence he did not give John a gun. Eric and Shawn Dee were partners. Tarance has not seen Shawn Dee around in a long time.

John told Tarence when the guys jumped him there were four or five of them. They tried to stab him and cut him with a knife. It didn't seem to bother John that Misty's family kept his things. He just said, "Big deal, they kept my stuff". Tarence said he never saw John violent or upset; he doesn't understand this deal either.

P-604

Betty and Andy Carlson Interview █████████, ████████

3-21-99

Betty Carlson was in bed reading in the early morning of 1-21-98. She heard some tin in her backyard being moved. Shortly after that she heard two shots that sounded as if they were to the South of her home, maybe in her next door neighbor's yard. The shots were separate and not just right together. A minute or two later she heard a third shot as she was getting up to call the police (Betty also remarked it took her sometime to get out of bed on the east end of the house, go to the front of west end of the house where the phone book was and look up the dispatch number. She did not call 911, but called the police directly). As she was calling the police she heard another shot. She told them someone was popping off a gun and they told her they would send someone. She and her husband heard a total of four shots before they went outside. Andy ha a flashlight and he was walking around. He walked toward the corner of 17th and Buchanan and heard one last shot. It sounded as if it came from the east. Andy was at the corner by then and he looked toward the east. He saw no lights on at the house on 17th street. The Carlson's thought the entire sequence of shots lasted between 10 and fifteen minutes. They estimated the police arrived within five or ten minutes after Betty called. They both agreed there was one final gunshot after the call. There was some disagreement as to the exact combination of shots. Betty thought there were two separate shots, then one more, then another while on the phone with the police and finally the last one as Andy was outside looking around. Andy recalled two shots together fairly fast, then in a few minutes a couple more, and a couple of minutes after that, the last one.

P-605



In any event, one policeman arrived, then two other police vehicles drove up. they drove on south on Buchanan. The first officer talked to them and looked around. He was parked across the street at the corner. They saw a young man in the street but could tell little about him. The officer frisked him and put him in his car. The Carlson's went back in the house and the officer left with the guy in his car. The Carlson's did not notice the tin behind their garage was completely down until the next day. It was there to keep their dogs in their yard and was wedged up between their fence and garage pretty tight. It could not have been blown down by the wind, it had to be pulled or dislodged in some other way. It is now nailed up, at the time it was wedged with boards into the space between garage and fence.

Betty had talked to the young couple who lived on 17$^{th}$ a few times. She had to walk past their house to get to the trash dumpster because she couldn't get out of her back fence easily. She played with the baby occasionally. Mr. Balentine was very nice and well mannered. Misty did not complain or talk about having any problems. Both Carlson's noted they were pretty good neighbors. They did not hear arguing and the music was not too loud. Misty's brother was there from time to time and they only noticed two or three cars which came by regularly. John and Misty lived there approximately four to eight months. they both thought John moved out about a month before the murders and Misty moved out shortly after he did. Mr. Carlson remarked the house was old and leaked air. He believed they had plastic over the windows, primarily on the inside. He said at one time there was a bed set up in the little add on in the back of the house.

Mrs. Carlson said a couple of neighbors also called in shots fired on 911. The lady in the trailer house, Camellia or something like that, and a lady down the street north in the two story house. Camellia or Carmella was interviewed on TV

Tony Hernandez Interview, ███████████, Amarillo, ████████
3-21-99

Mr. Hernandez is Andrew Douglas's step- father. I asked permission to speak to Andrew and Mr. Hernandez and Andrew's mother said there would be no problem. Andrew was not at home however so we visited a few minutes.

Stephen Watson and Andrew attended Austin Middle School together. They were best friends while there but Stephen went on to Tascosa so they didn't see each other much after that. The night before the boys were found Stephen's mother called their house looking for him. They had not seen Stephen and didn't know where he might be. It was pretty late when Terri called.

Mr. Hernandez has a buddy on Lincoln street who saw a guy in a pink Cadillac over at the Caylor house. It belongs to the people who paint the signs in everybody's yards. The car was seen there several times. The buddy lives in the second house on Lincoln in the 1600 block. Everybody in the Caylor house was smoking dope all the time. The day before the boys were shot at lot of kids were seen coming out of the house. Mr. Hernandez believes Mark Caylor sold some bad dope to the guy and Kai and Stephen were in the wrong place at the wrong time. Mr. Hernandez had seen the defendant walking through the neighborhood on several occasions but didn't realize who he was until he saw him on the news.

Mr. Hernandez just got Andrew to stop smoking dope last week. He told him it was not worth it to be locked up over the stuff. Guys would be messing with his girlfriend if Andrew was in detention and all kinds of other undesirable events could occur. Mr.

April Ryan Interview

3-22-99

April met John Balentine at Love's Truck Stop at I-40 and Arnot, Amarillo, TX. Linday Caylor helped John get hired there. April met John near the end of October 97. He was working the Subway and A&W portion of Love's, as were April & Linda. They worked different shifts but had a friend in common named Carl Evans, BM, deceased June 98, of AIDS. John and April eventually became friends and she began to visit John at Carl's home on Highland St. John moved there for a while after he left Misty's house on 17th Street. April and John began dating toward the end of November and through December and January. He got his own place on North Virginia the end of December. John was staying at Misty's some through these months although he told April he was staying at his cousin's home.

April never met Misty but heard Linda talk about John. Linda wanted John away from her daughter. She said he was her first black boyfriend and Linda did not like him. Misty's baby is mulatta and everyone assumed it was John's baby. It is not, but John was very good to the child. April heard rumors John hit Misty but she does not believe them. He has never struck April and is always in a good mood. April was unaware there were problems between John and the boys. John told her Misty wanted him back and came to the Nizza home to talk him into reconciling. He would not and told Misty so. He told April his family wanted him to find someone new who would treat him right and quit playing games. Misty wrote John notes and cruised the neighborhood looking for him. He kept his North Virginia address a secret and none of the Caylor's knew where he lived.

John told her the Caylor's would not leave him alone but he never said he was afraid of them or had been threatened.

John was fired from Love's before Christmas in 1997. He showed up late due to car trouble and failed to let anyone know. Around the same time he got his tools, clothing, etc. out of the house on 17th. It could have been as late as the first of January, April is not certain.

During the second week of January, April, John and her children went to see "Flubber." After the movie April dropped John off on Brazos Street. It was after 9:30 p.m. on a Saturday or Sunday night. He later told April he was going to all her from a pay phone and Misty drove up. She wanted him to come back to her but he refused. Three guys he didn't know got out of the car and jumped him. This occurred near Tascosa High School. April saw him the next day and he had a cut lip and a bruised ear. He was okay and giggling, telling her he didn't know who they were or why the needed three people to jump him. During the next week April saw John nearly every day and recalled nothing in particular going on.

John did not mention any problems he might have been having. He hung out with his cousin "Money" (Gary Cain) over off Eastern Street. He laid a floor for him and was working on some guy's car on Brazos street. He got paid a little for this work as he did not have a current job. During this period of time Eric showed up and started spending time with John at the ███████████ address. April did not have any problems with Eric, he was okay around her. He had a girlfriend whom April met once.

During the week of January 18th, Shawn Dee brought some guns to John's house. April recalled it being a Monday night when Shawn Dee came in. He brought in some

rifles and put them in a closet. He left then and April tried to tell John not to let Eric and Shawn Dee use his house as a garage or for gun storage. John didn't think anything of it and told her it was no big deal. April left and went home.

The next day was Tuesday. April and John had lunch at Gardski's then John wanted to go to K-mart. April wandered around in the store and did not see where John went or what he did. She took him back home to Virginia Street and she went to class at AC at 6 or 7:00 p.m. After class she went back to John's and he wanted to go back to K-mart. He exchanged some ammunition he had. She walked to the counter and saw him pay for it but does not remember what it cost. She asked him what it was for and he told her he needed it for protection. The door at his new house wouldn't lock from the inside, only with a padlock on the outside. He felt safer if he had something to protect himself with and asked if she didn't agree. She told him okay because of the door. They talked about vacations and John asked if she wouldn't just pick up and go. She told him sure, but with a job, kids and school it took planning. They talked a little more and John told her something bad was going to happen and didn't she want him to have protection. He did not specify what or when that would be.

They went back to John's house. Eric was there on the couch asleep. April and John laid down and watched TV. Sometime that night someone pulled up in the back and John looked out the bathroom window to see who it was. It was Shawn Dee. He finally left and then Eric woke up and left. April fell asleep and woke up about 11:30 p.m. She got home at 11:45 and woke her mother to tell her she was home. This is her usual practice as a matter of courtesy to her parents. She had to go to work at 5:00 in the morning so she went to bed. (Her father was in the hospital at the time).

P-611

About 1:00 a.m. she received an incomplete local number on her pager. (she turned this number over to the police later) Around 4:00 a.m. she got another page but she was getting ready to go to work and didn't call right away. She called later but was disconnected. The number turned out to be the bus station in Amarillo.

April did not see John that day. She went by his place a couple of times but he wasn't home. She didn't know where he was and became worried. A friend asked her what she was going to do. She felt weird because she and John communicated daily. She got a call later that evening in class but could not return the call until she was finished. It was a New Mexico number with John's age so she knew it was him. That number was to a pay phone but John was not around when she called. She never heard from him again in any way until he was caught.

April was in class on a Wednesday night and a friend paged her to tell her about the murders. April didn't know what to think. She was upset when the police talked with her. They scared her when they took her from work. She does not remember everything she told them but she felt threatened by the police and the prosecutor. She recalled making some corrections but when she went to the DA's office in January there was no marked corrections in the statements they showed her. she refused to discuss anything with them and is now considered hostile. April believes John knows who committed the murders but will not tell. April personally believes Shawn Dee and Eric may be responsible.

The rumors on the street were the guys living in the house on 17th were selling drugs. April never went to the house and never met Misty. She drove by a few times when she wasn't sure about John. She knew John and Misty lived there alone for a while

P-612

and that Markie moved in when paroled out. The kids wouldn't have lived with Linda because they were too much free spirits. Linda was a contradictory person who was generally talkative but became very quiet and withdrawn shortly before she left Love's. She said she didn't like John and would find a way to send him to prison. John would never know how she did it. Linda treated John like dirt because he was black. Linda allegedly had carpal tunnel surgery and quit Love's in January '98 prior to the murders. She has been back in a few times but has not had contact with April.

April knows little about John's family. He grew up on a farm in Arkansas. He has a brother Freddie who is older, and Eric Smith is a younger brother. He is very close to Freddie. John's father was killed in an auto accident when John was very young. He and his mother didn't get along very well and April has the impression the family is not close. She has no information on other family members except perhaps a couple of cousins who live here. Thierry Rucker is not a blood relative but Gary Cain, "Money" is, both are referred as "cousins". April doesn't know much about Eric but Freddie said Eric had drug charges that were dropped in exchange for his testimony.

John has scars from various incidents but April does not remember how he got them. He did have some sort of auto accident as a child. He fell out of a car and whacked his head. He was out for a while and hair doesn't grow there anymore. The other scars are mostly from kid stuff that April does not recall anymore. John just does not talk about growing up or his childhood. Carl Evans once warned April not to ask John about his mother, it was a sore subject.

John used no drugs April was aware of, and drank little as a single beer made him loopy. He was always cheerful, smiling and bouncy. He had no attitude toward white

people or white women in particular. They never had discussions concerning racism or using the term nigger. John keeps his distance until he's comfortable with people. He treated April good and she does not fear him although Det. Horn told her to be careful. She feels no danger from John's kin but Eric makes her a little nervous. Freddie was in jail over Christmas for domestic violence but is usually nice. He was shocked John was arrested for the murders.

April considers Angie Allen to be very nice. She heard Angie went to the boys house to get a key for her hubcaps because she had a flat tire. She didn't know John's tools were not there. She pulled up and the boys came out with guns in their hands. They started yelling" if that black motherfucker comes around, we'll get him". This was reportedly on a Sunday. Angie left but did not call the cops.

John was not paying rent at the little house on North Virginia. He was fixing it up in exchange since it really was not habitable. John was putting up drywall and there was carpet in it that was not laid. It had no heat or hot water so he stayed at the Nizza's because it was cold. He said he would discuss the rent with the Means after he fixed it up. They finally got a little gas heater and had it set up on blocks. April brought John some things such as pots, pans, dishes, etc. She also gave John a quilt her mother made. The police told her she could get her things and Mrs. Means said she would call her to pick it up. She never did however, and April would still like to at least get the quilt. She said John's tools and clothes were there and she doesn't know where they are either.

April was called to the DA's office in January and talked with John Coyle. He threatened her with aiding and abetting John. She wouldn't talk because their copy of the second statement did not have the corrections she made. She knows she corrected both

statements. She said she told the police she believed John knew who killed the kids, but their affidavit said she believed he killed the kids. She has not talked to anyone since that meeting in January.

John met Misty through a friend he worked with at a car shop. It was a garage or body shop. John and this friend were driving around in one of the cars they worked on and saw Misty with another girl. They were to meet the girls at 6:00 p.m. in the evening in some park, but were delayed until very late. Misty and the girl were still there at the park when the guys showed up. April stated John was really good at mechanic work.

April has had a number of anonymous calls on her pager that spell out Die Ho, also calls to her parents re visiting John in jail, a wanted poster was put on her car (Montano has it) her car was egged at AC and a black rose left on her windshield ( reported to AC cops) and two days later "Slut" was scratched onto her car while she was at Wal-Mart. She does not know who has done these things. She does not know any of the Caylor's besides Linda, and lots of people could have her pager number.

One of the anonymous calls was from the Dallas Metro-Plex area. It had something to do with investigating Potter County for April's after house visits to John.

Addendum: April has no idea who Ronnie or Gene might be. John never mentioned them.

P-615

Angie Allen Interview @ ████████████ ██████
3-23-99 7:20 p.m. - 8:00 p.m.

Angie met John through Freddie Balentine. He is John's brother and Angie's ex

boyfriend. She has known John about 5-6 years as of now.    The brothers are from

Arkansas and have some relatives here. John did not live here when she met him but

visited several times. He did move here for a while in '92 or '93. He had a girlfriend

named Duke and she lived in Amarillo for a while. She and John have a daughter

together and Duke has a little boy also. This last time John stayed here for about two

years.

John worked at IBP for a while and did some roofing work. He also worked on

cars and was a pretty good mechanic. Angie really doesn't know what else he was doing

but he did work at Applebee's a couple of months while she was there. She is still

employed at Applebee's.

Angie knew Misty and baby-sat for her baby. Misty seemed fine to Angie and

they got along well. They socialize some, visiting each other's homes, eating and

watching movies. Angie met Misty after she and John moved into the house on ████

Angie visited them there and at first they lived alone. Then Misty's brother and a cousin

were in and out. Angie never saw anyone doing dope there or any evidence of

paraphernalia. John dated Misty for 6 months to a year altogether. She does not know

how they met but John had another white girlfriend before Misty.

Right before the murders occurred John told Angie there were a lot of drugs and

dope smoking at the house. He'd come home to a cloud of smoke and the baby would be

there.  He would ask Misty to make all the friends and relatives leave the she wouldn't.

Angie stated she never saw John do any drugs at all. She saw him drink a little but not at his house. He said kids were the most innocent thing and you shouldn't drink or do drugs in front of them. Misty told Angie she smoked weed but Angie never saw her do it. John told Angie about the drugs and lost of people being at the house approximately six weeks before the boys were killed.

John complained a lot a few weeks after he and Misty moved into their house. He told Angie Misty's brothers and cousin were there and it bother him. Angie used to visit at John's so he could work on her car. One time a cousin of Misty's was there so Angie took the baby home with her and kept her for a while. She took the baby back and dropped her off and left. Toward the end of John and Misty's relationship they were not getting along well because of all the drugs around. John would ask everyone to leave because Misty wouldn't. John told Angie "they" jumped him and he hurt his back. About that same time the trouble started. Misty and her brother jumped him at the house.

John moved out of the house and Angie saw him around quite a bit. He told her he and Misty might get back together. This was over a two or three week period. John also told Angie he punched Misty in the face once or twice. He punched her because she was nagging him about something but Angie does not know what that was.

About a week or ten days before the murders Angie went to Misty's house on 17th. She was looking for John and/or his tools. She knocked on the door and Misty's brother came to the door. She told him she came to get John's tools so he could work on her car. The brother was pale, heave, had a chubby face and was red-haired. He had a gun in his hand when he came to the door. It was black handled, short pistol and he held it down at his side. He stood in the door and told her John wasn't there and his tools

weren't there. He said, "Fuck John, I'm going to kill him when I see him. You tell him I'm going to kill him when you see him." Angie said she wasn't telling John anything, he could tell John himself. Angie's nephew was driving the car. They got back in it, sped out in the street and made a U-turn and headed back west. Markie came back to the door again and stood there with the gun in his hand. He didn't wave it around and did not threaten her.

Angie found John with his tools at Thierry's (Rucker) house. She told him to be careful, especially since they had already jumped him once. John told her he wasn't worried about it, he had other things to worry about. Thierry did not hear her telling John about the incident.

The night the murders occurred Angie heard a knock at her door. It was between 1:00 and 3:00 a.m. Her nephew was sleeping on the back couch. He got up and went to the door before she could. Angie heard John run past her bedroom window on the south side of her house. He said shit, or something, and she recognized his voice. The nephew saw no one at the door but Angie told him it was John. The nephew wondered what John had done and Angie said she didn't know. They both went back to bed. The next day they heard about the murders on the news and wondered about it. Angie's nephew only knew John in passing and knew little about him.

Angie stated Freddie was shocked about the murders. He couldn't believe John had done it. He could not imagine anything bad enough to make John do something like that. Angie said all the brothers are different, with Eric being the most laid back. If Eric knows anything about this he has not said anything to her. Eric is married to Dwonda,

P-618

"Stack". She works for IBP. Eric works for Labor Ready, a temporary service, and is probably home right now. Stack and Eric have two children.

In December Angie was subpoenaed. She talked to the state then and told them the same thing she reported today. She has not heard from them since.

Telephone Interview with C.L. Borden, Newport, Arkansas

DOB: ████

4-6-99  9:05 p.m. – 9:35 p.m.

Mr. Borden has known John's family for many years.  He has known who John was since he was born and John has worked for him off and on.  He worked for him primarily in '95 and '96 helping him out in Mr. Borden's handy man business. Mr. Borden performs carpentry work, roofing, flooring, concrete pouring, and plumbing.

John was not particularly dependable in coming to work. Mr. Borden would sometimes have to go pick him up, take his baby to day care and then on to work. John had no vehicle at the time so that was part of the problem.  John would occasionally just not show up at all. When he did work he worked hard. He caught on quickly and was good with his hands.  He was a tinker man and liked to work on cars. He could repair anything. He could fix radios, VCRs and about anything else.

Mr. Borden never knew John to be involved with drugs and he was not a thief when he worked on Mr. Borden's jobs.  He never came to work drunk or high. He was not known to be violent. Mr. Borden didn't know John growing up but John's mother joined his church and got John to come a few times.

John's grandmother and her brother lived with the Borden's years ago. John's father was a twin and was killed when John was very small. He was involved in an auto accident but Mr. Borden does not recall the details.  Clara May married a man named George Smith and had a couple more kids.  George wasn't particularly good to the children and Mr. Borden heard they did not get along too well. Clara May is no longer

with Mr. Smith. John's family was buying a house in a subdivision outside Newport. The house burned last year.

John had a woman friend who he lived with and Mr. Borden met her once. He does not remember her name, but they had a child together. John is well known in Newport and many people who knew him growing up are mystified as to why he would be involved in something like these murders.

John had many white friends in Newport. Mr. Borden dropped him off at white friends homes quite often. John got along well with men and women alike. It is different for kids now growing up. Mr. Borden is 76 years old and lots of things have changed. He does not know who John's friends are but really has heard nothing bad about him. John was advised to go to a VO- Tech school and get certificates of training but he never did. Mr. Borden also told him he would train him to do all he knew and he could take over his business, however, Mr. Borden's son quit his job and started working for his father. John told him to go right ahead and he moved on.

John's worst fault was being kind of goofy. He'd hang out of Mr. Borden's truck and yell and giggle. Mr. Borden would tell him not to act quiet so silly and be more serious. John kidded and played around quite a bit. He acted kind of "nuts" and was sort of jolly and goofy. He was also likable and Mr. Borden felt most people did like John.

P-621

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL EDUCATIONAL INFORMATION AND RECORDS

TO: Castleberry Elementary School District

RE: JOHN BALENTINE, A/K/A JOHN LEZELL SMITH, A/K/A JOHN ROWE, SS# ████ DOB: ████

I, by this release or a photocopy or facsimile transmission thereof, authorize and request you to release to my attorney, James D. Durham, JR. 1008 West 10th Avenue Amarillo, Texas 79101, or his designated representative, Kathy Garrison, any and all information and/or record relating to the academic tenure of JOHN BELENTINE, A/K/A JOHN LEZELL SMITH, A/K/A JOHN ROWE while a student in your school system. This release also includes a request for copies of academic transcripts, psychological testing and results, all documents related to disciplinary proceedings and other related documents and correspondence in reference to the academic or school records of JOHN BALENTINE, A/K/A JOHN LEZELL SMITH, A/K/A JOHN ROWE.

This document also authorizes any expert or other school personnel to discuss their otherwise confidential information with James D. Durham, JR. or his authorized representative, Kathy Garrison. In consideration of such disclosure, I hereby release you in your institutional capacity from any and all liability arising from the disclosure of otherwise confidential information.

You are specifically authorized to photocopy these records and to release copies to above-mentioned legal representatives.

_____
JOHN BALENTINE

STATE OF TEXAS

COUNTY OF POTTER

BEFORE ME, the undersigned authority, on this day personally appeared JOHN BALENTINE, A/K/A JOHN LEZELL SMITH, A/K/A JOHN ROWE, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this March 29, 1999.

_____
Notary Public in and for the State of Texas



JILL ZIMMER
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 8-2-2001



EXHIBIT
P-EX-37